STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location   Institution/Parole Region      Log No.              Category

1. _____    1. _____    _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Michael A. Morales | C-68801 | | |

A. Describe Problem: My execution by lethal injection is imminent and will be a cruel and unusual form of punishment. The lethal injection protocol does not use medically proper and approved procedures. The use of lethal injection will not cause pain and torture. I have grave concerns that I will be conscious and not properly sedated or anesthetized because the 3 drugs and way they are given are flawed. The use of pancuronium bromide may cause paralysis and suffocation so I cannot

If you need more space, attach one additional sheet. speak if something is wrong and will →

B. Action Requested: Do not execute me until these problems are fixed and a humane method of execution is employed with proper procedures and medical supervision. Use trained, competent and qualified personnel according to a proper protocol. Rewrite protocol. Train personnel.

Inmate/Parolee Signature: _Mike Morales_                          Date Submitted: 1-9-06

C. INFORMAL LEVEL (Date Received _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                   CDC Appeal Number

Morales
C-68801

Problem (cont.)

Cause unnecessary pain. None of the drugs is acceptable. The prison and protocol don't provide for properly trained and qualified personnel or any minimum qualifications for personnel who will know how to insert an IV or administer any of the chemicals. The protocol does not provide for medical people to be present and help out in the event of complications.

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                              Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                 Date: _____

CDC 602 (12/87)