**E-filed 2/13/06**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>                Plaintiff,<br><br>      v.<br><br>Roderick Q. HICKMAN, Secretary of the California Department of Corrections and Rehabilitation; Steven W. Ornoksi, Acting Warden of San Quentin State Prison; and Does 1-50,<br><br>                Defendants. | Case Number C 06 219 JF<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING<br><br><br><br>[Docket No. 12] |

     In connection with its pending determination as to whether it should grant relief to Plaintiff, the Court is interested in Defendants' view as to whether either of the following would be feasible:

(1)    Proceeding with the execution using only sodium thiopental; or

(2)    Utilizing an independent means—including but not limited to a medical device or the presence of a qualified individual approved by the Court—to insure that Plaintiff in fact is unconscious before pancuronium bromide and potassium chloride are injected.

     Defendants shall respond to this inquiry in writing by 5:00 p.m. today; such response shall not be deemed a waiver of Defendants' position that Plaintiff is not entitled to injunctive relief. Plaintiff may respond to Defendants' submission not later than 12:00 noon tomorrow.

Case Nos. C 06 219 JF & C 06 926 JF RS
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(DPSAGOK)

1 | The Court still intends to rule on Plaintiff's motion for a preliminary injunction by the close of
2 | business tomorrow.
3 |     IT IS SO ORDERED.
4 |
5 | DATED: February 13, 2006
6 |                               JEREMY FOGEL
                              United States District Judge

Case No. C 06 219 JF & C 06 926 JF RS
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(DPSAGOK)