\*\*E-filed 2/23/06\*\*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Roderick Q. HICKMAN, Secretary of the California Department of Corrections and Rehabilitation; Steven W. Ornoski, Acting Warden of San Quentin State Prison; and Does 1-50,<br><br>　　　　　Defendants. | Case Number C 06 219 JF<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br><br>[Docket No. 69] |

　　　Having consulted with counsel for the parties, and good cause therefor appearing, the Court hereby sets a Case Management Conference in the above-entitled actions for Friday, March 3, 2006 at 1:30pm. Counsel may appear telephonically; arrangements may be made through the Court's judicial assistant, Teresa Fleishman, at (408) 535-5426.

　　　The matters to be discussed at the Case Management Conference will include, without limitation, the following:

　　　1. Whether Defendants intend to present a revised lethal-injection protocol prior to the evidentiary hearing, or if the hearing will concern Plaintiff's challenge to the current protocol;

　　　2. If Defendants intend to present a revised protocol, when the particulars of that protocol will be made available to Plaintiff's counsel and the Court;

1    3. Depending upon whether the evidentiary hearing concerns a revised protocol or the
2 current one, what additional discovery is contemplated in advance of the hearing, whether any
3 orders are appropriate with respect to the timing of such discovery, whether any issues of
4 privilege or confidentiality are likely to arise in the course of discovery, and whether the Court
5 should refer some or all discovery disputes to the assigned Magistrate Judge;
6    4. Other logistics related to the evidentiary hearing, such as the appropriate allocation of
7 time between presentation of live witnesses and argument, and an appropriate pre-hearing and
8 post-hearing briefing schedule.
9    Counsel are not required to file a written statement in advance of the Case Management
10 Conference.
11    IT IS SO ORDERED
12 DATED: February 23, 2006

_____
JEREMY FOGEL
United States District Judge