1   BILL LOCKYER
    Attorney General of the State of California
2   ROBERT R. ANDERSON
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   DANE R. GILLETTE
    Senior Assistant Attorney General
5   RONALD S. MATTHIAS
    Supervising Deputy Attorney General
6   State Bar No. 104684
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-7004
      Telephone: (415) 703-5858
8   Fax: (415) 703-1234
      Email: ronald.matthias@doj.ca.gov
9   Attorneys for Defendants

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13  ┌─────────────────────────────────────┬──────────────────────
    │                                     │  CAPITAL CASE
14  │ MICHAEL ANGELO MORALES,             │
    │                          Plaintiff, │  C 06-219 JF
15  │                                     │  C 06-926 JF RS
    │           v.                        │
16  │                                     │
    │ JEANNIE WOODFORD, Acting Secretary; │
17  │ STEVEN ORNOSKI, Acting Warden,      │
    │                                     │
18  │                         Defendants. │
    └─────────────────────────────────────┘

19

20   **NOTICE OF LODGING OF REDACTED VERSION OF SEALED DOCUMENT**

21

22

23

24

25

26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  DANE R. GILLETTE
   Senior Assistant Attorney General
5  RONALD S. MATTHIAS
   Supervising Deputy Attorney General
6  State Bar No. 104684
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5858
8  Fax: (415) 703-1234
   Email: ronald.matthias@doj.ca.gov
9  Attorneys for Defendants

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 ┌──────────────────────────────────────┐
   │                                        │   **CAPITAL CASE**
14 │ **MICHAEL ANGELO MORALES,**            │
   │                            Plaintiff,  │   C 06-219 JF
15 │                                        │   C 06-926 JF RS
   │     **v.**                             │
16 │                                        │   **NOTICE OF LODGING OF**
   │ **JEANNIE WOODFORD, Acting Secretary;**│   **REDACTED VERSION OF**
17 │ **STEVEN ORNOSKI, Acting Warden,**     │   **SEALED DOCUMENT**
   │                                        │
18 │                           Defendants.  │
   └──────────────────────────────────────┘
19

20        Pursuant to Civil L.R. 79-5(c)(5) defendants hereby lodge a redacted version of

21 Operational Procedure 770 (the lethal injection protocol, as revised March 6, 2006), which, in

22 unredacted form, has been submitted to the Court under seal.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Notice Of Lodging Of Redacted Version Of Sealed Document - C 06-219 JF

Dated:  March 16, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

ROBERT R. ANDERSON
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

DANE R. GILLETTE
Senior Assistant Attorney General

RONALD S. MATTHIAS
Supervising Deputy Attorney General

Attorneys for Defendants

| | |
|---|---|
| **SAN QUENTIN OPERATIONAL PROCEDURE** | **OP NO:**   0-770<br><br>**TITLE:**   **LETHAL INJECTION CHAMBER (REDACTED)**<br><br>**REVISED:**   **March 6, 2006** |

**LETHAL INJECTION CHAMBER**
**SAN QUENTIN STATE PRISON**

I.      **PURPOSES AND OBJECTIVES:**

The purpose of this plan is to establish the procedure for the care and treatment of inmates from the time an execution date is set through execution by lethal injection.  In addition, this plan identifies staff responsibilities pursuant to preparation for executions and operation of the Lethal Injection Chamber.

II.     **REFERENCES**

A.      California Penal Code Sections:  1193, 1217, 1227, 3600, 3601, 3603, 3604, 3605, 3700, 3700.5, 3701, 3702, 3703, 3704, 3704.5, 3705, 3706.

B.      California Code of Regulations, Title 15

C.      California Department of Corrections Operations Manual

III.    **APPROVAL AND REVIEW**

A.      This plan will be reviewed and/or revised as needed and submitted to the Warden for approval prior to submitting it to the Director, Division of Adult Institutions.

B.      This Institution Procedure is confidential and may be reviewed by staff with the need to know at the Warden's office only.

IV.     **RESPONSIBILITY**

A.      The Warden is responsible for the overall operation of this procedure.

B.      The Chief Deputy Warden is responsible for the security of the institution in the event of a scheduled execution.

C.      The Lieutenant in Charge of the execution chamber is responsible for monitoring and ensuring that this procedure is followed.

D.      The Associate Warden, Unit V will be familiar with all aspects of this plan.

V.      **METHODS**

A.      Execution dates are set in accordance with the provisions of Penal Code Sections 1193 and 1227.

B.      The first execution date for an individual is set under the provisions of Penal Code Section 1193.  The execution date must be scheduled no sooner than 60 days, but no later than 90 days from the 1193 PC hearing.

C.   All subsequent execution dates are set under the provision of Penal Code Section 1227. Execution dates set under this provision of the penal code section must be scheduled no sooner than 30 days, but no later than 60 days from the 1227 PC hearing.

1.   Chronology of Events Prior to Execution:

Upon receipt of the execution order:

a.   The Warden will:

1.   Notify the Director, Division of Adult Institutions via the Associate Director, Reception Centers Section by telephone, if the execution appears imminent, followed with a copy of the execution order by mail.

2.   Together with the Litigation Coordinator and Associate Warden, Unit V interview the inmate to be executed, serve the warrant of execution, and document the interview on CDC-1801B, Service of Execution Warrant – Warden's Initial Interview.   Inform the inmate of his choices of execution, either lethal injection or lethal gas and document this on CDC-1801, Notification of Execution Date and Choice of Execution Method.   Instruct inmate to indicate his choice within ten dates on CDC-1801-A, Choice of Execution Method, with the explanation that if no choice is made, lethal injection will be the method of execute

3.   Notify the Governor's Legal Affairs Secretary by mail of the scheduled execution with a copy of the execution order enclosed.

4.   Submit to the Director, Division of Adult Institutions via the Associate Director, Reception Centers Section, names of three (3) psychiatrists who will serve as the required panel of alienists. The alienists will be employees of the Department of Corrections and Rehabilitation who have previously received the approval of the Director, Division of Adult Institutions.

5.   Secure from the Case Records Manager the central file of the inmate, which will be maintained in the Warden's office seven days prior to the date of execution.

b.   The Chief Deputy Warden will:

Prepare to activate execution security plan, Resource Supplement A-5.

c.   The Associate Warden, Unit V will:

1.   Move inmate to designated area.   Inmates housed in East Block will be moved to the first tier upon receipt of the warrant.   Inmates in North Segregation will remain in their assigned cells.   Inmates in the Adjustment Center will remain in their assigned cells.   Five days prior to an execution, inmates will move to a designated cell in North

Segregation.   Inmates in the Adjustment Center may be moved to North Segregation or remain in the Adjustment Center at the discretion of the Warden.

2. Implement hourly checks and logs by condemned unit staff.

3. Direct the condemned unit staff to commence documentation of the inmate's behavior on CDC 128B on each shift.  These 128B's will be forwarded daily to the Litigation Coordinator via the Associate Warden, Unit V.  Any documentation regarding unusual behavior will be brought to the attention of the Warden.

4. Initiate daily contact with unit on procedural follow  through.

d. The Litigation  Coordinator will:

1. Receive from the Visiting Lieutenant a copy of the list of approved visitors.   A print-out of visits will be provided weekly.

