IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES,** | **CAPITAL CASE** |
| Plaintiff, | C 06-219 JF<br>C 06-926 JF RS |
| v. | |
| **JEANNE S. WOODFORD, Acting Secretary;**<br>**STEVEN ORNOSKI, Acting Warden,** | **[PROPOSED] PROTECTIVE ORDER** |
| Defendants. | |

Good cause appearing, the Court enters this Protective Order pursuant to Federal Rule of Civil Procedure 26(c).

Unless otherwise ordered by the Court, any information reflecting the name, rank, job description, or any other identifying information of San Quentin employees who are a part of the execution team which may be disclosed during the course of this litigation is Protected Material and shall be subject to this Protective Order. The names and other identifying information of wardens or any participant in an execution who has been disclosed in unredacted or non-privileged documents are excluded from this Order.

Protected Material is and shall remain confidential. It may not be disclosed to anyone other than the attorneys representing plaintiff, including but not limited to investigators, paralegals, secretaries, experts working for plaintiff's counsel, plaintiff

1

1  Michael Morales or any other prison inmate. Unless specific testimony is also found to
2  be protected, this Order does not prevent plaintiff's counsel from disclosing or discussing
3  the contents of statements, depositions, testimony, or any other document whose
4  identifying information is covered by the Order. Any document containing Protected
5  Material shall be redacted to exclude all references to such Protected Material before it
6  is disclosed. No document containing Protected Material shall be filed in the public
7  record.

8  In the event a party wishes to submit to the Court any Protected Material (or
9  briefs or other materials disclosing the Protected Material), the party shall do so under
10 seal. However, copies of briefs or other materials disclosing Protected Material shall be
11 filed in the public record with the Protected Material deleted and such deletion noted as
12 made pursuant to this Protective Order.

13 This Protective Order shall continue in effect after the conclusion of the present
14 action. Within 30 days after completion of any appeal, or after the Court's final order if
15 no appeal is taken, counsel for plaintiff shall return to counsel for defendants all
16 unredacted documents containing Protected Material. Any redacted documents may be
17 retained.

18 **IT IS SO ORDERED.**

20 Dated: _____ _____
   JEREMY FOGEL
21 UNITED STATES DISTRICT JUDGE