**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

\*\*E-filed 3/27/06\*\*

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com

Attorneys for Non-Party Press Organization
Los Angeles Times Communications LLC;
McClatchy Newspapers, Inc.; and San Jose
Mercury News, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>              Plaintiff,<br><br>      vs.<br><br>RODERICK Q. HICKMAN,<br>Secretary of the California Department<br>of Corrections and Rehabilitation;<br>STEVEN W. ORNOSKI, Acting<br>Warden of San Quentin State Prison;<br>and DOES 1-50,<br><br>              Defendants. | Case No. C 06 219 JF<br>Case No. C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>**[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION OF NON-PARTY PRESS ORGANIZATIONS LOS ANGELES TIMES COMMUNICATIONS LLC; MCCLATCHY NEWSPAPERS, INC.; AND SAN JOSE MERCURY NEWS, INC., FOR ORDER SHORTENING TIME TO HEAR MOTION TO INTERVENE AND FOR ACCESS TO JUDICIAL PROCEEDINGS** |

1  This matter having come on for hearing on the "<u>Ex</u> <u>Parte</u> Application Of Non-Party Press Organizations Los Angeles Times Communications LLC; McClatchy Newspapers, Inc.; And San Jose Mercury News, Inc., For Order Shortening Time To Hear Motion To Intervene And For Access To Judicial Proceedings," and good cause having been shown therefore,

IT IS HEREBY ORDERED that the hearing on the "Motion Of Non-Party Press Organizations Los Angeles Times Communications LLC; McClatchy Newspapers, Inc., And San Jose Mercury News, Inc., To Intervene And For Access To Judicial Proceedings" shall be held on March <u>29</u>, 2006, at <u>10:30</u> <u>a</u>.m., in Courtroom 3 of the above entitled Court, located at 280 S. First Street, Suite 2112, San Jose, California 95113-3008.

DATED:  <u>3/27/06</u>

By: _____
The Honorable Jeremy Fogel
United States District Court Judge

[PROPOSED] ORDER RE OST FOR ACCESS TO PRISON HEARING    1
LAX 252146v1 88-88

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER RE OST FOR ACCESS TO PRISON HEARING
LAX 252146v1 88-88

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i

[PROPOSED] ORDER RE OST FOR ACCESS TO PRISON HEARING
LAX 252146v1 88-88

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899