**E-filed 3/27/06**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Jeanne S. WOODFORD, Acting Secretary of the California Department of Corrections and Rehabilitation; Steven W. Ornoski, Acting Warden of San Quentin State Prison; and Does 1-50,<br><br>　　　　　　Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING NONPARTY PRESS ORGANIZATIONS' REQUEST FOR JUDICIAL NOTICE<br><br>[Docket No. 107] |

Nonparty press organizations Los Angeles Times Communications LLC; McClatchy Newspapers, Inc.; and San Jose Mercury News, Inc. request that the Court take judicial notice of two articles from the Los Angeles Times in connection with their Motion to Intervene and for Access to Judicial Proceedings. Good cause appearing therefor, the request is granted. The Court hereby takes judicial notice of the proffered articles.

　　IT IS SO ORDERED.

DATED: March 27, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER GRANTING NONPARTY PRESS ORGANIZATIONS' REQUEST FOR JUDICIAL NOTICE
(DPSAGOK)