IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>                                    Plaintiff,<br><br>v.<br><br>JEANNE S. WOODFORD, Acting Secretary;<br>EDDIE YLST, Acting Warden,<br><br>                                    Defendants. | **CAPITAL CASE**<br><br>C 06-219 JF<br><br>**[PROPOSED] ORDER CLARIFYING PROTECTIVE ORDER** |

Good cause appearing, the Court amends the protective order entered on April 3, 2006 the with the following clarification:

Plaintiff may examine execution team and other prison officials about their background, training, and experience solely as it relates to their involvement in a lethal injection execution. No other personal background information may be sought from the witnesses or through background investigation.

**IT IS SO ORDERED.**

Dated: _____

                                                JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE