**E-filed 4/27/06**

1  David A. Senior (# 108579)
2  McBreen & Senior
   1880 Century Park East, Suite 1450
3  Los Angeles, California  90067
   Telephone: (310) 552-5300
4  dsenior@mcbreensenior.com
5
6  John R. Grele (# 167080)
   Law Offices of John R. Grele
7  703 Market Street, Suite 550
   San Francisco, California 94103
8  Telephone: (415) 348-9300
9  jgrele@earthlink.net
10
   Richard P. Steinken (admitted *pro hac vice*)
11 Jenner & Block LLP
   One IBM Plaza
12 Chicago, Illinois 60611-7603
13 Telephone: (312) 923-2938
   rsteinken@jenner.com
14
15 Attorneys for Plaintiff
   MICHAEL ANGELO MORALES
16
17
   Dane R. Gillette
18 Senior Assistant Attorney General
19 State of California Department of Justice
   455 Golden Gate Avenue, Suite 11000
20 San Francisco, California 94102-7004
   Telephone: (415) 703-5866
21 dane.gillette@doj.ca.gov
22
   Attorneys for Defendants
23 JEANNE S. WOODFORD AND EDDIE S. YLST
24
25 //
26
   //
27
28

MCBREEN & SENIOR
1880 Century Park East, Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-5300

1

2
IN THE UNITED STATES DISTRICT COURT
3
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
4

5

6

7 | MICHAEL ANGELO MORALES,        ) CASE NO. C 06 0219 (JF) (RS)
8 |                                )          C 06-926 (JF) (RS)
  |            Plaintiff,          )
9 |                               ) STIPULATION OF THE PARTIES TO
  |      vs.                       ) CONTINUE HEARING TO SEPTEMBER
10|                                ) 19, 2006; [PROPOSED] ORDER
11| JEANNE WOODFORD, Secretary of the )
  | California Department of Corrections;   )
12| EDDIE YLST, Warden, San Quentin State)
13| Prison, San Quentin, CA; and DOES 1-50,)
  |                                )
14|            Defendants.         )
  |                                )
15|  _____ )

16

17 IT IS HEREBY STIPULATED by and between the parties herein through their

18 respective attorneys of record that the evidentiary hearing currently scheduled for May 2,

19 2006, be continued until September 19, 2006.  Good cause exists for this stipulation as

20

21 follows:

22      1.     "The dates for the evidentiary hearing were adopted in part on the

23 assumption that the parties would cooperate in the discovery process."  Order Deferring

24 Ruling on Plaintiff's Motion to Continue Hearing, April 4, 2006, at 1.  In this regard, the

25

26 parties have and continue to cooperate in the discovery process.  Any discovery

27 disagreements have resulted from the reasonable representation of the clients' interests.

28 Counsel have been in regular contact throughout the discovery process and have had

numerous meetings in good faith pursuant to Local Rule 37-1 to resolve all discovery issues. Almost all disagreements have been resolved by counsel. Proceeding reasonably in this manner has required the bulk of the short period of time to prepare for the May 2 evidentiary hearing.

2.    Despite the efforts of the parties, discovery is not complete. The parties have not completed paper discovery, scheduling depositions, conducting depositions, or reviewing transcripts and redacting Protected Information (see id. at 2). After efforts to search for and collect requested documents pertaining to Procedure 770, Defendants only recently (on April 21, 2006) were able to provide Plaintiff the ability to inspect and copy those documents. Efforts are currently being undertaken to determine if additional documents exist. Plaintiffs have obtained four depositions, and through those depositions, the identities of additional witnesses recently have become known. Remaining depositions that must be completed include the execution team leader for the previous 8 lethal injection executions conducted at San Quentin, and the medical personnel who had various assignments during these executions, including the scheduled execution for plaintiff on February 21, 2006. Those depositions were not possible due to the unavailability of the witnesses.

3.    The parties have made substantial efforts to protect the confidentiality of lethal injection team members. This effort has required additional time, and has necessitated court intervention.

4.    Counsel have met in person to outline the remaining discovery required to be conducted before a hearing can take place. In doing so, counsel reasonably believe

MCBREEN & SENIOR
1880 Century Park East, Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-5300

that most or all witnesses who need to be deposed have been identified.  Some of these witness have not been in the country for several weeks or months, and may not be in the country at present.  Arrangements are being made to determine when and where these witnesses can be deposed.  A schedule for conducting and completing the depositions of the other witnesses has been agreed to by counsel.

5.   Counsel anticipate and have agreed to complete these depositions by June 30, 2006.

6.   Defendants are assessing whether further revisions are required to Procedure 770, in writing or in practice, in light of recent rulings in other jurisdictions. Additional discovery may be required with respect to these revisions.

7.   The parties agree that certain expert witnesses are unavailable to attend a May 2 evidentiary hearing.  Many of plaintiff's expert witnesses work and reside on the East Coast and scheduling and completing their depositions will require additional time.

8.   The parties have agreed to exchange expert reports by August 15, 2006, and complete expert depositions by September 8, 2006.

9.   The parties agree that certain witnesses necessary to conduct a full hearing are unavailable to attend a hearing scheduled to commence on May 2.  Arrangements are being made to either ensure their availability to attend a September 19, 2006 hearing, or make the witnesses available for a deposition to be used in lieu of testimony to be presented at the hearing.

///

///

MCBREEN & SENIOR
1880 Century Park East, Suite 1450
Los Angeles, California 90067
Telephone (310) 552-5300

4

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED that the evidentiary hearing, if possible with the Court's calendar, be continued to September 19, 2006.  It is also requested that a four-day hearing be scheduled.

DATED: April 26, 2006          MCBREEN & SENIOR

                               By: _____
                                   DAVID A. SENIOR
                                   Attorneys for Plaintiff
                                   MICHAEL ANGELO MORALES

                               SENIOR ASSISTANT ATTORNEY GENERAL

DATED: April 26, 2006          By: _____
                                   DANE R. GILLETTE
                                   Attorneys for Defendants
                                   JEANNE S. WOODFORD and
                                   EDDIE S. YLST

IT IS SO ORDERED.

DATED: April 27, 2006          By: _____
                                   JEREMY FOGEL
                                   UNITED STATES DISTRICT JUDGE

MCBREEN & SENIOR
1880 Century Park East, Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-5300

5