1
2
3
4
5
6
7

**F I L E D**

MAY 1 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8    **UNITED STATES DISTRICT COURT**

9    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10   **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  Michael Angelo MORALES, | Case Number C 06 219 JF RS |
| | Case Number C 06 926 JF RS |
| 13            Plaintiff, | |
| | DEATH-PENALTY CASE |
| 14        v. | |
| | ORDER GRANTING MOTION FOR |
| 15  Jeanne S. WOODFORD, Acting Secretary of the | LEAVE TO MAKE MOTION FOR |
| California Department of Corrections and | RECONSIDERATION OF ORDER |
| 16  Rehabilitation; Robert Wong, Acting Warden of | GRANTING IN PART PLAINTIFF'S |
| San Quentin State Prison; and Does 1-50, | MOTION TO COMPEL |
| 17 | |
| | [Docket No. 153] |
| 18           Defendants. | |

19        Plaintiff seeks leave to make a motion for reconsideration of the Court's Order Granting

20   in Part Plaintiff's Motion to Compel.  Good cause appearing therefor, the Court hereby grants

21   Plaintiff leave to make a motion for reconsideration.  The motion for reconsideration (which

22   Plaintiff attached to his motion for leave to make a motion for reconsideration) is hereby deemed

23   filed.  Defendants shall file any opposition to the motion for reconsideration not later than June 1,

24   2006; Plaintiff shall file any reply to the opposition to the motion not later than June 5, 2006.  In

25   addition to filing their briefs regarding the motion for reconsideration, the parties shall e-mail the

26   briefs to gok1@columbia.edu.  Unless otherwise ordered by the Court, the Court will take the

27   motion for reconsideration under submission without oral argument upon receipt of Plaintiff's

28

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER GRANTING MOTION FOR LEAVE TO MAKE MOTION FOR RECONSIDERATION OF ORDER
GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL
(DPSAGOK)

1  reply brief or upon the expiration of the time to file a reply brief.

2  *It is so ordered.*

3

4  DATED:  May 17, 2006

RICHARD SEEBORG
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2