FILED
JUL 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>    Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>FINDINGS REGARDING EXECUTION SECURITY PLAN<br><br>[] |

    In its Order Granting in Part Plaintiff's Motion to Compel, the Court ordered Defendants to submit to the Court Defendants' Execution Security Plan for review in camera. Defendants subsequently submitted the Execution Security Plan as it was developed for Plaintiff's scheduled execution on February 21, 2006. Having reviewed this document in camera, the Court finds the following.

    Almost all of the information contained in the Execution Security Plan either (1) has no bearing on the present action and may be withheld legitimately in the interests of prison security or (2) already has been disclosed to Plaintiff elsewhere (mainly if not entirely in California's lethal-injection protocol, Procedure 770).

Case Nos. C 06 219 JF RS & C 06 926 JF RS
FINDINGS REGARDING EXECUTION SECURITY PLAN
(DPSAGOK)

  The few apparent exceptions to this generally involve a position titled "Health Care Manager," which is not found in Procedure 770. The exceptions are itemized below.

- For February 10, 2006, **"THE ASSOCIATE WARDEN-UNIT V WILL:** . . . With the Health Care Manager (HCM) representative, examine the inmate's veins and report findings to Warden immediately."
- Also for February 10, 2006, **"THE LIEUTENANT IN CHARGE OF THE CHAMBER WILL:** . . . Ensure that the necessary chemicals are available through the Health Care Manager (HCM) and properly controlled at all times during handling."
- For February 16, 2006, **"THE HEALTH CARE MANAGER WILL:** Authorize release of required amounts of Lethal Chemicals under the direction of the Warden or Chief Deputy Warden. [¶] **THE LIEUTENANT IN CHARGE OF THE CHAMBER WILL:** . . . All chemicals will be issued by the Health Care Manager and are secured to prevent tampering."

DATED: July 18, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

2

Case Nos. C 06 219 JF RS & C 06 926 JF RS
FINDINGS REGARDING EXECUTION SECURITY PLAN
(DPSAGOK)