**E-filed 8/11/06**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

Michael Angelo MORALES,

Plaintiff,

v.

James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,

Defendants.

Case Number C 06 219 JF RS
Case Number C 06 926 JF RS

DEATH-PENALTY CASE

ORDER SCHEDULING EVIDENTIARY HEARING AND PRE-HEARING CONFERENCE

[]

Good cause appearing therefor, the evidentiary hearing in the above-entitled action shall commence on September 26, 2006, and conclude on September 29, 2006. The Court will hold a pre-hearing conference at 1:30 p.m. on September 13, 2006. The parties shall comply with the requirements and procedures outlined in the Court's Standing Order Re Pretrial Preparation (with all references to "trial" to be read as referring to the evidentiary hearing), except as follows: (1) the parties shall deliver to the Courtroom Deputy Clerk *four* (rather than three) sets of joint exhibits; (2) the parties may file any motions *in limine* and a statement describing any remaining discovery on or before September *5* (rather than September 1), 2006; (3) the parties need not state positions on reference to a master or magistrate judge; and (4) the hours of the evidentiary hearing shall be from 9:00 a.m. to 4:30 p.m. each day, except that on September 27 proceedings

will commence immediately following a brief criminal calendar that is set for 9:00 a.m. Pursuant to the Standing Order, the parties shall file their joint pre-hearing conference statement not later than August 29, 2006.

IT IS SO ORDERED.

DATED: August 11, 2006

JEREMY FOGEL
United States District Judge

2

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER SCHEDULING EVIDENTIARY HEARING AND PRE-HEARING CONFERENCE
(DPSAGOK)