**E-filed 8/29/06**

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  Michael Angelo MORALES,                  Case Number C 06 219 JF RS
                                             Case Number C 06 926 JF RS
13                      Plaintiff,
                                             DEATH-PENALTY CASE
14          v.
                                             ORDER SCHEDULING FILING OF
15  James E. TILTON, Acting Secretary of the JOINT PRE-HEARING
    California Department of Corrections and CONFERENCE STATEMENT
16  Rehabilitation, and Robert L. Ayers Jr., Acting
    Warden of San Quentin State Prison,
17
                        Defendants.          []
18

19        In preparation for the evidentiary hearing scheduled in the above-entitled action, the

20  Court has scheduled a pre-hearing conference on September 13, 2006.  The parties' joint pre-

21  hearing conference statement currently is due on August 29, 2006.  The parties jointly have

22  requested additional time within which to file the statement.  Good cause therefor appearing, the

23  time within which the parties may file their joint statement is extended to September 1, 2006; if

24  necessary, the parties may supplement their joint statement on September 5, 2006, and again

25  forthwith following the conclusion of expert depositions.

26        IT IS SO ORDERED.

27   DATED:  August 28, 2006                  _____
                                             JEREMY FOGEL
28                                           United States District Judge