**E-filed 9/6/06**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING BRIEFING ON MOTIONS IN LIMINE<br><br>[] |

Defendants have filed four motions in limine. Plaintiff shall file any responses to the motions in limine not later than 12:00 noon on September 11, 2006. The parties shall be prepared to discuss the motions in limine at the pre-hearing conference on September 13, 2006, at which time the Court will rule on the motions in limine from the bench.

IT IS SO ORDERED.

DATED: September 6, 2006

_____
JEREMY FOGEL
United States District Judge

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER SCHEDULING BRIEFING ON MOTIONS IN LIMINE
(DPSAGOK)