**E-filed 9/8/06**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING BRIEFING ON PLAINTIFF'S MOTION IN LIMINE AND NONPARTY PRESS ORGANIZATIONS' MOTION TO INTERVENE AND TO UNSEAL RECORDS<br>[] |

Plaintiff has filed one motion in limine; three nonparty press organizations have filed a motion to intervene and to unseal records. The parties shall file any responses to these motions not later than 3:00 p.m. on September 12, 2006. The parties shall be prepared to discuss the motions at the pre-hearing conference on September 13, 2006, at which time the Court will rule on the motion in limine from the bench and will hear argument on the motion to intervene and to unseal records.

IT IS SO ORDERED.

DATED: September 7, 2006

_____
JEREMY FOGEL
United States District Judge

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER SCHEDULING BRIEFING ON PLAINTIFF'S MOTION IN LIMINE AND NONPARTY PRESS ORGANIZATIONS' MOTION TO INTERVENE AND TO UNSEAL RECORDS
(DPSAGOK)