**E-filed 9/14/06**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11
12  Michael Angelo MORALES,

Case Number C 06 219 JF RS
Case Number C 06 926 JF RS

13              Plaintiff,

14       v.

DEATH-PENALTY CASE

15  James E. TILTON, Acting Secretary of the
California Department of Corrections and
16  Rehabilitation, and Robert L. Ayers Jr., Acting
Warden of San Quentin State Prison,

ORDER GRANTING IN PART
NONPARTY PRESS
ORGANIZATIONS' MOTION TO
INTERVENE AND TO UNSEAL
RECORDS

17              Defendants.

[Docket No. 188]

18
19                          I

20      The present action involves a challenge to California's lethal-injection protocol for

21  carrying out sentences of death.  This is a matter of significant interest to the public and,

22  accordingly, it has received a fair amount of attention from the press.  The press understandably

23  would like to have untrammeled access to all aspects of this proceeding.  Indeed, "a strong

24  presumption in favor of access is the starting point." *Kamakana v. City and County of Honolulu*,

25  447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks omitted).  Nonetheless, the Court

26  has recognized that Defendants have a valid traditional and historical interest in maintaining the

27  anonymity of members of the execution team.

28      To that end, the Court entered a Protective Order in this action, which deemed identifying

1  information of members of the execution team to be protected and hence shielded from public

2  view.  Specifically, the Protective Order defined "Protected Information" as

3          the name, address, date and place of birth, Social Security number,
          rank, job description (to the extent that it is not directly related to
4          being a member of the execution team), race, color, religion,
          ethnicity, sex, age, sexual orientation, gender, physical description,
5          and any other identifying information of any member of the
          execution team. . . .

6
7  (Doc. No. 126 at 2.)  The Court directed the parties to redact Protected Information from their

8  filings and to submit unredacted versions of such filings under seal.  (*Id.* at 3.)  The parties have

9  filed several documents with redactions made purportedly pursuant to the Protective Order.  (*See*

10 Doc. Nos. 138-39, 163-64 & 169-70.)

11         Three nonparty press organizations—Los Angeles Times Communications, LLC; San

12 Francisco Chronicle; and McClatchy Newspapers, Inc. (hereafter referred to collectively as "the

13 press"—now come before the Court with a motion to intervene and to unseal records.  The Court

14 heard oral argument on the motion at the Pre-Hearing Conference held on September 13, 2006, in

15 preparation for the evidentiary hearing scheduled in this matter in the last week of September

16 2006.

17         The press argues that the redactions made appear to overstep the bounds of the Protective

18 Order, thereby violating the public's right of access to court records.  The press points out that

19 the Protective Order itself distinguishes between nonidentifying information related to "the

20 background, training, and experience of members of the execution team" and identifying

21 "Protected Information."  (Doc. No. 126 at 2.)

22         The Court has reviewed carefully each document that contains redactions and has

23 balanced the competing interests of public access to court records and the preservation of

24 execution team members' anonymity.  While the Court reaffirms that information identifying

25 members of the execution team legitimately may be withheld, the Court finds and concludes that

26 many of the redactions made by the parties involve information to which the public is entitled:

27 although the list of the types of Protected Information in the Protective Order is not exhaustive

28 (for example, execution team members' telephone numbers and the names of their physicians,

1   though not specifically itemized, clearly would be covered), the information that the parties seek

2   to redact includes much that does not identify execution team members (including job

3   descriptions to the extent that the descriptions *are* directly related to being members of the

4   execution team).  In short, the parties' redactions are not narrowly tailored to protect execution

5   team members' anonymity.  *See Press-Enterprise Co. v. Superior Ct.*, 478 U.S. 1, 15 (1986).

6       Moreover, the press is correct that the public has a right to *prompt* access to records that

7   are not appropriately under seal.  *See, e.g.*, *Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 561

8   (1976).

