**E-filed 9/15/06**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SCHEDULING BRIEFING ON MOTIONS FOR STAYS OF AND OBJECTIONS TO MAGISTRATE JUDGE'S ORDER REGARDING PLAINTIFF'S SECOND MOTION TO COMPEL<br>[] |

On Tuesday, September 12, 2006, the magistrate judge to whom the above-entitled action is referred for discovery disputes issued an order granting in part and denying in part Plaintiff's second motion to compel. The order compelled Defendants, nonparty witness Office of Governor Arnold Schwarzenegger of California, and nonparty witness California Office of the Inspector General to produce documents, inter alia, by Friday, September 22, 2006, in light of the evidentiary hearing in this action that is scheduled to commence on Tuesday, September 26, 2006.

Good cause appearing therefor, any motions for stays of or objections to the magistrate judge's order shall be filed not later than 9:00 a.m., Monday, September 18, 2006; any responses to such motions or objections shall be filed not later than 5:00 p.m., Monday, September 18,

2006; any replies shall be filed not later than 9:00 a.m., Tuesday, September 19, 2006. Any party or nonparty witness filing a motion for stay of or objection to the magistrate judge's order shall lodge with the Court the documents at issue for review in camera by emailing such documents to the Court's Death Penalty Staff Attorney at g_o_kolombatovich@cand.uscourts.gov not later than 9:00 a.m., Monday, September 18, 2006. "The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Fed. R.Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A) (2006). Unless otherwise ordered, such motions for stays and objections shall be deemed submitted at 9:00 a.m., Tuesday, September 19, 2006, without oral argument, pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

DATED: September 15, 2006

_____
JEREMY FOGEL
United States District Judge

2

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER SCHEDULING BRIEFING ON MOTIONS FOR STAYS OF AND OBJECTIONS TO MAGISTRATE JUDGE'S ORDER REGARDING PLAINTIFF'S SECOND MOTION TO COMPEL
(DPSAGOK)