\*\*E-filed 9/20/06\*\*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING HEARING ON OBJECTIONS TO MAGISTRATE JUDGE'S ORDER AND REQUESTS FOR STAYS<br><br>[] |

On September 12, 2006, the magistrate judge to whom the above-entitled action is referred for discovery disputes issued an order granting in part and denying in part Plaintiff's second motion to compel. The order, inter alia, compelled Defendants and nonparty witness Office of Governor Arnold Schwarzenegger of California to produce certain documents by September 22, 2006, in light of the evidentiary hearing in this action that is scheduled to commence on September 26, 2006.

On September 15, 2006, this Court issued an order scheduling briefing on objections to the magistrate judge's order and related requests for stays of the magistrate judge's order. In accordance with the scheduling order, Plaintiff, Defendants, and the Governor's Office have filed

objections to parts of the magistrate judge's order.  Good cause therefor appearing, the Court will hold oral argument on the objections at 3:00 p.m. on September 21, 2006.

IT IS SO ORDERED.

DATED: September 19, 2006

_____
JEREMY FOGEL
United States District Judge

2

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER SCHEDULING HEARING ON OBJECTIONS TO MAGISTRATE JUDGE'S ORDER AND REQUESTS FOR STAYS
(DPSAGOK)