**E-filed 10/26/06**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES E. TILTON, Acting Secretary of the California Department of Corrections; ROBERT L. AYERS, Acting Warden, San Quentin State Prison, San Quentin, CA; and DOES 1-50,<br><br>    Defendants. | CASE NO. C 06 219 JF RS<br>C 06 926 JF RS<br><br>**ORDER** |

This Court, having reviewed Plaintiff's motion for additional time and Defendants' opposition thereto, and good cause having been shown, hereby GRANTS the motion in part. The briefing by the parties is ordered filed by November 9, 2006.

IT IS SO ORDERED.

DATED: October 26, 2006

_____
JEREMY FOGEL
United States District Judge

ORDER
Case Nos. C 06 219 JF RS, C 06 926 JF RS