**E-filed 11/21/06**

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12  Michael Angelo MORALES,                    Case Number C 06 219 JF RS
                                               Case Number C 06 926 JF RS
13                        Plaintiff,
                                               DEATH-PENALTY CASE
14          v.
                                               ORDER DIRECTING FILING OF
15  James E. TILTON, Acting Secretary of the   AMENDED JOINT PRE-HEARING
    California Department of Corrections and   CONFERENCE STATEMENT AND
16  Rehabilitation, and Robert L. Ayers Jr., Acting  PLAINTIFF'S BRIEF SUBMITTED
    Warden of San Quentin State Prison,        AFTER CONCLUSION OF
17                                             EVIDENTIARY HEARING
                          Defendants.
18

19          In accordance with prior orders of the Court, the parties submitted to the Court under seal

20  for review in camera an amended joint pre-hearing conference statement with proposed

21  redactions.  The Court has reviewed carefully the amended joint pre-hearing conference

22  statement and the proposed redactions and has balanced the competing interests of public access

23  to court records and the preservation of execution team members' anonymity.  The Court finds

24  and concludes that the proposed redactions are minimal in scope and are narrowly tailored to

25  protect execution team members' anonymity.  *See Press-Enterprise Co. v. Superior Ct.*, 478 U.S.

26  1, 15 (1986).

27          Accordingly, and good cause therefor appearing, the parties shall e-file forthwith the

28  redacted amended joint pre-hearing conference statement.  In addition, Plaintiff shall e-file

1   forthwith his brief that he submitted after the conclusion of the evidentiary hearing with

2   redactions in accordance with those permitted in the amended joint pre-hearing conference

3   statement.

4        IT IS SO ORDERED.

5

6   DATED:  November 20, 2006

                                             JEREMY FOGEL

7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. C 06 219 JF RS & C 06 926 JF RS
ORDER DIRECTING FILING OF AMENDED JOINT PRE-HEARING CONFERENCE STATEMENT AND
PLAINTIFF'S BRIEF SUBMITTED AFTER CONCLUSION OF EVIDENTIARY HEARING
(DPSAGOK)