**E-filed 12/6/06**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>　　　　Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br><br>[Docket Nos. 257, 258, 272] |

Plaintiff seeks leave of court to file a third amended complaint. Plaintiff concedes in his moving papers that he has not yet exhausted his administrative remedies. It appears that his motion to amend is premature. Accordingly, and good cause therefor appearing, the motion (which the Court finds appropriate for decision without oral argument pursuant to Civil Local Rule 7-1(b)) is denied without prejudice. Plaintiff may seek leave to amend after he has exhausted his administrative remedies.

　　IT IS SO ORDERED.

DATED: December 5, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge