IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON, et al.,**<br><br>Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH PENALTY CASE<br><br>**[PROPOSED] ORDER FOR A PROTECTIVE ORDER PURSUANT TO FRCP 26 (c) 4 [Local Rule 7-2(c)]** |

The Court having considered the Moving Parties' Joint Motion for a Protective Order and good cause appearing, the Court hereby Orders:

1. All pre-decisional, deliberative documents and statements generated or received by the Moving Parties as they review, evaluate, and address deficiencies in the implementation of California's lethal injection protocol shall be presumptively deemed privileged in this case;

2. All pre-decisional, deliberative documents, and statements generated or received by the Moving Parties as they review, evaluate, and substantively revise California's lethal injection protocol shall be presumptively deemed privileged in this case; and

/ / /

/ / /

/ / /

/ / /

/ / /

3. Plaintiff is not precluded from seeking a motion to compel the discovery of documents and information that are withheld as subject to the deliberative process privilege; however, in such a motion, Plaintiff will bear the initial burden of establishing good cause that demonstrates why the presumption of privilege should not apply.

**IT IS SO ORDERED.**

Dated: _____    _____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE