**E-filed 2/14/07**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11

| | |
|---|---|
| 12 Michael Angelo MORALES, | Case Number C 06 219 JF RS |
| 13 Plaintiff, | Case Number C 06 926 JF RS |
| 14 v. | DEATH-PENALTY CASE |
| 15 James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and | ORDER RESCHEDULING HEARING ON JOINT MOTION FOR A PROTECTIVE ORDER |
| 16 Robert L. Ayers Jr., Warden of San Quentin State Prison, | |
| 17 Defendants. | [Docket No. 298] |

18

19    The Court has conferred with counsel for Plaintiff, Defendants, the Office of Governor

20 Arnold Schwarzenegger, the Pacific News Service, the Los Angeles Times, the San Francisco

21 Chronicle, and McClatchy Newspapers, Inc., regarding the scheduling of the hearing on the joint

22 motion of Defendants and the Governor's Office for a protective order.  Good cause appearing

23 therefor, the Court will hear argument on the motion at 1:30 p.m. on February 23, 2007.

24    IT IS SO ORDERED.

25

26 DATED:  February 14, 2007

_____

27 JEREMY FOGEL
United States District Judge

28