1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5726
Fax: (415) 703-5843
8 | Email: Michael.Quinn@doj.ca.gov

9 | Attorneys for Defendants

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15

16

| **MICHAEL ANGELO MORALES,** | C 06-219 JF RS |
|---|---|
| Plaintiff, | **NOTICE OF REASSIGNMENT OF COUNSEL** |
| v. | |
| **JAMES E. TILTON, Acting Secretary of the California Department of Corrections; ROBERT L. AYERS, Acting Warden of San Quentin State Prison; and DOES 1 - 50,** | |
| Respondent. | |

21

22    PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent

23 Defendants in this case has been changed.  Please amend your proof of service and files to reflect

24 the Deputy Attorney General currently assigned to represent these Defendants in this case is as

25 follows:

26 | / / /

27 | / / /

28 | / / /

Notice of Reassignment of Counsel    Michael A. Morales v. James E. Tilton, et al.
06-00219

1    Michael J. Quinn
Deputy Attorney General
2    455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
3    Telephone:  (415) 703-5726
Facsimile:   (415) 703-5843

4

Dated:  April 6, 2007

5

           Respectfully submitted,

6

           EDMUND G. BROWN JR.
7            Attorney General of the State of California

8           DAVID S. CHANEY
            Chief Assistant Attorney General

9           FRANCES T. GRUNDER
            Senior Assistant Attorney General

10          THOMAS S. PATTERSON
           Supervising Deputy Attorney General

11

12

13

14          MICHAEL J. QUINN
           Deputy Attorney General
15          Attorneys for Defendants

16

17  20083118.wpd
    SA2006102651
18

19

20

21

22

23

24

25

26

27

28