UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>          Plaintiff,<br><br>     v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Warden of San Quentin State Prison,<br><br>          Defendants. | Case Number 5-6-cv-219-JF-RS<br>Case Number 5-6-cv-926-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING STATUS CONFERENCE<br><br>[] |
| PACIFIC NEWS SERVICE,<br><br>          Plaintiff,<br><br>     v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Warden of San Quentin State Prison,<br><br>          Defendants. | Case Number 5-6-cv-1793-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING STATUS CONFERENCE |

Good cause appearing therefor, the Court will hold a joint status conference in the above-captioned related actions at 2:00 p.m. on June 1, 2007. Counsel may appear in person or telephonically.

IT IS SO ORDERED.

DATED: April 30, 2007

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-RS, 5-6-cv-926-JF-RS, & 5-6-cv-1793-JF-RS
ORDER SCHEDULING STATUS CONFERENCE
(DPSAGOK)