**E-filed 6/6/07**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>            Plaintiff,<br><br>     v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Warden of San Quentin State Prison,<br><br>            Defendants. | Case Number 5-6-cv-219-JF-RS<br>Case Number 5-6-cv-926-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>[] |
| PACIFIC NEWS SERVICE,<br><br>            Plaintiff,<br><br>     v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Warden of San Quentin State Prison,<br><br>            Defendants. | Case Number 5-6-cv-1793-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>[] |

The Court held a joint status conference in the above-captioned related actions on June 1, 2007. Having considered the comments and suggestions of counsel at the status conference, and good cause therefor appearing, the Court grants Plaintiffs in each action leave to amend their

respective complaints to reflect Defendants' submission of May 15, 2007; any such amended complaint shall be filed on or before July 2, 2007. Counsel shall contact the Court's Death Penalty Staff Attorney to whom these actions are assigned to schedule hearing dates with respect to any motions to dismiss, motions to compel discovery, or other motions. The Court will hold an evidentiary hearing with respect to Defendants' submission on October 1 and 2, 2007.

In their submission, Defendants reported their decision to develop a new "dedicated Lethal Injection Facility" at San Quentin State Prison. (Doc. No. 317-2 at 21.) Defendants commenced construction of the new facility on March 5, 2007, even though the necessary funding had not been authorized by the California Department of Finance or the California Legislature, apparently because of a mistaken belief that this Court had ordered the construction. *Findings of S. Public Safety Comm. Informational Hr'g on San Quentin Death Chamber*, 2007-08 Sess. (Cal. 2007); *see also S. Public Safety Comm. Informational Hr'g: San Quentin Death Chamber*, 2007-08 Sess., at 26, Supp-5, Supp-8 (Cal. 2007) (emphasis omitted) (funding requested in Defendants' budget proposal because this "Court directed the creation of a separate Lethal Injection Chamber"). Construction is currently "suspended pending authorization for additional funding." (Doc. No. 317-2 at 21.) In the event that construction of a new facility is completed before the evidentiary hearing scheduled in the present order, a portion of the evidentiary hearing will take place at San Quentin.

IT IS SO ORDERED.

DATED: June 6, 2007

_____
JEREMY FOGEL
United States District Judge

2