*E-FILED 10/11/07*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>       Plaintiff,<br><br>       v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>       Defendants. | Case Number 5-6-cv-219-JF-RS<br>Case Number 5-6-cv-926-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING IN PART MOTION TO SHORTEN TIME<br><br><br>[Docket Nos. 346 & 347] |

   Plaintiff moves for an order shortening time to hear his motion to compel. Good cause appearing therefor, Plaintiff's motion for leave to file excess pages in support of his motion to compel is granted and his motion to shorten time is granted in part. Defendants shall file any opposition to the motion to compel by 2:00 p.m., October 25, 2007. Plaintiff shall not reply to the opposition unless directed to do so by the Court. The Court will hear argument on the motion to compel at 2:00 p.m., October 30, 2007.

*It is so ordered.*

DATED:  October 11, 2007          _____
                                                     RICHARD SEEBORG
                                                     United States Magistrate Judge

Case Nos. 5-6-cv-219-JF-RS & 5-6-cv-926-JF-RS
ORDER GRANTING IN PART MOTION TO SHORTEN TIME
(DPSAGOK)