1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5726
     Fax: (415) 703-5843
8    Email: Michael.Quinn@doj.ca.gov

9  Attorneys for Defendants Schwarzenegger, Tilton, and
   Ayers
10

11                 IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15  **MICHAEL ANGELO MORALES,**                    C06-0219 JF

16                                Plaintiff,        **NOTICE OF MOTION AND
                                                    MOTION FOR PROTECTIVE**
17           **v.**                                 **ORDER**

18  **JAMES TILTON, et al.,**                       Date:  October 30, 2007
                                                    Time:  2:00 p.m.
19                                Defendants.        Courtroom: 4
                                                    Judge: Hon. Richard Seeborg
20

21

22

23

24

25

26

27

28

   Def.'s Not. of Mot. & Mot. Prot. Order          Michael Angelo Morales v. James Tilton, et al.
                                                                                    C06-0219 JF

TO PLAINTIFF MICHAEL ANGELO MORALES, BY HIS ATTORNEYS:

PLEASE TAKE NOTICE THAT Defendants Schwarzenegger, Tilton, and Ayers move this Court for a protective order under Federal Rule of Civil Procedure 26(c). Please take further notice that a hearing on this matter will be held on October 30, 2007, at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court in courtroom 4, located at 280 South First Street, San Jose, California.

The motion is brought on the following grounds:

1. Plaintiff's Third Interrogatories to Defendants Tilton and Ayers, Numbers Six and Seven, are unduly burdensome for Defendants to answer and would provide Plaintiff with little, if any, relevant information;

2. Plaintiff's Second Post-Hearing Interrogatories to Defendant Schwarzenegger, Number Seven, are unduly burdensome for Defendants to answer and would provide Plaintiff with little, if any, relevant information.

This motion is based on:

1. this notice of motion;

2. Defendants' Memorandum of Points and Authorities in Support of the Motion for Protective Order;

3. the declaration of Michael J. Quinn with the attached exhibits;

4. the declaration of Scott M. Kernan

4. the [Proposed] Order for a Protective Order under FRCP 26(c)(4); and

5. the Court's file in this matter.

Def.'s Not. of Mot. & Mot. Prot. Order

Michael Angelo Morales v. James Tilton, et al.
C06-0219 JF

1

Dated:  October 25, 2007

2

Respectfully submitted,

3

EDMUND G. BROWN JR.
Attorney General of the State of California

4

DAVID S. CHANEY
Chief Assistant Attorney General

5

FRANCES T. GRUNDER
Senior Assistant Attorney General

6

THOMAS S. PATTERSON
Supervising Deputy Attorney General

7

8

9

10

MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants
Schwarzenegger, Tilton, and Ayers

11

12

13

14

20109785.wpd
SF2007200210

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Def.'s Not. of Mot. & Mot. Prot. Order

Michael Angelo Morales v. James Tilton, et al.
C06-0219 JF