**E-filed 1/4/08**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-JF-RS<br>Case Number 5-6-cv-926-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER RESCHEDULING STATUS CONFERENCE<br><br>[] |

The Court has conferred with counsel for the parties in the above-captioned action regarding the scheduling of the status conference currently set for Thursday, January 17, 2008, at 2:00 p.m. Good cause appearing therefor, the Court hereby reschedules the status conference to Tuesday, January 15, 2008, at 2:00 p.m. Counsel may appear in person or telephonically.

IT IS SO ORDERED.

DATED: January 3, 2008

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-RS & 5-6-cv-926-JF-RS
ORDER RESCHEDULING STATUS CONFERENCE
(DPSAGOK)