# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　　Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER FOLLOWING REGULATORY ACTION |

Pursuant to a Notice of Approval of Regulatory Action issued by the Office of Administrative Law of the State of California, No. 2010-0706-02 SR (Cal. Office Admin. Law July 30, 2010), Defendants' regulations governing the execution of death sentences by lethal injection will become effective on August 29, 2010. These regulations are the subject of litigation to which Plaintiff Michael Angelo Morales is not a party, in which the first hearing is scheduled on October 13, 2010. *See Sims v. Cal. Dep't of Corr. & Rehab.*, No. CIV 1004019 (Cal. Super. Ct. Marin Cnty. filed Aug. 2, 2010).

Good cause appearing therefor, the parties shall submit a joint statement on or before August 29, 2010, indicating what effect these events should have on scheduling in the present action.

IT IS SO ORDERED.

DATED:  August 4, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge

Case Nos. 5-6-cv-219-JF-HRL & 5-6-cv-926-JF-HRL
ORDER FOLLOWING REGULATORY ACTION
(DPSAGOK)