**E-Filed 9/2/2010**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER SETTING JOINT STATUS CONFERENCE |
| PACIFIC NEWS SERVICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　Defendants. | Case Number 5-6-cv-1793-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER SETTING JOINT STATUS CONFERENCE |

　　Good cause appearing therefor, the Court will hold a joint status conference in the above-captioned actions on September 21, 2010, at 3:00 p.m. In addition to any other issues they may wish to address, the parties should be prepared to discuss the following:

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-cv-1793-JF-HRL
ORDER SETTING JOINT STATUS CONFERENCE
(DPSAGOK)

1. The status of *Morales v. California Department of Corrections and Rehabilitation*, No. CIV 061436 (Cal. Super. Ct. Marin Cnty. filed Apr. 5, 2006), including the status of any appeals from the order entered by the Marin Superior Court on August 31, 2010;

2. The status of *Sims v. California Department of Corrections and Rehabilitation*, No. CIV 1004019 (Cal. Super. Ct. Marin Cnty. filed Aug. 2, 2010);

3. The status of any and all execution dates currently being sought or that have been obtained by the State of California, including but not limited to that of Plaintiff Michael Angelo Morales;

4. Whether there are any steps this Court can or should take pending resolution of the status of the injunction against executions issued by the Marin Superior Court, such as visiting the new execution chamber or establishing a framework for any future federal proceedings (e.g., setting a deadline for amendment of the complaints, determining the need for and extent of any discovery, and determining the amount of time necessary for briefing);

5. The appropriate scope of any future proceedings in this Court in light of *Baze v. Rees*, 553 U.S. 35 (2008), including the relevance, if any, of alternatives to the three-drug lethal-injection protocol that have been implemented subsequent to the evidentiary hearing held in *Morales v. Cate* and the issuance of the Supreme Court's decision in *Baze* (e.g., the one-drug lethal-injection protocols adopted by the States of Ohio and Washington), *see Baze*, 553 U.S. at 52 (plurality op.); *id.* at 57 (plurality op.).

IT IS SO ORDERED.

DATED:  September 2, 2010

_____
JEREMY FOGEL
United States District Judge