# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES, | CASE NO. C 06 0219 (JF) (RS) |
| | C 06-0926 (JF) (RS) |
| Plaintiff, | |
| | [PROPOSED] ORDER GRANTING |
| vs. | ALBERT GREENWOOD BROWN'S |
| | MOTION TO INTERVENE AND MOTION |
| JAMES E. TILTON, Acting Secretary of the | TO STAY EXECUTION |
| California Department of Corrections; | |
| ROBERT L. AYERS, Acting Warden, San | |
| Quentin State Prison, San Quentin, CA; and | DATE: September 21, 2010 |
| DOES 1-50, | TIME:         3:00 p.m. |
| | |
| Defendants. | |

On September 21, 2010, the motions of Albert Greenwood Brown to intervene in the present proceeding and for a stay of his September 29, 2010 execution date came on for hearing before this Court.

Having considered all evidence and arguments in support of and in opposition to the motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Albert Greenwood Brown

---

1

[PROPOSED] ORDER
Case Nos. C 06 219 JF RS, C 06 926 JF RS

may intervene in this action and join as a co-plaintiff in Michael Angelo Morales' Third Amended Complaint for Equitable and Injunctive Relief.

It is further ORDERED, ADJUDGED AND DECREED that all court and other proceedings related to the execution of Albert Greenwood Brown's sentence of death, including preparation for execution and the setting of an execution date, are stayed pending final disposition of this matter.

IT IS SO ORDERED.


DATED:

> JEREMY FOGEL
> United States District Judge