2. Instruct the Office Assistant who schedules legal visiting to give priority accommodations to the attorney for the inmate. If a scheduling problem occurs, the Litigation Coordinator will immediately be notified.

3. Construct a file on the inmate that shall contain all pertinent documents; i.e., execution order, photocopy of the visiting print-out, Service of Execution Warrant, Notification of Execution Date and Choice of Execution Method, pre-execution activity log, CDC-128B's, and any other pertinent information.   This file shall be kept in the Litigation Coordinator's office.  In the event the execution is stayed, the file will be closed and filed in the Litigation Coordinator's office.

4. Update the list of scheduled executions and distribute it to the Administrative Officer of the Day (AOD) book, Chief Deputy Warden, Associate Warden, Unit V, Visiting Lieutenant, Mailroom Sergeant, Chief Psychiatrist and Chaplains.

e. The Warden's Administrative Assistant will:

1. Act as a liaison between the inmate's family and the Warden, answering questions the family may have.

2. Direct the mailroom Sergeant to deliver all non-legal incoming mail for the inmate to the Administrative Assistant to be inspected, logged and forwarded to the inmate via the oncoming Third Watch Condemned Row Sergeant.  <u>Mail that is sent to the inmate by anonymous senders, containing offensive messages, will be hand carried to the inmate by the Condemned   Row   Correctional   Counselor   II.   The Correctional Counselor II will give the inmate the option to accept   or   reject   the   offensive   correspondence.</u>   The Administrative   Assistant   will   instruct   the   First   Watch

Condemned Row Sergeant to inspect and log all non-legal outgoing mail from the inmate. The Condemned Row Sergeant will forward any unusual mail immediately to the Administrative Assistant for the Warden's attention. This process must be handled expeditiously to avoid unnecessary delay of outgoing or incoming mail in this category.

f.    The Public Information Officer will:

Advise the Press Secretary of CDCR, by telephone, of the execution date and coordinate the development of a press release for news media agencies.

g.    The Visiting Lieutenant will:

1.    Flag the computer file in the memo field with the following instruction:

a)    Priority Visiting Privileges. Do not turn away visitors without approval of Warden or Administrative Officer of the Day (AOD). Notify Warden's office (Public Information Officer) seven days prior to imminent execution of each visit that this inmate has on the day that it occurs, or if on weekend or holiday, the next workday.

b)    The Visiting Lieutenant will ensure that these instructions are complied with.

2.    Make photocopies of the inmate's visiting file along with a computer print-out of all approved visitors and deliver them to the Litigation Coordinator so that visits can be filed in the pre-execution file.

3.    Ensure that the attorney for the inmate is afforded every assistance in expeditiously having access to his or her client. In the final weeks prior to the execution, this may include facilitating attorney visits during weekends and holidays should such be necessary.

4.    Upon receipt of a warrant of execution for an inmate, and when it appears the execution is imminent, the Visiting Lieutenant will arrange for all visiting for a Grade A inmate to take place in the plexiglass booths of the Main Visiting Room during normal visiting hours. A correctional officer will be assigned to provide constant and direct supervision of the visit.

Grade B inmates will continue to receive non-contact visits in Main Visiting.

5.    Beginning at least five (5) days prior to the scheduled execution, the following visiting procedure will be adhered to:

a)    Grade B inmates will continue to receive non-contact visits during designated visiting hours.

b)   The visitor(s)/attorney(s) will be required to successfully clear the walk-through metal detector and a pat search.  A refusal to comply with the above search procedure will be grounds for denial of a visit.

c)   The inmate will visit in waist restraints.

d)   The inmate and the visitor(s) may briefly embrace or shake hands at the beginning and end of the visit.  No other physical contact will be allowed.

6.   In the event there is a scheduled attorney visit, the following procedures will apply:

a)   Attorneys and approved visitors of the inmate will not be permitted to visit with the inmate simultaneously.

b)   For an attorney/client confidential visit, the attorney will be allowed to bring the following items:

1).   One pen or pencil
2).   One note pad
3).   Necessary legal materials

c)   For attorney/client confidential visits, the inmate will be removed from the conference room and proceed with his attorney visit in the plexiglass visiting area under constant visual observation by the special visiting team.

7.   All visiting for the inmate will cease once he/she is placed in the overnight cell in the chamber area.  Attorneys may have access to their client by phone as requested.

h.   The Lieutenant in Charge of the Chamber will:

1.   Ensure that the execution chamber is ready.

2.   Ensure no individuals enter the chamber area without specific approval of Warden.

i.   The Condemned Row Correctional Counselor II will:

Maintain close daily contact with the inmate upon service of the execution warrant.

2.   45 - 20 days prior to the execution:

a.   The Warden will:

1.   Work with the Attorney General's Office of Victims' Services to confirm the availability of twelve (12) official witnesses and two (2) or more alternates.

a)   Compile and submit to the Director, Division of Adult Institutions via the Associate Director,

Reception Centers Section the original documents of the 20-day pre-execution report of the alienists pursuant to Penal Code 3700.5. The Director of Corrections shall forward the document to the Governor's Legal Affairs Secretary via the agency secretary, Department of Corrections and Rehabilitation. The 20-day report shall be comprised of the following:

1). A current psychiatric report, written by each of the three alienists.

2). Comments of the chaplain attending the inmate.

3). A summary of the inmate's conduct and behavior, submitted by the Condemned Row Correctional Counselor II.

4). A cover letter from the Warden addressing the above.

b) The 20-day report is to be delivered to the Director, Division of Adult Institutions via the Associate Director, Reception Centers Section, 28 days prior to the scheduled execution.

b. The Psychiatrists (Alienists) will:

1. Interview and examine the inmate within sufficient time so as to evaluate the findings and give written report to the Warden within the Warden's 20-day report deadline.

2. The written reports shall include an interpretation of the examinations, interviews, and history stated in lay wording.

3. Information available to one psychiatrist pertinent to the inmate's sanity shall be made available to the other two psychiatrists for evaluation and inclusion in the appropriate psychiatric reports.

c. The Chaplain will:

1. Interview the inmate as needed to assess his spiritual and emotional well-being. The chaplain attending the inmate's religious needs will determine the inmate's religious preferences and needs, next of kin, funeral or other requests, attitudes or thoughts on death and dying, and any observations as to his emotional stability such as acceptance of his sentence, etc.

2. The chaplain will formulate his observations into a written report and submit it to the Warden within sufficient time to meet the Warden's 20-day report deadline.

d.   The Condemned Row Correctional Counselor II will:

1.   Assess the observations of the inmate's counselor and custody staff, and research the case history to determine the inmate's past and present conduct and behavior.

2.   This information will be submitted in writing to the Warden within sufficient time to meet the Warden's 20-day report deadline.

e.   The Lieutenant in Charge of the Chamber will:

1.   Survey and prepare the members of the execution team, fill vacancies, after review with the approval of the Warden. Conduct and schedule training as needed. Training will be conducted under the supervision of the Warden or the Chief Deputy Warden in the absence of the Warden.