9                                               II

10      Accordingly, and good cause therefor appearing, the nonparty press organizations' motion

11  to intervene and to unseal records is granted in part.  Not later than two calendar days after this

12  Order is posted, the parties shall refile documents containing redactions made purportedly

13  pursuant to the Protective Order as follows.

14  (1)  Defendants shall refile Document No. 138 without any redactions.

15  (2)  Defendants shall refile Document No. 139 with no more than the following words redacted.

16  • page 5, line 20:  the entire answer
    • page 5, line 22:  the word(s) after "given" but before "a"
17  • page 5, line 24:  the word(s) after the comma but before "had"
    • page 5, line 25:  the word(s) after "so"
18  • page 5, 2d line11:  the entire answer
    • page 6, line 1:  the word(s) after "was"
19  • page 6, 2d line 16:  the entire answer
    • page 7, 1st line 18:  the word(s) after "from" but before the comma
20  • page 7, 1st line 19:  the entire answer
    • page 7, 1st line 21:  the word(s) before the question mark
21  • page 7, 1st line 22:  the entire answer
    • page 7, line 24:  the word(s) before the question mark
22  • page 7, line 25:  the entire answer
    • page 7, lines 2-3:  the entire answer
23  • page 7, line 5:  the number
    • page 7, line 7:  the number
24  • page 7, line 9:  the entire answer
    • page 7, line 10:  the number
25  • page 7, line 12:  the entire answer
    • page 7, line 13:  the word(s) after "other"
26  • page 7, line 15:  the entire answer
    • page 7, line 17:  the entire answer
27  • page 7, 2d line 19:  the word(s) before "years" and the number
    • page 9, line 11:  word(s) after "Dr."
28

3

1    •    page 9, line 13:  the entire answer
     •    page 9, line 16:  the word(s) after "Dr."
2    •    page 10, lines 6-7:  the word(s) after "by"
     •    page 10, 2d line 12:  the entire answer
3    •    page 11, line 25:  the word(s) after "that" but before "doctor"
     •    page 11, lines 2-3:  the word(s) after "is"
4    •    page 11, line 5:  the word(s) after "specialty" but before "is"
     •    page 11, line 12:  the word(s) after "same"
5    •    page 12, 1st line 19:  the word(s) after the dash but before the second "name"
     •    page 12, 1st line 19:  the word(s) after "was"
6    •    page 12, 1st line 20:  the word(s) after "was" but before "or"
     •    page 12, 1st lines 21-22:  the word(s) after "was"
7    •    page 12, line 23:  the word(s) before "would"
     •    page 12, line 23:  the word(s) after "remember" but before "exact"
8    •    page 12, line 24:  the word(s) after the period but before "was"
     •    page 12, line 25:  the word(s) after "could" but before "prescribe"
9    •    page 12, line 10:  the word(s) after "the" but before "psychiatrist"
     •    page 12, line 11:  the word(s) after "see" but before "at"
10   •    page 12, line 13:  the word(s) after "saw" but before "between"
     •    page 12, line 3:  the word(s) after "Dr."
11   •    page 12, line 5:  the word(s) after "see" but before "at"
     •    page 12, line 7:  the word(s) after "saw"
12   •    page 13, line 13:  the word(s) after "you" but before "between"
     •    page 13, line 14:  the word(s) after "to" but before "in"
13   •    page 13, lines 15-16:  the word(s) after "from"
     •    page 14, line 20:  the entire question
14   •    page 14, line 22:  the word(s) after "years"
     •    page 14, lines 23-24:  the entire answer
15   •    page 14, 2d line 1:  the word(s) after "you"
     •    page 14, 2d line 2:  the entire answer
16   •    page 14, 2d line 3:  the entire question
     •    page 15, 1st line 5:  the word(s) after "you"
17   •    page 15, 1st line 7:  the word(s) after "when"
     •    page 15, 1st line 8:  the entire answer
18   •    page 15, line 11:  the word(s) after "when" but before the period
     •    page 15, line 12:  the word(s) after the second "was" but before the second dash
19   •    page 15, line 13:  the word(s) after "the"
     •    page 15, line 14:  the word(s) after "deposed"
20   •    page 20, 2d line 6:  the word(s) after "at" but before "that"
     •    page 20, 2d line 7:  the word(s) after "at"
21   •    page 20, 2d line 8:  the word(s) after "is"
     •    page 21, 1st line 9:  the entire answer
22   •    page 23, 1st line 9:  the word(s) after "at"
     •    page 25, lines 10-11:  the entire answer
23   •    page 25, lines 13-14:  the word(s) after "but" but before the comma
     •    page 25, line 16:  the word(s) after "go" but before "and"
24   •    page 25, 2d line 22:  the word(s) after the first comma
     •    page 26, lines 6-7:  the word(s) after "I"
25   •    page 26, line 8: the word(s) after "said"
     •    page 26, lines 9-11:  the word(s) after "like"
26   •    page 26, lines 12-14:  the word(s) after "staff"
     •    page 26, line 15:  the word(s) after "that"
27   •    page 26, line 16:  the word(s) after "somebody"
     •    page 26, line 17:  the word(s) after "they"
28