2.   Determine the status of the chamber, assess maintenance and supply needs.

f.   The Public Information Officer will:

1.   Coordinate with the Press Secretary of CDCR an announcement to the media via recognized wire services that the execution is scheduled and any media representatives wishing to witness or otherwise cover the event must follow the instructions as outlined in the advisory. The Public Information Officer and Press Secretary will announce a 10-day filing period in which the news media may submit their written requests to witness the execution. Requests must be for the execution at hand, and will not be kept on file. No request will be considered that is received after close of business of the tenth and final day.

2.   Work with the Press Secretary of CDCR to select up to seventeen (17) media witnesses to the execution. Consideration will be given to the broadest cross-section of media format and greatest circulation/viewers.

3.   30 - 7 Days Prior to an Execution:

Sanity Review Request:

a.   Attorneys may submit in writing for the Warden's review, any current psychiatric information that they believe may have a bearing on evaluating the sanity of a condemned inmate with a scheduled execution date.

b.   This information will be accepted 30 days prior to a scheduled execution, and up to 7 days prior to the scheduled execution. Information submitted sooner than 30 days preceding the scheduled execution will not be considered by the Warden under this procedure, but will be accepted for consideration by the panel of alienists. The panel of alienists will consider this information in preparation of the 20-day pre-execution sanity report.

c.  The Warden will have available for review all psychiatric information pertaining to the condemned inmate known to San Quentin's psychiatric staff. This information will be reviewed along with all material submitted by the inmate's attorney. Upon reviewing the information, the Warden will determine if there exists a substantial showing of insanity.

d.  The Warden will notify the condemned inmate's attorney in writing of the results of the requested sanity review. Should the Warden, with the assistance of the independent Department of Corrections and Rehabilitation Psychiatrist, find a substantial showing of insanity, the Warden will notify the District Attorney of Marin County in accordance with Penal Code Section 3701.

e.  The Warden will accept requests for the Warden's review of psychiatric information regarding the inmate's sanity up to 7 days prior to the scheduled execution. The procedures that are put in place by San Quentin the week prior to the execution provide the Warden with current information regarding the inmate's behavior and psychiatric condition.   In addition, the inmate's behavior is continuously monitored by unit staff for the final 5 days with documentation completed every 15 minutes. Should the inmate display unusual or inappropriate behavior, the Warden will be notified immediately by institutional staff. The Warden will take necessary steps to evaluate any reported changes including utilizing the provisions of Penal Code Section 3701, if deemed appropriate. All referrals to the Marin County District Attorney's office, under the provisions of Penal Code Section 3701, will be reported to the Director of Corrections in writing via the Deputy Director of Institutions.

f.  The Director will notify the Governor's Legal Affairs Secretary in writing of all referrals to the Marin County District Attorney's office under the provisions of Penal Code Section 3701.

4.  10 - 7 Days Prior to an Execution:

a.  The Warden will:

1.  Compile and send a final 7-day report (original documents) to the Director, Division of Adult Institutions via the Associate Director, Reception Centers Section which will in essence indicate whether or not there has been any change in the inmate's mental condition since the last 20-day report. The 7-day report will be delivered in sufficient time for forwarding to the Secretary of the Department of Corrections and Rehabilitation whose office will then forward it to the Governor's Legal Affairs Secretary. This report shall be a memorandum updating the formal 20-day report based upon current observations. Intermediate reports may be submitted by the Warden any time there is a change which may have an effect under Section 3700.5 of the Penal Code.

2.  Review the inmate's selection of witnesses and spiritual advisor(s) as provided by the Associate Warden, Unit V.

The requested witnesses/spiritual advisor(s) must meet normal visiting criteria.

b.  The Associate Warden, Unit V will:

Ascertain if the condemned inmate wishes to invite up to five (5) witnesses and two (2) spiritual advisors.  If so, provide the Warden with the names and addresses.

c.  The Psychiatrists (Alienists) will:

Interview and evaluate the inmate in much the same manner as they did for the 20-day report, and submit their findings to the Warden in writing.  They shall compare their current evaluations with their previous findings to determine any change in the inmate's mental condition.  Their observations must be current  and pertain to the inmate's mental state.

d.  The Chaplain will:

Report the emotional state of the inmate, being especially sensitive to any change.  The chaplain's observations will be submitted in writing to the Warden.  These observations shall pertain to contacts made within 3 days preceding preparation of the report.

e.  The Condemned Row Correctional Counselor II will:

Report any change in conduct or behavior in writing to the Warden.

f.  The Correctional Business Manager II:

1.  Contact the next of kin or attorney by telephone to ascertain their wishes concerning disposition of the inmate's remains.

2.  If necessary, prepare a letter for the Warden's signature to next of kin requesting their intentions regarding the inmate's remains.  Ascertain if they will claim the body and if so advise them of the name and location of the contracting mortuary.  If they do not intend to claim the body, have them so state, and arrange for disposal per DOM Supplement SQP 51070.

g.  The Public Information Officer will:

1.  Notify all media representatives selected to be witnesses.

2.  Notify all media representatives selected to cover the execution event.  Selection will be made of 125 total persons from legitimate media outlets as defined in DOM Supplement SQP 13010.

h.   The Lieutenant in Charge of the Chamber will:

Report in writing to the Warden that the following procedures have been accomplished:

1.   Staff assignments on the execution detail are ready.

2.   Preliminary chamber area readiness and operational checks have been made.  (Needed maintenance work is requested immediately.)

3.   Ensure that chamber area has necessary supplies which will consist of both household and personal needs.

4.   Ensure that the required clothing will be available.

5.   Supply of log sheets is on hand.

6.   Ensure that the necessary chemicals are not only available, but also properly controlled.

7.   Ensure the members of the execution team are relieved of their regularly assigned duties and temporarily assigned to the execution detail.   The Personnel Lieutenant will be notified at least 24 hours prior to the reassignments to facilitate the necessary staff diversions to temporary special assignment.

i.   Special Unit Supervisors will:

1.   It will be the responsibility of the special unit supervisors (CRT) to notify the appropriate area manager of their intent to re-assign any employee from their normal assignments associated with the execution at least ten (10) days prior to the proposed assignment change.

2.   This will enable the unit manager to fill behind these temporary vacancies.   The Personnel Lieutenant will be notified seven (7) days prior to the proposed assignment change to coincide with the Personnel Lieutenant's weekly personnel movement sheet.

5.   5 Days Prior to Execution:

a.   The Associate Warden, Unit V will initiate the following procedure if execution is imminent:

1.   Direct that the inmate be moved to the designated security housing area of Condemned Row where he will be under 24-hour a day observation of an officer assigned for that purpose.  The officer will check the welfare of the inmate at fifteen (15) minute intervals and log each check.

2.   The Warden may order the inmate to be moved to the designated security housing area of Condemned Row where he will be under 24 hour a day observation of an officer assigned for that purpose at any time following receipt of the

death warrant when, in the opinion of the Warden, it is necessary to maintain the safety and security of the public, the institution and/or the inmate.

3.  Direct that all non-legal property belonging to the inmate be removed from his cell and placed under the security of the officer stationed outside the security cell. The inmate will be given the use of items by the officer as he needs them, and then return them to the officer's care.

4.  In the event of a stay at this juncture, the Associate Warden, Unit V will initiate return of the inmate to his former housing status.