                                          4

1
- page 26, line 18:  the word(s) after "the"
- page 26, line 19:  the word(s) after "if"
2
- page 26, lines 20-21:  the word(s) after "and"
- page 26, lines 22-2d line 23:  the word(s) after "would"
3
- page 26, 2d line 25:  the entire question
- page 27, 1st lines 3-4:  the word(s) after "whenever"
4
- page 27, line 6:  the word(s) after "when"
- page 27, line 8:  the word(s) after the second "do"
5
- page 27, lines 9-12:  the word(s) after "there"
- page 27, lines 13-14:  the word(s) after "respond" but before "Sammy"
6
- page 27, lines 24-25:  the word(s) after "than"
- page 27, 2d lines 1-2:  the word(s) after "Occasionally"
7
- page 27, 2d line 4:  the word(s) after "the"
- page 28, 1st line 5:  the word(s) before the period
8
- page 28, 1st line 6:  the word(s) before the period
- page 28, 1st line 7:  the word(s) after "does" but before "mean"
9
- page 28, 1st line 8:  the word(s) after "of" but before "and"
- page 28, 1st line 8:  the word(s) after "whatever"
10
- page 28, line 9:  the word(s) after "you"
- page 28, line 10:  the word(s) after "you" but before "what"
11
- page 28, lines 10-11:  the word(s) after "does" but before "mean"
- page 28, lines 12-13:  the word(s) after "Like"
12
- page 28, line 14:  the word(s) after "not"
- page 28, line 15:  the word(s) after "you" but before "to"
13
- page 28, line 16:  the word(s) before "they're"
- page 28, line 18:  the word(s) after the first "you're" but before the comma
14
- page 28, line 19:  the word(s) before the question mark
- page 28, lines 22-24:  the word(s) after "Each" but before the first "and"
15
- page 28, line 24:  the word(s) after the second "and" but before the second comma
- page 28, line 25:  the word(s) after "or"
16
- page 28, line 1:  the word(s) after "be"
- page 28, line 3:  the word(s) after "sure"
17
- page 28, 2d line 6:  the word(s) after "You" but before the comma
- page 28, 2d line 7:  the word(s) after the comma
18
- page 28, 2d line 8:  the word(s) after "that"
- page 29, 1st line 10:  the word(s) after "about"
19
- page 29, 1st line 12:  the word(s) after the period
- page 29, line 14:  the word(s) after "in"
20
- page 29, line 16:  the word(s) after "an" but before the comma
- page 29, line 4:  the word(s) after "you"
21