5.  Along with the Food Manager, interview the inmate to ascertain what request if any he may have for a last meal. Determine if Food Service will be able to fulfill the request. This answer will be reported back to the inmate, and either way, preparations made through the Food Manager for a last meal.

b.  The Condemned Row Correctional Counselor II will initiate the following procedure if execution is imminent:

1.  Interview the inmate to discern any special requests as to the disposition of his property. The inmate will package and label any property to be sent out of the institution. The Correctional Counselor II will maintain an inventory signed receipt of all the packaged property for mailing the first weekday following the execution. In the event of an indefinite stay, the property shall be returned by a signed (inmate) receipt by the Correctional Counselor II.

2.  Arrange for the monitoring of all telephone calls made by the inmate via an institutional telephone. Legal calls will not be monitored but will be facilitated by staff. All calls will be logged on the pre-execution activity log. The Correctional Counselor II will ensure that the inmate has 24 hour access to a telephone for attorney contact.

3.  Obtain clothing sizes from the inmate and ensure that appropriate clothing is available.

4.  Brief the Warden, Chief Deputy Warden, Associate Warden Unit V, and Facility Captain daily as to the inmate's needs, requests, and behavior.

c.  The Chief Deputy Warden will initiate the following procedure if execution is imminent:

The Chief Deputy Warden will implement the Execution Security Plan.

d.    The Warden will initiate the following procedure if execution is imminent:

Issue a Warden's Bulletin to all staff residents advising them of likelihood of a gathering or demonstration at the East Gate.

e.    The Visiting Lieutenant will initiate the following procedure if execution is imminent:

1.    Announce to visitors via posted notice, Warden's Bulletin, that visiting will be closed the day preceding the execution as well as the day of the execution.

2.    Ensure that the family visiting quarters will be vacant the day before and the day of the execution.  Prospective visitors, inmates, and housing unit staff will be so informed.

3.    Ensure visiting for the condemned inmate is conducted as outlined in the procedure.

f.    Spiritual Advisors will be allowed access to the inmate as follows:

1.    State employed spiritual advisors selected by the inmate will be allowed to perform their spiritual functions at the cell front of the inmate's cell either on second or third watch. The state employed spiritual advisor may visit the inmate in the holding cell of the execution chamber if requested by the condemned inmate.

2.    Non-state employed spiritual advisors may visit the inmate utilizing the visiting process outlined previously in this procedure.  Grade B inmates will be on a non-contact basis.

6.    4 Days Prior to an Execution:

a.    The Warden will initiate the following procedures if execution is imminent:

1.    Issue a letter to San Quentin Village residents, Marin Rod and Gun Club and the Post Office advising them of any likelihood of a gathering or demonstration at the East Gate.

2.    Direct that notice be passed during staff briefings and via the Count Gate television monitor, to inform staff of the East Gate closure on the evening prior to the day of the execution.

b.    The Business Manager II will:

Notify all contractors and vendors that we will not be accepting any services or goods from 1800 hours, 2 days prior to the execution through the execution day.

7.    3 Days Prior to an Execution:

The Lieutenant in Charge of the Chamber will initiate the following procedure if execution is imminent:

a.  Be responsible for the security of the area. A search of all materials that will come into contact with the condemned inmate will be made. All equipment will be in working order and functioning. All chemicals will be under appropriate control to prevent tampering.

b.  The following procedures will be followed without exception:

1.  The execution chamber area shall be closed to any and all persons not cleared by the Warden. The Lieutenant in Charge of the chamber has authorized access.

2.  The execution chamber area keys will not be issued to any person other than the Lieutenant in Charge of the Chamber or designee.

3.  All necessary traffic into the chamber areas will be cleared and directly supervised by the Lieutenant in Charge of the Chamber.

4.  The chamber area, holding area, and visiting area are cleaned and sanitized daily until the execution is carried out.

8.  Two Days Prior to an Execution:

The Lieutenant in Charge of the Chamber will assume the following responsibilities:

a.  Conduct an equipment check of all materials necessary to perform the execution. This shall be conducted not less than twenty-four (24) hours, and not more than ninety-six (96) hours, before the scheduled execution.

b.  Check the expiration and/or sterilization dates of all applicable items.

c.  Outdated items (e.g. Normal Saline bags) shall be replaced immediately.

d.  Sterilized packs bearing a sterilization date in excess of thirty (30) days shall be replaced or re-sterilized immediately.

9.  Day Prior to an Execution:

a.  The Chief Deputy Warden will:

1.  Place institution on lockdown at the appropriate time commensurate with the day and hour of the scheduled execution.

b.  The Warden and Associate Warden, Unit V will:

1.  Direct that at the appropriate time commensurate with the day and hour of the scheduled execution, the inmate be rehoused in the death watch cell adjacent to the execution chamber area.

2. The Warden will be notified prior to any otherwise authorized visitor entering the death watch area.

c. The Lieutenant in Charge of the Chamber will:

   1. Obtain the lethal injection:

      a). During the afternoon immediately preceding an execution by lethal injection, proceed to the designated locker to obtain the necessary agents (drugs) for the procedure.

      b). When the drugs have been issued, and quantities verified, they shall be placed and secured in the drug locker in the Chamber.

      c). Maintain personal, physical custody of the key to the drug locker until such time as it is opened for use, or for return if not used.

   2. Establish a death watch on a round-the-clock basis consisting of one (1) Correctional Sergeant/Lieutenant two (2) Correctional Officers. The Associate Warden, Unit V will give specific instructions to the Death Watch as to security and treatment of the inmate. The Lieutenant in Charge of the Chamber will instruct the death watch officers on procedure and direct that they maintain a log.

   3. The Execution Team will arrive for pre-execution instructions. The Lieutenant in Charge will arrange for accommodations as necessary.

d. The Captain, Central Services will:

   1. At the appropriate time commensurate with the day and hour of the scheduled execution, establish an internal support team to assist as needed to maintain the smooth operation of the institution. The team will be staged in the office of the Associate Warden, Unit II.

   2. Ensure East Block visiting area, main visiting area, and employees' lounge are cleaned and sanitized.

   3. At the appropriate time commensurate with the day and hour of the scheduled execution, inspect all areas.

e. The Public Information Officer will:

   1. Activate the media center at the appropriate time commensurate with the day and hour of the scheduled execution in the In-Service Training hall and staff it with one (1) Correctional Sergeant and six (6) Correctional Officers assigned by the Watch Sergeants for that purpose. The Public Information Officer will address the needs of media representatives that may be operating out of the center. The assigned staff will release no information or offer any commentary unless specifically authorized by the Public

Information Officer.  The Public Information Officer will give regular updates to any media gathered, and notify the Press Secretary of this action.

2.  Work with the Press Secretary to prepare a biographical and general information sheet on the inmate for briefing notes for the media, including CDCR I.D. photo.  A copy of this biographical and general information sheet will be sent to the Press Secretary.

3.  At the time designated by the Warden, identify the media witnesses and escort them to their waiting area room at In-Service-Training (IST).  The Public Information Officer will instruct the media witnesses there will be no cameras, recorders, sketch pads, etc.  These items will be deposited at the media center for later retrieval.  No such equipment will be allowed in the witness gallery.  Pencils and notepads will be provided.  The Public Information Officer may utilize the metal detector at the Inspectoscope Gate, or any other search method deemed necessary and reasonable.