(3)  The parties shall refile Document No. 163 with no more than the following words redacted.
22
- page 4, paragraph 14, line 2:  the word(s) after the period but before "blood"
23
- page 5, paragraph 16, line 3:  the word(s) after the comma
- page 5, paragraph 19, line 4:  the word(s) after "taking" but before "daily"
24
- page 5, paragraph 19, line 4:  the word(s) after "as" but before "led"
- page 6, paragraph 21, line 3:  the word(s) before the third period
25
- page 6, paragraph 21, line 4:  the word(s) after the first comma
- page 6, paragraph 21, line 5:  the entire line
26
- page 6, paragraph 21, line 6:  the entire line
- page 6, paragraph 22, line 1:  the word(s) after "worked"
27
- page 6, paragraph 22, line 2:  the word(s) before the period
- page 6, paragraph 22, line 2:  the word(s) after "inmate"
28

5

- •      page 6, paragraph 22, line 3:  the word(s) after "Prison" but before the comma
- •      page 6, paragraph 23, line 1:  the word(s) after "worked"
- •      page 6, paragraph 23, line 2:  the word(s) before "where"
- •      page 6, paragraph 23, line 2:  the word(s) after the period
- •      page 8, paragraph 34, line 4,  the word(s) after the comma but before "would"
- •      page 12, paragraph 55, line 2:  the word(s) before "was"
- •      page 12, paragraph 55, line 2:  the word(s) after "catheters" but before "over"
- •      page 12, paragraph 55, line 3:  the word(s) after the period but before "instructional"
- •      page 12, paragraph 58:  the word(s) after "to"
- •      page 12, paragraph 59:  the word(s) after "to"
- •      page 12, paragraph 60, lines 1-2:  the word(s) after "catheters" but before the period
- •      page 12, paragraph 60, line 4:  the word(s) after "long" but before "CMF"
- •      page 12, paragraph 60, line 4:  the word(s) after "and" but before "does"
- •      page 12, paragraph 60, line 5:  the word(s) after "whom" but before "set"
- •      page 15, paragraph 77, line 2:  the word(s) after the second comma but before "selected"
- •      page 15, paragraph 77, line 4:  the word(s) after "to" but before "and"
- •      page 15, paragraph 77, line 4:  the word(s) after "and"
- •      page 15, paragraph 78, line 3:  the word(s) after the comma but before "selected"
- •      page 15, paragraph 78, line 4:  the word(s) after "then" but before "returned"
- •      page 16, paragraph 83, line 2:  the word(s) after "where" but before "stands"
- •      page 16, paragraph 84, line 1:  the word(s) after "LVN" but before "to"
- •      page 16, paragraph 84, line 3:  the word(s) after "of" but before "regular"
- •      page 16, paragraph 85, line 4:  the word(s) after "way" but before "could"
- •      page 16, paragraph 85, line 6:  the word(s) after "on" but before "observation"
- •      page 16, paragraph 86, line 1:  the word(s) after "trained" but before "to"
- •      page 17, paragraph 87, lines 4-6:  the word(s) after "RN" but before the period
- •      page 17, paragraph 88, line 1:  the word(s) after "#5"
- •      page 17, paragraph 88, line 3:  the word(s) after the comma but before the period
- •      page 17, paragraph 88, line 4:  the word(s) after "that" but before "had"
- •      page 17, paragraph 88, line 4:  the word(s) after "had" but before "deposition"
- •      page 17, paragraph 88, line 4:  the word(s) after "discussed"
- •      page 17, paragraph 88, line 5:  the word(s) after "for" but before the second "deposition"
- •      page 18, paragraph 89, line 2:  the word(s) after "before" but before "appeared"
- •      page 18, paragraph 89, line 2:  the word(s) after "for" but before the first "deposition"
- •      page 18, paragraph 89, line 2:  the word(s) after "When" but before "obtained"

(4)  The parties shall refile Document No. 164 without any redactions.

(5)  Plaintiff shall refile Document Nos. 169 and 170 without any redactions.

       IT IS SO ORDERED.

DATED:  September 14, 2006

                               JEREMY FOGEL
                               United States District Judge