4.  The Warden through the Public Information Officer will designate a cut off time for the media to arrive as outlined in the Execution Security Plan.

f.  The Official Witnesses will:

1.  Meet at the designated time for greeting by Warden.

10.  Day of an Execution:

a.  The Warden will:

1.  Approximately 2 hours prior to execution, assure all witnesses are appropriately accommodated.

2.  Usher the official witnesses to their assembly area and give final instructions as needed.

3.  Approximately forty-five minutes before the execution, take his/her position at the execution chamber.  Instruct the execution team to prepare the inmate.

4.  Approximately 25 minutes before the execution, instruct staff to admit the witnesses.  The curtain surrounding the execution chamber will remain closed until all witnesses are in their designated spaces.  Order the curtain opened.

5.  Approximately 15 minutes before the execution, order the inmate brought into the execution chamber where he/she will be secured to the chair.

6.  Once the inmate is in place and the saline solution is flowing, inquire of both the State Supreme Court and the Attorney General's Office if there is any matter pending before any court to preclude the execution from proceeding.  If the response is negative, direct a member of the execution

team stationed on the witness area side of the locked door leading to the execution anteroom to read a prepared statement detailing the court order mandating the execution.

7. Order the administration of the lethal injection until inmate is pronounced dead.

8. Upon verification by the attending physician, a member of the execution team stationed on the witness area side of the locked door leading to the execution anteroom will read a prepared statement

9. Immediately following the execution, thank witnesses. Arrange for their safe departure from the institution.

10. Approximately 1 hour after the execution, the Warden will issue a statement to the media declaring the carrying out of penalty and announcing time of death.  No other statements are recommended.  The Warden should retire from media access immediately afterwards.

b. The Associate Warden, Unit V will:

Approximately 2 hours prior to the execution, meet with Warden.

c. A State Physician will:

Monitoring the heart of the inmate, or by whatever means appropriate, determine and pronounce death.

d. Public Information Officer will:

1. After receiving the order from the Warden, escort the media witnesses into the witness gallery and maintain the appropriate decorum.  During the execution, the Public Information Officer will monitor the media, being sensitive to any attempt to illicitly record the occurrence, as well as their emotional stability.  The Public Information Officer will have available ammonia inhalants, nausea bags, and have a Senior MTA standing by.

2. Immediately upon Declaration of Death, take note of the exact time and usher the media witnesses directly to the media center where they will give pool commentary and recounting to the other assembled media.  The Public Information Officer will give no commentary until after the official statement by the Warden.

3. Accompany the Warden to the post execution press conference.  Field questions that follow the Warden's statement.

4. As soon as possible but no longer than 30 minutes after commencement, diffuse the media event and usher all media out of the prison grounds.  Secure the media center and retire to the Warden's office to field telephone inquiries.

e. The Administrative Assistant to the Warden will:

    1. At the time designated by the Warden prior to the execution, escort the official and other witnesses into the witness gallery.

    2. Assign a Correctional Officer to escort witnesses invited by inmate and/or the inmate's attorney from their designated waiting area. The correctional officer will remain with these witnesses.

    3. During the execution, the Administrative Assistant will remain in the chamber area to assist the Public Information Officer.

    4. Immediately following the official statement by the Warden, safely convey him out of the media center.

f. The Lieutenant in Charge and the Execution Team will:

    Follow the course of instructions as outlined in this procedure.

11. Witness to an Execution

    a. Types of Witnesses:

        1. Official Witnesses:

        Official witnesses as defined in Section 3605 California Penal Code, will not have their names made public. Official Witnesses will be escorted into the viewing room first, and take seats at the rail. This affords clearer viewing by the remaining witnesses.

        2. Witnesses and Other Observers (staff, etc.)

        Witnesses and observers will not have their names made public. Witnesses will be escorted into the viewing room second, taking their places upon the east risers.

        3. News Media Witnesses

        News media witnesses will not have their names made public, unless they choose to do so. Media witnesses will be escorted into the viewing room third, taking their places upon the north risers.

        4. Inmate Requested Witnesses

        Inmate requested witnesses will not have their names made public. They will be escorted into the viewing room fourth, taking their places upon the south risers.

    b. Allocation of Available Space:

    The total capacity of the witness area of the execution chamber is fifty (50) persons. The distribution of those present shall be as follows:

| | |
|---|---|
| Attorney General | 1 |
| Staff | 4 |
| Official Witnesses | 12 |
| Other Witnesses | 9 |
| Director's Witnesses | 3 |
| YACA Witnesses | 2 |
| News Media Witnesses | 17 |
| Witnesses Requested by Inmate- | |
| Family and Friends | 5 |
| Spiritual Advisor | 2 |

TOTAL     50

c.   Request for Witnesses by the Condemned Inmate:

All requests to witness an execution, including the inmate's request to have family or friends present, shall be directed in writing to the Warden.

d.   Selection of News Media Witnesses (maximum 17):

1.   When an execution is scheduled, the Press Secretary of CDCR will notify the media and establish a filing period in which to accept media requests to witness the execution. All media requests to witness each execution shall be directed to the Communications Office, Headquarters. They will only be considered for the scheduled execution and will not be kept "on file." Requests will only be accepted immediately prior to the date of execution and not after the filing period. Media is defined in Title 15, CCR Section 3000 and DOM subsection 13010.5.

2.   The Press Secretary and the Public Information Officer will select the members of the news media to witness an execution. All media witnesses must agree to the use of a "pool" method and all members must agree to release information simultaneously to all other news agencies at a press conference held as soon as possible after the execution. The media witnesses will not be permitted any cameras, tape recorders, or drawing implements, etc., in the witness area. Pencils and notepads will be provided.

e.   Procedures for Processing Witnesses:

1.   All witnesses need to arrive at the institution's West Gate at the time designated by the Warden. Parking will be in the designated parking area. All witnesses, will be processed through the Inspectoscope Gate.

a)   No blue jeans, i.e., jeans-style blue, black, or grey pants or Levi's.

b)   No cameras or recording equipment. Pencils and notepads will be furnished.

2.   All witnesses must have a photo I.D.

f.  Witnesses Accommodation Prior to Execution:

1.  After processing, witnesses will be escorted to their designated areas until time to move to the execution chamber.  At a time announced by the Warden,  the witnesses will be escorted to the witness area and directed to their designated places.

2.  During an execution, the Public Information Officer and other escorting staff will remain in the witness area.  Officers who escort inmate visitors will not be allowed to witness the execution.

g.  Witness Accommodation After Execution:

1.  After the announcement of death, the official and other witnesses will be escorted back to their designated area.  The inmate's witnesses will be transported to the West Gate.

2.  The media witnesses will be transported to the media staging area to await the Warden's press conference approximately one (1) hour after a scheduled execution.

12.  News Media:

a.  Responsibility:

The Public Information Officer, under the direction of the Warden, in conjunction with the Press Secretary of CDCR, is responsible for coordination of news media personnel pursuant to an execution.

b.  Media Access to the Institution:

Members of legitimate media, as defined in Title 15, CCR Section 3000 and DOM subsection 13010.5, will be allowed on San Quentin grounds on the day and time specified by the Warden.  Requests must be made to the Press Secretary of CDCR via the process outlined in the media advisory.  A maximum of 125 news media personnel will be permitted to remain in the IST hall during and after the execution to await the Warden's post execution press conference

c.  Coordination of Non-witness News Media:

1.  All non-witness media members need to arrive at the institution's West Gate on the day and time specified by the Warden.  Parking will be in the designated parking area. Media broadcast vans will be admitted to the institution grounds on a space-available basis and prior written approval. Requests for such accommodations should be made when requesting to cover the event.  All media members must have a photo I.D.

2.  The media members will be admitted and processed at the West Gate and escorted to the IST Building.

3.      After the execution, the media witnesses will join the non-witness media as soon as possible at the IST Building for the media press conference, where they will relate what they witnessed to the media non-witnesses. The Warden's press conference will follow at about one hour after an execution. No more than thirty minutes after the conclusion of the Warden's press conference, the escorting of all media personnel to the West Gate will begin.

d.      Condition for Admittance of News Media Representatives:

1.      No "blue jeans" are allowed. "Blue jeans" are defined as any denim trousers colored any shade of blue, black, or grey.

2.      Cameras (still and video), recording equipment and other equipment will be allowed, subject to search.

3.      All media broadcast vans will be parked in next to the IST building. Cameras and recording equipment will only be allowed in the IST building and the parking area.

4.      Satellite link-up vans may be allowed into the lower staff parking lot next to the visiting lot by prior arrangement.

e.      Interviews with Condemned Inmates:

All interviews will be consistent with departmental policy.

f.      Information Releases:

1.      The names of the 12 official witness will not be released.

2.      The names of execution team members will not be released, nor will they be available for interviews or photographs.

3.      The Public Information Officer and Press Secretary, will be responsible for all news releases prior to, during and after an execution and for the developing of all necessary press and information releases.

4.      The Warden, with the assistance of the Press Secretary and Public Information Officer, will hold a press conference approximately one hour after a scheduled execution. No other interview will be given by the Warden after the news conference is completed.

13.   Execution Chamber Operation

a.      Personnel:

Responsibilities:

1.      WARDEN:  Shall have the overall responsibility for the execution and will work and train closely with all personnel responsible for all phases of the procedure. Shall select the execution team.

2.   <u>CHIEF DEPUTY WARDEN</u>: Shall be responsible for the security of the institution and will be in command of the Emergency Operations Center (EOC). Shall be in command of CRT and other special security forces.

3.   <u>ASSOCIATE WARDEN, UNIT V</u>: Shall accompany the Warden on the day of the scheduled execution into the chamber anteroom.

4.   <u>CAPTAIN CENTRAL OPERATIONS</u>: Shall coordinate institutional operations. Responsible for sanitation of visiting areas, lounge areas, and entry road areas.

5.   <u>PUBLIC INFORMATION OFFICER</u>: Shall be responsible for all news releases prior to, during, and after an execution.

6.   <u>ADMINISTRATIVE ASSISTANT</u>: Shall be responsible for escorting the non-witness media members to the In-Service-Training building and providing security for the special media vans. Shall provide assistance to the Public Information Officer as needed.

7.   <u>LIEUTENANT IN CHARGE OF THE EXECUTION CHAMBER</u>: Shall be responsible for the direct supervision of the execution team, as well as functioning as a liaison with the Warden. He/she is responsible for necessary security integrity of the chamber areas and related functions. Responsible for the sanitation of chamber and adjacent areas.

8.   <u>RECORDER</u>: Shall keep accurate records of time that each phase of the execution takes place.

9.   <u>THE DEATH WATCH CELL SERGEANT, LIEUTENANT AND OFFICERS</u>: Are responsible for the security of the condemned inmate throughout the night until execution time, under the direction of the Lieutenant in Charge of the Chamber. If the condemned inmate is female, one of the officers shall be female.

10.  <u>WITNESS AREA OFFICERS</u>: Shall station themselves in the witness area during an execution.

11.  <u>OTHER EXECUTION TEAM OFFICERS</u>: The other execution team officers shall perform duties as assigned by the Lieutenant in Charge of the Chamber.

b.   Facility:

1.   Description of Execution Chamber:

a)   The lethal execution chamber for the State of California is a self-contained unit located at the California State Prison at San Quentin. The chamber area consists of the witness area, two (2) holding cells, the chemical room, kitchen/officers' area, anteroom and execution chamber.

    b)    The witness area is accessible directly by a door located between the main visiting room and the East Block visiting room.  This area can be isolated from the rest of the chamber.   Visibility during an execution is through five (5) windows.  Capacity of this area is fifty (50) persons.

    c)    The two (2) holding cells each contain a toilet and sufficient room for a mattress.

    d)    The chemical room contains storage cabinets, work bench, and two (2) chemical mixing pots as well as pipe work and valves.  This room is utilized during executions by lethal gas.

    e)    The kitchen/officers' area has a small sink, cabinet and counter area as well as a resting area for staff members.

    f)    The anteroom contains several valves and the chamber immersion lever, used during execution by lethal gas.  Access to the witness area, or to North Block is through two (2) separate solid iron doors. Also in this area are the direct telephone lines utilized by staff to remain in contact with the State Supreme Court, Attorney General's office, and EOC.

2.    Execution Chamber Maintenance:

    a)    A constant state of readiness and the proper safe operation of the execution chamber requires periodic inspection and maintenance of the chamber throughout the year.

    b)    The door to the execution chamber is to remain locked in the open position when not in use or testing.

    c)    To prevent corrosion, there is a natural draft to exhaust stack which keeps the chamber dry and free of any drain odor.  To facilitate draft, keep receptacle drain valves A-5 and B-5 open.

    d)    Total body fluid precautions will be instituted.

14.    Lethal Injection Execution:

a.    Chemicals needed for execution:

    1.    Sodium Pentothal, 6.5 Gm, plus one unopened backup

    2.    Pancuronium Bromide (Pavulon), 40 mg.

    3.    Potassium Chloride, 240 mEq.

b.    Equipment and Materials:

1.  Ten (10) Syringes, 50 cc

2.  Ten (10) Syringes, 20 cc

3.  Ten (10) Needles 18 Ga., 1"

4.  Five (5) Angiocaths, 20 Ga., 1"

5.  Five (5) Angiocaths, 18 Ga., 1"

6.  Five (5) Angiocaths, 16 Ga., 1 3/4"

7.  Four (4) Normal Saline, IV bags, 1000 cc

8.  Two (2) Normal Saline, IV bags, 250 cc

9.  Twelve (12) Extension sets, 72" long

10. One (1) Box alcohol preps

11. Four (4) Rolls adhesive tape, 1"

12. Four (4) Rolls adhesive tape, 2"

13. One (1) Pair scissors, Bandage, pr.

14. Six (6) Tourniquets

15. Box gloves, surgical, Size 7, sterile

16. Box gloves, surgical, Size 9, sterile

17. Box Surgical masks

18. Three (3) Flashlights, w/batteries

19. Six (6) 3 Way Stopcocks

20. Restraint Gear- Department approved leather restraints, handcuffs and leg irons

21. Cardiac Monitor- Two (2) sets

22. Wall Clocks- Two (2)

c.  Inmate Needs:

1.  Bed Mattress

2.  Blanket

3.  Pillow

4.  AM/FM Radio

5.  Television

6.   Inmate Clothing (3 sets)

7.   State issue trousers

8.   State issue undershorts

9.   State issue undershirt

10.   State issue socks

11.   State issue blue shirt

12.   In the event the condemned is female, clothing consists of brassiere, panties, and blue dress.

   Female clothing will be provided by the Central California Women's Facility (and delivered with the condemned female 48 hours prior to actual execution date.)

13.   Coffee and/or Approved Drinks (non-alcoholic)

14.   Last Dinner Meal (as reasonable as possible)

   ASCERTAIN DISPOSITION OF PERSONAL PROPERTY FROM CONDEMNED INMATE AFTER HIS/HER PLACEMENT IN DEATH WATCH CELL (DONATION, MAIL TO RELATIVE, ETC.)

d.   Procedures:

1.   Two (2) Weeks Prior to Scheduled Execution:

   The Lieutenant in Charge of the Chamber will notify the Warden that the following procedures have been accomplished:

   a)   Specific staff assignments to the execution detail have been made.

   b)   Preliminary chamber area readiness and operational testing procedures have been made. Necessary maintenance work will be performed in the presence of the Lieutenant in Charge of the Chamber or his/her designate (Chamber Operator/Chemical Operator.)

   c)   Ensure the chamber areas have full complements of necessary household and personal needs of the condemned inmate. Ensure all required clothing is ready for use.

   d)   Ensure log sheets are ready for use.

   e)   Ensure the direct telephone lines used by the State Supreme Court and Attorney General's office to the chamber are working. Telephone: (See Warden for number.)

f)    Inventory all chemicals and equipment necessary in chamber operation and under proper storage.

2.    One (1) Week Prior to Scheduled Execution:

The Lieutenant in Charge of the Chamber will inspect the chamber areas for the following:

a)    Ensure all maintenance work requested has been completed and the chamber is ready.

b)    Preliminary and operational tests are again performed to ensure readiness of chamber areas.

c)    Ascertain all necessary clothing, personal items, overnight detail equipment, etc., are properly available and operational. The Lieutenant in Charge of the Chamber will notify the Warden of this inspection. At this point, all equipment should be operational and functioning properly.

d)    All necessary supplies should be in the chamber area or where designated and ready for use.

e)    The entire area should be in a high state of cleanliness and ready for outside witnesses.

3.    Three (3) Days Prior to Scheduled Execution:

The following procedure will be strictly adhered to without exception:

a)    The execution chamber area will be closed to any and all persons not specifically cleared by the Warden. The Lieutenant in Charge of the Chamber and necessary team members are authorized access.

b)    All traffic into the chamber areas will be approved by the Lieutenant in Charge of the Chamber, who will directly supervise necessary traffic into the area.

c)    The Lieutenant in Charge of the Chamber will conduct a pre-execution inventory and equipment check.

d)    Members of the injection team shall conduct an equipment check of all materials necessary to perform the execution.

e)    At this time, the Lieutenant in Charge will be responsible for the security of the chamber. A search of all materials that will come into contact with the condemned inmate will be made by the Execution Team. All equipment will be in working order and functioning properly.

Lethal Injection Chamber                    March 6, 2006                    SQ-OP-0-770-25

f)      All chemicals will be stored under appropriate controls to prevent tampering.

**NOTE:**   In the event the condemned inmate is female, she will be transported from the Central California Women's Facility not earlier than three (3) days prior to the scheduled execution date.   The condemned female will be placed upon arrival in the overnight cell and necessary coverage and supervision of the condemned inmate as outlined in this procedure for male inmates will be arranged by the Lieutenant in Charge of the Chamber.

4.      One (1) Day Prior to Scheduled Execution:

a)      Chamber Kitchen:

- Check linen - includes officer cot and sheets, pillow, pillowcase and six (6) towels.  Contact the laundry if additional supplies are needed.

- Contact the Food Manager for foodstuffs; fruit, coffee, sugar, milk, and ice.

b)      Death Watch Cells:

Thoroughly search cells, depending on number of executions set for the next day.

c)      At the appropriate time commensurate with the day and time of the execution:

Lieutenant in Charge of the chamber will contact the Warden for last minute information.

d)      At the appropriate time commensurate with the day and time of the scheduled execution:

- In the event the condemned inmate is not in the visiting room, the appropriate number of supervisory and custody staff as determined by the Associate Warden of Unit V will arrive at the condemned row office.  One of the detail officers searches the clothing to be worn by the condemned inmate.  The unit lieutenant makes the necessary notation in the condemned row log book.  The escort team then enters the condemned tier and proceeds to the cell of the condemned inmate.  While in the cell, the inmate is given an unclothed body search and then placed in mechanical restraints.  The inmate, wearing his underclothing, is escorted to the holding cell where he is retained pending an unclothed body search which includes a metal detector scan.

- Following this, he is given a complete new outfit of clothing that was previously searched by the

officer.   This clothing consists of undershirt, shorts, socks, blue jeans, blue shirt, and slippers. All items of clothing are regulation for the institution.   After the inmate is clothed, he is placed in restraint equipment.  He is then escorted to the elevator via the condemned unit door, by the aforementioned officers, then to the lower floor of the cell block and to the door leading to the death watch cell area.   The Chamber Lieutenant will be stationed on the opposite side of the door in the death watch cell area with the necessary key which he passes to the officer through the door aperture.  The door is unlocked and the officers responsible for the death watch escort the condemned inmate into one of the cells, and the restraint equipment is removed.

- One officer will be posted at the door leading to the death watch area after the condemned inmate is placed in the cell.  This position will be posted during the third watch and first watch preceding the execution.

- Equipment required for this position is one (1) handheld radio and key ring.

- The Lieutenant in Charge of the chamber asks the inmate if he has a spiritual advisor, then informs the condemned inmate of the time his dinner will be served.

- The Lieutenant informs the inmate that he will return to see him later in the evening, or sooner if the inmate desires.  At this point, the inmate is introduced to the sergeant/lieutenant and four (4) officers who will be with him throughout the night.  All staff, except the death watch detail, leave the chamber area, and the Lieutenant in Charge of the chamber will report directly to the Warden.

e)   At the appropriate time commensurate with the day and time of the scheduled execution:

Dinner is brought to the area by the Public Information Officer. The dinner normally is the meal requested by the inmate insofar as is reasonable and possible to obtain.   Coffee and juice are available throughout the night.

f)   At the appropriate time commensurate with the day and time of the scheduled execution:

- The inmate is usually visited by the spiritual advisor of his choice and the Warden.  The Lieutenant in Charge of the chamber returns during the evening to check with the death watch

sergeant/lieutenant and officers and stays as required. He remains on duty through the execution. All visitors in the death watch cell area other than the above mentioned must be approved by the Warden.

- The condemned inmate is allowed reasonable last requests. Normally, these requests include the following:

  * Special items of food and soft drinks;

  * Special programs on the radio or television set;

  * He will be allowed to walk to the chamber without assistance, however, waistchains will be applied prior to escorting the inmate to the chamber;

  * He will be allowed to send out last letters and make last phone calls

- Requests, other than normally routine, are processed through the Warden.

- Routine requests are handled by the Lieutenant in Charge of the chamber or the respective Watch Commander on duty.

- The telephone located in the chamber kitchenette is restricted to the Warden, and the Lieutenant in Charge of the chamber.

5. Day of Scheduled Execution:

   a) Approximately 5 hours prior to the execution:

   The inmate requested spiritual advisor, if not a San Quentin chaplain, may arrive at the death watch cell to remain until approximately 45 minutes before the execution. If the requested spiritual advisor is a San Quentin chaplain, he may visit with the inmate and return later in the evening.

   b) Approximately 2 hours prior to the execution, the following procedure will be followed:

   - Members of the injection team shall enter the injection room and immediately inventory the supplies and equipment to insure that all is in readiness, and if applicable, obtain re-placement items from the designated locker in the armory.

   - The chamber operator and chemical operator arrange the necessary chemicals for the execution

and commence with the final preliminary tests of the execution chamber.

c)     Approximately 1 hour prior to execution, the following procedure will be followed:

1)     The drugs will be obtained from the drug locker under the supervision of the Lieutenant in Charge of the Chamber. The drugs will then be drawn in the following manner:

- 5 Gm of Sodium Pentothal will be mixed thoroughly with the 250 mL bag of Sodium Chloride (saline) by drawing off diluent from the bag to completely mix the Sodium Pentothal. The mixture will then be returned to the bag and mixed with the remaining diluent.

- 1 Gm of Sodium Pentothal will be mixed with the supplied diluent and drawn in a 60 cc syringe. This syringe will be marked as #1 and taped to the drug cart.

- Another 500 mg of Sodium Pentothal will be mixed with the supplied diluent and drawn in a second 60 cc syringe marked as #2 and taped to the drug cart after #1.

- 20 cc of Sodium Chloride (saline) will be drawn in a 60 cc syringe and will be marked "FLUSH" and taped to the drug cart after #2.

- 40 mg of Pancuronium Bromide will be drawn in a 60 cc syringe. The syringe will be marked #3 and taped to the drug cart after the "FLUSH" syringe.

- Finally a total of three 60 cc syringes, each with 80 mEq of Potassium Chloride will be drawn. They will be marked in order #4, #5 and #6 and will be taped to the drug table after #3.

2)     The IV set-up will be prepared.

3)     Two (2) IV lines will be hung, one for each arm. Each line will consist of a 1000 ml bag of Sodium Chloride and a 15 drops/mL primary IV set. The primary sets will be connected to the two stopcocks at the injection manifold.. The 250 mL bag that was previously mixed with 5 gm of Sodium Pentothal will be piggybacked to the left arm primary IV set utilizing 38" extension tubing. This tubing will be connected to the primary IV set at the lowest of the two CLAVEs utilizing the needleless connection. Both IV lines will then continue from the stopcocks

through the Chamber wall using two sets of pressure tubing for each IV. After removing all air from the lines, each line will be rolled up neatly, marked "right" and "left" and placed on the ledge inside of the Chamber.

d) Approximately 45 minutes prior to execution, the following procedure will be followed:

- The Warden and physician arrive at the execution chamber via the outside entrance.

- With the order from the Warden, the inmate is then moved into the execution chamber and secured onto the table. The heart monitor equipment is then connected to the monitor. The physician will verify the heart beat registers on the monitor.

- The following execution procedure is started:

   (a) The angiocath shall be inserted into a usable vein by a person qualified, trained, or otherwise authorized by law to initiate such a procedure. The flow of **Normal Saline** shall be started and administered at a slow rate of flow.

   (b) The above procedure shall be repeated on a second usable vein.

   **NOTE:** At this point, the administration sets shall be running at a slow rate of flow, and ready for the injection of syringes containing the injection agents. Observation of both set-ups to insure that the rate of flow is uninterrupted shall be maintained. **NO FURTHER ACTION** shall be taken until the Warden orders that the execution shall proceed.

- After the IV is started, team members vacate the chamber.

e) Approximately 10 minutes prior to execution, when the saline solution is flowing, the following procedure will be followed:

- The chamber door is closed by the chamber operator and sealed by the Lieutenant.

- Total anonymity of the team members shall be maintained. At **NO TIME** shall they be addressed by name, or asked anything that would require an oral response. The members of the

team shall remove all jewelry and wear long sleeve shirts to cover any identifiable marks, tattoos, or scars.

- The chamber operator shall report or signal to the Warden that everything is ready. At the verbal command of the Warden, the execution will begin by administering the lethal agents which will continue by intravenous infusion until the inmate is pronounced dead by the physician. Once the inmate is pronounced dead, the Warden should instruct the recorder to communicate the expiration of the inmate to the witnesses in the witness room via the port in the anteroom door.

f) When the Signal to Commence is Given By the Warden:

- The Luer Lock tip of Syringe #1 (Sodium Pentothal) shall be locked on to the stopcock, running to the right arm. After the stopcock is manipulated, the injection shall commence. A steady even flow of the injection shall be maintained with only a minimum amount of force applied to the syringe plunger. When the entire contents of the syringe have been injected;

- The stopcock is manipulated allowing the Normal Saline to continue to flow and syringe #1 is removed from the stopcock.

- The Luer Lock tip of Syringe #2 (Sodium Pentothal) shall be locked onto the stopcock, the stopcock manipulated, and the injection shall commence. A steady, even flow of the injection shall be maintained with only a minimum amount of force applied to the syringe plunger. After the entire contents of the syringe have been injected, the CAIR clamp to the 250 ml bag containing the 5 gm of Sodium Pentothal will be opened and an IV drip of a minimum of 75 drips per minute will be set allowing a continuous flow of Sodium Pentothal) to the left IV. After the drip is set:

  (a) The syringe of normal saline marked "FLUSH" shall be locked on to the right stopcock, the stopcock manipulated, and the entire contents injected to flush the line. After the stop cock manipulation;

  (b) The "FLUSH" syringe shall be removed and syringe #3 containing the Pancuronium Bromide shall be locked on. After stopcock manipulation, the entire contents shall be injected with slow even pressure on the plunger.

(c)  After stopcock manipulation, syringe #4 containing Potassium Chloride shall be locked on, the stopcock manipulated, and the entire contents injected.  After stopcock manipulation, syringe #5 containing Potassium Chloride shall be locked on, the stopcock manipulated, and the entire contents injected.  After stopcock manipulation, syringe #6 containing Potassium Chloride, shall be locked on, the stopcock manipulated, and the entire contents injected.

- Upon completion of the injections, or at such earlier time as may be appropriate, the physician shall pronounce death.  After the announcement of the completion of the execution, the witnesses will be escorted from the chamber.

g)  Post Execution Procedure:

1).  Under the supervision of the Lieutenant in Charge of the chamber, the body shall be removed with care and dignity and placed in a body bag.  The body bag shall remain in the chamber area pending removal as pre-arranged with San Quentin's contract mortuary.

2).  The chamber should then be cleaned thoroughly.  Between uses, the chamber door and the air intake manifold valve and the exhaust chamber should all be left in accordance with separate instructions for care of same.

3).  Any unused drugs or supplies will be returned to the pharmacy.

_____
**S. W. ORNOSKI**
Warden (A)

_____
Date Signed


APPROVED/DISAPPROVED


_____
**JOHN DOVEY**
Director
Division of Adult Institutions
*EXECUTE\770\6-4-97.DOC*

_____
Date Signed