NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 190, 3600, 3603, 3604, 3605, 3700, 3700.5, 3701, 3702, 3703, 3704, and 5054, Penal Code; United States Constitution, Amendment VIII; California Constitution, Art. 1, Sections 17, 27; *Baze v. Rees* (2008) 553 U.S.35.

**New Section 3349.4.5 is adopted to read:**

**3349.4.5. Administration of the Lethal Injection Chemicals.**

(a)  Inmate preparation.  Upon direction of the Warden to prepare the inmate, the Team Leader shall:

(1)   Direct the Security Sub-Team to conduct an unclothed body search.

(2)  Place the inmate in restraints and remove the inmate from the Lethal Injection Facility Holding Area.

(3)  Observe the Intravenous Sub-Team place the electronic monitoring sensors on the inmate.

(b)  Resistive inmates.

(1)  In the event that an inmate refuses to comply with staff's orders to be placed in restraints or to exit their assigned cell or the Lethal Injection Facility Holding Area, or any other area where the inmate may be held, the Team Leader shall advise the Warden and Team Administrator.

(2)  The Team Administrator shall speak to the inmate in an attempt to gain the inmate's cooperation.

(3)  If the inmate continues to refuse to comply with orders, an emergency cell extraction will be authorized.

(4)  Staff shall follow the universal precautions when performing an extraction including, but not limited to, the following:

(A)  Disposable gowns.

(B)  Face/head protection.

(C)  Rubber gloves.

(D)  Padded gloves.

(E)  Leg protection.

(5)  Any use of force shall be noted as required by subsection 3349.2.2(e)(4) as well as on the CDCR Form 2182, San Quentin State Prison Execution Report – Part A and CDCR Form 2183, San Quentin State Prison Execution Report, Part B.

(c)  The Security Sub-Team shall:

(1)  Escort the inmate from the Lethal Injection Facility Holding Area to the execution room.

(2)  Secure the inmate to the gurney with restraints.

(3)  Secure the inmate's hands to the arm rests on the gurney with medical tape along with the following:

(A)  Ensure that the inmate's hands are secured palm up to allow the Intravenous Sub-Team access to the necessary veins.

(B)  Secure the inmate's fingers to the gurney in the extended position.

(d)  The Team Leader shall:

(1)  Ensure that the inmate is properly secured.

(2)  Ensure the restraints do not inhibit the inmate's circulation.

(3)  Excuse the Security Sub-Team to wait on standby in an adjacent room.

(4)  Remain in the room to supervise the insertion of the catheters by the Intravenous Sub-Team.

(5)  Exit the execution room and report to the Infusion Control Room to monitor the execution.

(e)  The Intravenous Sub-Team shall:

(1)  Enter the execution room immediately after the Security Sub-Team exits.

(2)  Inspect the restraints to ensure that they do not restrict the inmate's circulation or interfere with the insertion of the catheters.

(3)  Insert two catheters into pre-designated veins, as identified in subsection 3349.3(c)(3).

(4)  As each catheter is inserted, inform an Intravenous Sub-Team member in the Infusion Control Room to initiate the intravenous drip.

(5)  Designate primary and back-up intravenous lines.

(6)  Inform the Warden when the intravenous lines have been successfully established.

(7)  One Intravenous Sub-Team member shall exit the execution room and report to the Infusion Control Room to continuously monitor the saline drips.

(8)  One Intravenous Sub-Team member shall remain in the execution room to continuously monitor the intravenous lines.  This Intravenous Sub-Team member shall stand next to the inmate and assess the consciousness of the inmate throughout the execution.

(f)  The Warden shall:

(1)  Take a position in the execution room in close proximity to the inmate.

(2)  Confirm with both the State Supreme Court and the Attorney General's Office there is no matter pending before any court that precludes the execution from proceeding.

(3)  Confirm with the Governor's Office that there is no matter pending that precludes the execution from proceeding.

(4)  Ensure a statement is read detailing the court order mandating the execution.

(5)  Provide an opportunity for the inmate to make a brief final statement on the public address system. After the statement is made, the public address system will be turned off.

(6)  Direct the Infusion Sub-Team to administer the Lethal Injection Chemicals and saline.

(g)  Infusion.

(1)  The infusion of Lethal Injection Chemicals and saline shall begin with Tray A using the intravenous catheter designated as primary.

(2)  The saline drip in the intravenous catheter that was designated primary infusion will be stopped prior to the injection of the first syringe.  The saline drip in the back-up intravenous line will be continually maintained.

(3)  If at any time during the infusion of the Lethal Injection Chemicals and saline, the primary intravenous catheter fails, the Warden shall be notified and direct that the lethal injection process using the primary intravenous catheter and the chemicals on Tray A be discontinued and the entire sequence begin again using the back-up intravenous catheter and the Lethal Injection Chemicals and saline on Tray B in the same sequence as noted below.

(4)  A Record Keeping Sub-Team member in the Infusion Control Room shall initiate a ten minute count down at the start of the infusion of syringe #1 (sodium thiopental).

(5)  Beginning with Tray A and using the primary intravenous catheter, the Lethal Injection Chemicals and saline shall be administered as follows:

(A)  #1-60cc syringe:  1.5 grams sodium thiopental shall be administered, followed by a consciousness assessment of the inmate; the Intravenous Sub-Team Member shall brush the back of his/her hand over the inmate's eyelashes, and speak to and gently shake the inmate.  Observations shall be documented.  If the inmate is unresponsive, it will demonstrate that the inmate is unconscious.  The process shall continue as follows:

(B)  #2-60cc syringe:  1.5 grams sodium thiopental shall be administered.

(C)  #3-60cc syringe:  50 cc saline flush shall be administered, followed by another assessment of consciousness as outlined above.  Observations shall be documented.  At this point if the inmate is determined to be unconscious, the Warden shall authorize the lethal injection process to proceed in the following sequence:

(D)  #4-60cc syringe:  50 milligrams pancuronium bromide.

(E)  #5-60cc syringe:  50cc saline flush.

(F)  #6-60cc syringe:  100 milliequivalents potassium chloride.

(G)  #7-60cc syringe:  100 milliequivalents potassium chloride.

(H)  #8-60cc syringe:  50cc saline flush.

(6)  If, following the administration of syringe #2 and syringe #3, the assessment indicates the inmate is not unconscious, the Warden shall direct that the injection through the primary intravenous catheter be discontinued and the entire sequence re-initiated with the Lethal Injection Chemicals and saline on Tray B using the designated back-up intravenous catheter.

(7)  The inmate's heart activity shall be monitored by an electronic device(s).

(8)  The attending physician shall monitor the electronic device(s) showing the inmate's vital signs and determine when the inmate has expired.  Death shall be determined and declared by a physician.

(9)  If, in the event all eight syringes from Tray A have been administered, ten minutes has elapsed and death has not been determined, the Record Keeping Sub-Team member shall advise the Team Administrator, who will advise the Warden.  The Warden shall then direct that the lethal injection process be repeated using the back-up intravenous catheter and the chemicals from Tray B in exactly the same sequence as noted above.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 190, 3600, 3603, 3604 and 5054, Penal Code; United States Constitution, Amendment VIII; California Constitution, Art. 1, Sections 17, 27; *Baze v. Rees* (2008) 553 U.S.35.


**New Section 3349.4.6 is adopted to read:**

**3349.4.6.  Post Execution Procedure.**

(a)  Immediately following the determination of death of the inmate, the Warden shall:

(1)  Read a prepared statement notifying the witnesses the execution is complete.

(2)  Have the curtains on the viewing windows closed and direct staff to escort the witnesses from the Lethal Injection Facility.

(b)  Approximately one hour after the execution, the Warden shall issue a statement to the media advising the sentence has been carried out and announcing the time of death.  At that time, the Warden shall make available the inmate's statement as described in subsection 3349.4.4(a)(2)(A).


(c)  Following the official statement by the Warden at the press conference, the Warden shall exit the media center.

(d)  The Public Information Officer shall:

(1)  Immediately upon the Warden's announcement of death, usher the media witnesses directly to the media center where they will give pool commentary to the other assembled media.

(2)  Accompany the Warden to the post-execution press conference and, after the Warden leaves, respond to questions that follow the Warden's official statement.

(3)  Read the inmate's last statement to the press or announce that the inmate did not have a last statement.

(4)  As soon as possible, but no longer than 30 minutes after commencement, conclude the press conference and usher all media off the prison grounds.

(5)  Secure the media center and go to the Warden's office to field telephone inquires.

(e)  The Litigation Coordinator shall assemble all appropriate reports and maintain the Master Execution File of records regarding the execution in the Warden's Office complex.

(f)  After all witnesses have been escorted out of the Lethal Injection Facility:

(1)  The Intravenous Sub-Team shall crimp closed and disconnect all intravenous lines, but shall not remove the lines from the inmate.  Intravenous lines shall remain in place to allow review by the Marin County Coroner as necessary.

(2)  Under the supervision of the Team Leader, the inmate's body shall be moved with care and dignity and placed in a post-mortem bag pending removal as pre-arranged with the contract mortuary.

(g)  The Lethal Injection Facility shall be cleaned thoroughly after the inmate's body has been removed.

(h)  The Security Sub-Team shall conduct a security inspection of the Lethal Injection Facility to ensure that all doors are secured and that no items were left behind.

(i)  All unused chemicals shall be documented on the CDCR Form 2176 (06/10), Lethal Injection Chain of Custody-San Quentin State Prison and noted as to why they were not used.  The Infusion Sub-Team shall transfer the unused chemicals to the Team Administrator who shall place them in the Lethal Injection Facility safe or refrigerator, as appropriate, to await proper disposal and note their transfer on the Chain of Custody form.

(j)  The Intravenous Sub-Team shall complete a post-execution inventory of all supplies and equipment that were used by the Intravenous Sub-Team during the execution.  The Intravenous Sub-Team shall give the inventory to the Team Administrator, who shall arrange for replacement and replenishment of supplies.

(k)  The Team Leader shall:

(1)  Sign the original CDCR Form 2176 (06/10), Lethal Injection Chain of Custody-San Quentin State Prison in the final signature block.  The signed form shall remain with the Lethal Injection Chemicals.

(2)  Secure the Lethal Injection Facility and return the keys to Main Control.

(3)  Report directly to the Warden that the Lethal Injection Facility has been secured.

(l)  Debriefing.

(1)  The Team Administrator shall hold a debriefing and critique with all Lethal Injection Team members.  All documents and records concerning the execution shall be collected by the Team Administrator for review.

(2)  The Team Administrator shall assess the Lethal Injection Team members for the need for post trauma counseling.

(3)  As soon as possible but no later than 24 hours after the execution, the Warden shall arrange for a confidential individual debriefing by appropriate staff with each Lethal Injection Team member.  The purpose of the debriefing is to provide a confidential forum for the team member to discuss the impact of the execution on him or her and provide access to counseling services.  A team member may be accompanied by a person of his or her choosing to the individual debriefing.

(m)  Documentation - Managerial Oversight.

(1)  Immediately following the execution, the Team Leader shall complete a CDCR Form 2182, San Quentin State Prison Execution Report – Part A.

(2)  Each team member shall complete a CDCR Form 2183, San Quentin State Prison Execution Report – Part B, documenting their actions and observations during the execution.

(3)  Team members shall use identifiers assigned to their specific position (duties), rather than their names and/or classifications, when they submit their reports.

(4)  The Team Leader shall assemble the complete Execution Report for review by the Team Administrator.  The Execution Report shall include all appropriate supplemental reports.

(A)   Following review by the Associate Warden, the Execution Report shall be routed through the Chief Deputy Warden for the Warden's review and signature.

(B)   Any use of force shall be specifically documented and reviewed according to existing CDCR policy.

(5)  A copy of the Execution Report shall be delivered to the Director, Division of Adult Institutions for review and follow up as needed.

(6)  The original Execution Report shall be retained at San Quentin as part of the Master Execution File.

(7)  The Record Keeping Sub-Team shall meet with the Team Leader, and ensure that all documentation has been completed.  The documentation shall be reviewed and approved by the Team Administrator, and shall be hand delivered to the Warden for inclusion in the Master Execution File.

(n) Critique.

(1)  Within 72 hours, the Warden shall conduct an after-action critique of the execution.  The purpose of the critique will be to evaluate the execution from all operational perspectives, including compliance with this regulation.

(2)  The critique shall be documented for inclusion in the Master Execution File.

(o)  Return on Warrant of Death.  After receipt of the Certificate of Death, the Warden shall complete the CDCR Form 2178 (01/09), Return on Warrant of Death, and forward it to the county from which the inmate was under sentence of death along with a copy of the Certificate of Death.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 190, 3600, 3603, 3604, 3605 and 5054, Penal Code; United States Constitution, Amendment VIII; California Constitution, Art. 1, Sections 17, 27.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 07/05)

PAGE 1 OF _____

| INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|
| | | |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | | SEG. YARD: | USE OF FORCE |
|---|---|---|---|---|---|---|---|---|
| | | ☐ I   ☐ II<br>☐ III   ☐ IV | | | ☐ ASU   ☐ SHU   ☐ PSU<br>☐ SNY   ☐ PHU   ☐ CTC   ☐ CC   ☐ WA<br>☐ GP   ☐ RC   ☐ RM | | | ☐ YES   ☐ NO |

| SPECIFIC CRIME / INCIDENT | |
|---|---|
| | ☐ CCR   ☐ PC   ☐ N/A<br>NUMBER/SUBSECTION: |

| D A REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID REQUESTED | PIO/AA NOTIFIED |
|---|---|---|---|
| ☐ YES   ☐ NO | ☐ YES   ☐ NO | ☐ YES   ☐ NO | ☐ YES   ☐ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL   ☐ NATURAL | ☐ ON INMATE | ☐ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION   ☐ UNKNOWN | ☐ ON STAFF | ☐ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER: | ☐ SUICIDE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: _____ |
| _____ | ☐ OVERDOSE | | ☐ SHOOTING | |
| ☐ N/A | ☐ N/A | ☐ N/A | ☐ SLASHING | ☐ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | TYPE OF WEAPON / SHOTS FIRED / FORCE | | |
|---|---|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE   TYPE: | | **WEAPON:**   WARNING #   EFFECT # | | **BATON ROUND:** |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14   _____   _____ | | TYPE   /   NO: |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL.   _____   _____ | | WOOD _____ |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED | ☐ 9MM   _____   _____ | | RUBBER _____ |
| | ☐ HANDS / FEET | WEAPON | ☐ SHOTGUN   _____ | | FOAM _____ |
| ☐ N/A | ☐ KNIFE | | **LAUNCHER:** | | **STINGER:** |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM   _____ | | .32 (A) _____ |
| | ☐ PROJECTILE | | ☐ L8   _____ | | .60 (B) _____ |
| **ESCAPES** | ☐ SPEAR | | ☐ 40MM   _____ | | **EXACT IMPACT** |
| | ☐ SLASHING INSTRUMENT: (TYPE) _____ | | ☐ 40MM MULTI   _____ | | CTS 4557 _____ |
| ☐ W/ FORCE | ☐ STABBING INSTRUMENT: (TYPE) _____ | | ☐ HFWRS   _____ | | XM 1006 _____ |
| ☐ W/O FORCE | ☐ OTHER: _____ | | **FORCE:** | | **CHEMICAL:** |
| ☐ ATTEMPTED | | | ☐ EXPANDABLE BATON | | ☐ OC _____ |
| | ☐ BODILY FLUID   ☐ OTHER FLUID: _____ | | ☐ PHYSICAL FORCE | | ☐ CN _____ |
| ☐ N/A | ☐ UNKNOWN LIQUID | | ☐ X10 | | ☐ CS _____ |
| | ☐ N/A | | ☐ OTHER: _____ | | ☐ N/A |

| CONTROLLED SUBSTANCE | WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | |
|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ WITH PACKAGING | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | ☐ WEATHER |
| ☐ CONTROLLED MEDS | ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | ☐ SEARCH WARRANT |
| | PRELIMINARY   LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | ☐ ARREST |
| ☐ AMPHETAMINE | | | ☐ FIRE | ☐ OTHER: |
| ☐ BARBITURATES | _____   _____ | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP | |
| ☐ COCAINE | _____   _____ | PROGRAMS: | ☐ HOSTAGE | _____ |
| ☐ CODEINE | _____   _____ | | ☐ INMATE STRIKE | **EXTRACTION:** |
| ☐ HEROIN | _____   _____ | | ☐ MAJOR DISTURBANCE | ☐ CALCULATED |
| ☐ MARIJUANA/THC | _____   _____ | | ☐ MAJOR POWER OUTAGE | ☐ EMERGENCY |
| ☐ METHAMPHETAMINE | _____   _____ | | ☐ NATURAL DISASTER | |
| ☐ MORPHINE | _____   _____ | | ☐ PUBLIC DEMONSTRATION | |
| ☐ OTHER:_____ | _____   _____ | ☐ N/A | ☐ SPECIAL INTEREST I/M | ☐ N/A |
| ☐ N/A | | | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):




COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | | TITLE | ID # | BADGE # |
|---|---|---|---|---|
| | | | | |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | | |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# IN-SERVICE TRAINING SIGN-IN SHEET

CDC 844 (Rev. 04/98)

| CLASS TITLE | | CLASS CODE | | CLASS TIME | | CLASS DATE |
|---|---|---|---|---|---|---|

| CLASS DESIGNATED FOR | | INSTRUCTOR'S NAME | | LENGTH OF CLASS (In hours) | | |
|---|---|---|---|---|---|---|

| | LAST 4 DIGITS OF SOCIAL SECURITY NUMBER | PRINT FULL NAME (LAST, FIRST) | TODAY'S WORK HOURS | | CLASS | | | | F/T OR P/E | SIGNATURE | CLASS SCORE Instructor's use only |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN | OUT | MEAL BREAK Y OR N | IN | OUT | | | | |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |

| ALL COLUMNS MUST BE COMPLETED | INSTRUCTOR'S SIGNATURE | LAST 4 DIGITS OF SSN |
|---|---|---|

STATE OF CALIFORNIA

NOTIFICATION OF EXECUTION DATE
AND CHOICE OF EXECUTION METHOD
CDC 1801 (Rev 4/98)



DEPARTMENT OF CORRECTIONS
DISTRIBUTION
ORIG - WARDEN
YELLOW - CENTRAL FILE
PINK - INMATE

On _____ I, _____ ,
　　　　　MONTH, DATE, AND YEAR　　　　　　　　　　PRINT OR TYPE FULL NAME

was served   Warrant of Execution number _____ issued by

_____ County Superior Court on_____ .
　　　　　NAME OF COUNTY　　　　　　　　　　　　　　　　　　　MONTH. DATE, YEAR

It was explained to me that I have an execution date of_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTH, DATE, YEAR

and that I may choose either lethal gas or lethal injection as the method of execution.  I

understand that I have ten days from the date of the service of the warrant, or

until_____ to make this choice in writing to the
　　　　　MONTH, DATE, YEAR

Warden.

I also understand that if I do not make a choice, lethal injection will be the method of execution.

| INMATE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|---|---|---|
| SIGNATURE OF WITNESS | | DATE SIGNED |

COMMENTS OF WITNESS

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF EXECUTION DATE**
**AND CHOICE OF EXECUTION METHOD**
CDCR 1801 (REV. 01/09)

DISTRIBUTION:
WARDEN (ORIGINAL)
CENTRAL FILE – COPY
INMATE - COPY



On _____ , I, _____ ,
         MONTH, DATE, AND YEAR                             PRINT OR TYPE FULL NAME

was served Warrant of Execution number _____ issued by

_____ County Superior Court on _____ .
        NAME OF COUNTY                                   MONTH, DATE, YEAR

It was explained to me that I have an execution date of _____
                                                      MONTH, DATE, YEAR

and that I may choose either lethal gas or lethal injection as the method of execution. I

understand that I have ten days from the date of the service of the warrant, or

until _____ to make this choice in writing to the
                MONTH, DATE, YEAR

Warden.

I also understand that if I do not make a choice, lethal injection will be the method of execution.

| INMATE'S SIGNATURE | | CDC NUMBER | DATE SIGNED |
|---|---|---|---|
| SIGNATURE OF WITNESS | | | DATE SIGNED |
| COMMENTS OF WITNESS | | | |

STATE OF CALIFORNIA
## CHOICE OF EXECUTION METHOD
CDC 1801-A (Rev 4/98)

DEPARTMENT OF CORRECTIONS
DISTRIBUTION
ORIG - WARDEN
YELLOW - CENTRAL FILE
PINK - INMATE



On_____, I,_____,
　　　MONTH, DATE, YEAR WARRANT WAS SERVED　　　　　　　　　　PRINT OR TYPE FULL NAME

was served Warrant of Execution number_____ issued by the

_____County Superior Court on_____.
　　　NAME OF COUNTY　　　　　　　　　　　　　　　　　MONTH, DATE, YEAR

I have been notified that my execution date will be_____
　　　　　　　　　　　　　　　　　　　　　　MONTH, DATE, YEAR

and that I may choose either lethal gas or lethal injection as the method of execution.

I understand that I had ten days from the date the warrant was served, or

until _____ to make this choice in writing to the
　　　　　MONTH, DATE, YEAR

Warden.


I also understand that if I do not make a choice, lethal injection will be the method of execution.


This is to notify the Warden that my choice is_____
　　　　　　　　　　　　　　　　　　　LETHAL GAS OR LETHAL INJECTION

(either lethal gas or lethal injection).

| INMATE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|---|---|---|
| | | |
| SIGNATURE OF WITNESS | | DATE SIGNED |
| | | |

COMMENTS OF WITNESS

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**CHOICE OF EXECUTION METHOD**
CDCR 1801-A (REV. 01/09)

DISTRIBUTION:
WARDEN (ORIGINAL)
CENTRAL FILE – COPY
INMATE - COPY



On _____ , I, _____ ,
    MONTH, DATE, YEAR WARRANT WAS SERVED                        PRINT OR TYPE FULL NAME

was served Warrant of Execution number _____ issued by the

_____ County Superior Court on _____ .
    NAME OF COUNTY                                                 MONTH, DATE, YEAR

I have been notified that my execution date will be _____
                                                            MONTH, DATE, YEAR

and that I may choose either lethal gas or lethal injection as the method of execution.

I understand that I had ten days from the date the warrant was served, or

until _____ to make this choice in writing to the
                   MONTH, DATE, YEAR

Warden.

I also understand that if I do not make a choice, lethal injection will be the method of execution.

This is to notify the Warden that my choice is _____
                                            LETHAL GAS OR LETHAL INJECTION

(either lethal gas or lethal injection).

| INMATE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|---|---|---|
| SIGNATURE OF WITNESS | | DATE SIGNED |
| COMMENTS OF WITNESS | | |

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
**SERVICE OF EXECUTION WARRANT -**
**WARDEN'S INITIAL INTERVIEW**
CDC 1801B  (4/98)

I, _____, have received a copy of the Warrant of Execution
            PRINT OR TYPE FULL NAME

number _____ issued by _____ County Superior Court on _____.
                                              NAME OF COUNTY                                          MONTH, DAY, YEAR

I have had an opportunity to discuss its ramifications and other related issues with a prison administrator

on _____.  I understand that I am entitled to elect either lethal gas or lethal injection as the
        MONTH, DAY, YEAR

method of my execution.  I further understand I must make my choice in writing to the warden.  If I do not choose

either lethal gas or lethal injection within ten days after the service of this execution warrant, I understand the

method of execution will be lethal injection.  I further understand if I receive a stay of execution, I will again have

the opportunity to choose the method of execution when I am served with another execution date.  I understand I

have an execution date of _____.
                                          MONTH, DAY, YEAR

X_____
            INMATE'S SIGNATURE

( )   Inmate has received a copy of the Warrant of Execution but refuses to sign for it.

X_____
            INMATE'S SIGNATURE

( )   Inmate understands he may choose either lethal gas or lethal injection as the method of execution.

( )   Inmate understands he must make his choice in writing to the Warden within ten days after service of this

        execution warrant.  This ten day period expires on _____.
                                                                              MONTH, DAY, YEAR

( )   Inmate understands he will be recontacted on the above date if the Warden has not received his written
        notice of choice.

( )   Inmate understands if he makes no choice, execution will be imposed by lethal injection.

( )   Inmate understands the nature of the document and the possible ramifications.

( )   Inmate has been in contact with legal counsel regarding this matter.

( )   Inmate understands he will be interviewed by psychiatric staff and a report of their findings will be filed.

( )   Inmate claims to be of the _____ faith.

( )   Inmate understands he will be interviewed by a chaplain and a nonspecific report will be filed.

( )   Inmate has had an explanation of the course of events set in motion by the Warrant of Execution.

INTERVIER'S OBSERVATION AND COMMENTS
_____
_____
_____
_____

| WARDEN/DESIGNEE'S PRINTED NAME | WARDEN/DESIGNEE'S SIGNATURE | DATE SIGNED |
|---|---|---|
| WITNESS' PRINTED NAME | WITNESS' SIGNATURE | DATE SIGNED |

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**SERVICE OF EXECUTION WARRANT –**
**WARDEN'S INITIAL INTERVIEW**
CDCR 1801-B (REV. 06/10)

I, _____ , have received a copy of the Warrant of Execution
<span style="font-size:small">PRINT OR TYPE FULL NAME</span>

number _____ issued by _____ County Superior Court on _____ .
<span style="font-size:small">NAME OF COUNTY</span>                                                <span style="font-size:small">MONTH, DAY, YEAR</span>

I have had an opportunity to discuss its ramifications and other related issues with a prison administrator

on _____ .   I understand that I am entitled to elect either lethal gas or lethal injection as the
<span style="font-size:small">MONTH, DAY, YEAR</span>

method of execution.  I further understand I must make my choice in writing to the Warden.  If I do not choose

either lethal gas or lethal injection within ten days after the service of this execution warrant, I understand the

method of execution will be lethal injection.  I further understand if I receive a stay of execution, I will again have

the opportunity to choose the method of execution when I am served with another execution date. I understand I

have an execution date of _____ .
<span style="font-size:small">MONTH, DAY, YEAR</span>

**X** _____
<span style="font-size:small">INMATE'S SIGNATURE</span>

( )   Inmate has received a copy of the Warrant of Execution but refuses to sign for it.

**X** _____
<span style="font-size:small">WARDEN'S SIGNATURE</span>

( )   Inmate understands he may choose either lethal gas or lethal injection as the method of execution.

( )   Inmate understands he must make his choice in writing to the Warden within ten days after service of
      execution warrant.  This ten day period expires on _____ .
      <span style="font-size:small">MONTH, DAY, YEAR</span>

( )   Inmate understands he will be recontacted on the above date if the Warden has not received his written
      notice of choice.

( )   Inmate understands if he makes no choice, execution will be imposed by lethal injection.

( )   Inmate understands the nature of the document and the possible ramifications.

( )   Inmate has been in contact with legal counsel regarding this matter.

( )   Inmate understands he will be interviewed by psychiatric staff and a report of their findings will be filed.

( )   Inmate claims to be of the _____ faith.

( )   Inmate understands he will be interviewed by a chaplain and a nonspecific report will be filed.

( )   Inmate has had an explanation of the course of events set in motion by the Warrant of Execution.

<span style="font-size:small">INTERVIEWER'S OBSERVATION AND COMMENTS</span>

_____

_____

_____

| WARDEN PRINTED NAME | WARDEN SIGNATURE | DATE SIGNED |
|---|---|---|
| WITNESS' PRINTED NAME/ (Litigation Coordinator) | WITNESS' SIGNATURE | DATE SIGNED |

# THIRTY DAY NOTIFICATION
# SAN QUENTIN STATE PRISON

_____          _____

Inmate Name                                      CDC Number

I am _____, Warden of the California State Prison at San Quentin.
You have been condemned for the crime of _____
at _____ on _____.

The purpose of this Committee is to inform you of the rules and procedures that will be followed during the next 30 days, and to discuss certain privileges you may be afforded.

When this Committee concludes you will be re-housed in the designated area. (Adjustment Center and North Segregation inmates will remain in their assigned cells. East Block inmates will be re-housed on the first tier.) You will remain in that cell until 5 days prior to the date of execution. Five days prior to the date of execution, you will be moved to North Segregation. (Adjustment Center inmates may be moved to North Segregation or remain in their assigned cell at the discretion of the Warden.) During the 5 days proceeding the scheduled time of execution, you will be under direct surveillance by assigned Correctional Officers who will note your status and activities on an hourly check log.

On the afternoon prior to the execution, you will be moved to the Lethal Injection Facility Security Cell adjacent to the Execution Room. While in the Lethal Injection Facility Security Cell, and until the time of execution, you will be under constant surveillance by the assigned Correctional Officers.

## SUMMARY OF RULES AND PROCEDURES

1. Mental Health staff will be conducting regular observations of you during this period. Mental Health clinicians are available to you 24-hours a day. If you need to speak to a Mental Health professional, notify any available staff member.
2. Religious advisors are available daily. If you wish to speak to a religious advisor, notify the tier officer or the officer assigned to the area.
3. If you have to leave your cell or the Lethal Injection Facility Security Cell for any reason, you will be subject to an unclothed body search. All escorts will be in handcuffs.
4. When you are re-housed in North Segregation, all of your stored legal material will be brought to the cell anteroom. (Inmate who remains in the Adjustment Center will be given all of his/her stored legal material in their assigned cell.)
5. Once the 5 days surveillance period has begun, if you experience an injury or illness, you will be treated by medical staff in your assigned cell whenever possible.
6. Beginning 5 days prior to a scheduled execution, you will be afforded additional visiting privileges. Visiting will be conducted as follows.

   a. You will be afforded priority visiting privileges during normal visiting hours only.

b. You may request visitors who are not currently listed on your approved visitor list by completing Page 4, Request for Approval of Visitors, and give to the Condemned Unit Correctional Counselor II within 5 days from the receipt of this notice. Only immediate family members will be considered, and all visitors must meet normal visiting guidelines.

c. Grade A inmates will receive contact visiting in the Plexiglas booths in the main visiting room.

d. Grade B inmates will receive non-contact visiting.

e. Vending machines purchases will not be permitted.

f. All inmates will remain in waist restraints for the duration of the visit.

g. Inmates and visitors may use the restroom; however, any use of the restroom will be under escort and/or direct supervision.

h. Attorneys and approved visitors will not be permitted to visit simultaneously.

i. All visiting will cease when you are re-housed in the Lethal Injection Facility Security Cell.

7. Once you have been re-housed in the Lethal Injection Facility Security Cell, the lights in the cell will be left on at all times.

8. A television and radio are provided in the Lethal Injection Facility Security Cell. You will not be permitted to bring any personal electronic appliances with you when you are re-housed in the Lethal Injection Facility Security Cell.

9. The only items of personal property permitted in the Lethal Injection Facility Security Cell will be:

a. One bible or religious publication;

b. One cubic foot of legal material;

c. Personal photographs of family and friends.

No other personal items will be permitted. All necessary personal hygiene and clothing items will be provided.

10. You may have up to 5 witnesses and 2 spiritual advisors to witness the execution, and all witnesses must meet normal visiting guidelines. You must complete Page 5, Request for Approval of Witnesses and give to the Condemned Unit Correctional Counselor II, 14 days prior to the scheduled execution.

11. You are required to update you next of kin notification by completing Page 6, Next of Kin Notification, and give to the Condemned Unit Correctional Counselor II within 5 days from receipt of this notice.

12. You may request any food for your last meal. You must complete Page 7, Last Meal Request, and give to the Condemned Unit Correctional Counselor II within 5 days from receipt of this notice. The Associate Warden and the Food Manager will review your request to determine if the request can be accommodated.

13. You may designate the disposition of your personal property. You must complete Page 8, Disposition of Personal Property, and give it to the Condemned Unit Correctional Counselor II, 14 days prior to the scheduled execution. Failure to designate a disposition of your personal property may result in the property being donated or disposed of.

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**THIRTY DAY NOTIFICATION**
**SAN QUENTIN STATE PRISON**
CDCR 2172 (01/09)

14. You may select a funeral home and make burial arrangements. You must complete Page 9, Release of Remains and Burial Arrangements, and give it to the Condemned Unit Correctional Counselor II, 14 days prior to the scheduled execution. Failure to designate burial arrangements may result in the State designating a disposition of your remains.

_____          _____
Warden                                            Inmate Signature and CDC Number
California State Prison at San Quentin

## REQUEST FOR APPROVAL OF VISITORS

I am requesting that the following loved one be approved for visiting privileges. I understand that all requested visitors must meet all normal visiting guidelines. All persons not meeting these guidelines will not be approved. These approvals will only remain in effect while the execution is imminent. If a stay is issued, any approval given will be rescinded and all potential visitors must apply for visiting privileges under the normal visiting procedures.

| NAME | ADDRESS | TELEPHONE # | RELATIONSHIP |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____          _____
Inmate Name                                                    CDC #

☐        Relationship verified by Condemned Unit Correctional Counselor II

☐        Visitors contacted to obtain information needed to perform CLETS check

☐        CLETS check completed by Administrative Assistant (Attach reports)

APPROVED/DISAPPROVED

_____          _____
Warden                                                           Date
California State Prison at San Quentin

THIRTY DAY NOTIFICATION
SAN QUENTIN STATE PRISON
CDCR 2172 (01/09)

## REQUEST FOR APPROVAL OF WITNESSES

I am requesting that the following person(s) be permitted to witness the execution. I understand that all requested witnesses must meet all guidelines applied to normal visiting. All persons not meeting these guidelines will not be approved. No witnesses under the age of 18 will be permitted.

| FAMILY AND LOVED ONES | | | |
|---|---|---|---|
| **NAME & AGE** | **ADDRESS** | **TELEPHONE #** | **RELATIONSHIP** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SPIRITUAL ADVISORS | | |
|---|---|---|
| **NAME** | **ADDRESS** | **TELEPHONE #** |
| | | |
| | | |

_____
Inmate Name

_____
CDC #

☐    Witnesses contacted to obtain information needed to perform CLETS check

☐    CLETS check completed by Administrative Assistant (Attach reports)

APPROVED/DISAPPROVED

_____
Warden
California State Prison at San Quentin

_____
Date

THIRTY DAY NOTIFICATION
SAN QUENTIN STATE PRISON
CDCR 2172 (01/09)

## NEXT OF KIN NOTIFICATION

I am requesting that the following next of kin be notified of my death.

| NAME | ADDRESS | TELEPHONE # | RELATIONSHIP |
|------|---------|-------------|--------------|
|      |         |             |              |
|      |         |             |              |

_____
Inmate Name

_____
CDC #

APPROVED/DISAPPROVED

_____
Warden
California State Prison at San Quentin

_____
Date

THIRTY DAY NOTIFICATION
SAN QUENTIN STATE PRISON
CDCR 2172 (01/09)

## LAST MEAL REQUEST

I am requesting that the following food be provided for my last meal.  I understand that all requests must be approved by the Food Manager and the Warden.  Unreasonable and locally unavailable items will not be accommodated.

| Meal Items Requested |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |

_____          _____
Inmate Name                                                        CDC #


APPROVED/DISAPPROVED



_____          _____
Food Manager                                                     Date


APPROVED/DISAPPROVED




_____          _____
Warden                                                              Date
California State Prison at San Quentin

## DISPOSITION OF PERSONAL PROPERTY

I am requesting that any and all of my personal property and effects, as well as any funds remaining in the trust account maintained by the Department of Corrections and Rehabilitation in my name be distributed to the person(s) listed below. I understand that I am responsible for the cost of shipping my property to the person(s) listed below. If funds are not available, my property will be held for 15 days in order to allow the designated recipients to complete alternate shipping arrangements.

### PERSONAL PROPERTY

| NAME | ADDRESS | TELEPHONE # |
|------|---------|-------------|
|      |         |             |
|      |         |             |

### FUNDS IN TRUST ACCOUNT

| NAME | ADDRESS | TELEPHONE # |
|------|---------|-------------|
|      |         |             |
|      |         |             |

### LEGAL MATERIAL

| NAME | ADDRESS | TELEPHONE # |
|------|---------|-------------|
|      |         |             |
|      |         |             |

_____

Inmate Name

_____

CDC #

APPROVED/DISAPPROVED

_____

Warden
California State Prison at San Quentin

_____

Date

## RELEASE OF REMAINS AND BURIAL ARRANGEMENTS

I am requesting that my remains be released to the person or organization identified herein. I understand that the state of California does not accept financial responsibility for the disposition of my remains. I have designated the person who will accept that responsibility. If I do not designate these arrangements, the State will process my remains in accordance to current state policy and contracts.

Funeral Home     _____

Address     _____

    _____

Telephone     _____

Contact Person     _____

Person financially responsible for the disposition of remains:

Name     _____

Address     _____

    _____

Telephone     _____

Relationship     _____

APPROVED/DISAPPROVED

_____
Warden
California State Prison at San Quentin

_____
Date

STATE OF CALIFORNIA                                           DEPARTMENT OF CORRECTIONS AND REHABILITATION
**20-DAY PRE-EXECUTION REPORT**
**(NAME AND NUMBER OF INMATE)**
CDCR 2173 (06/10)


# M e m o r a n d u m

Date        :

To          :    WARDEN

From        :    San Quentin State Prison, San Quentin, CA 94964

Subject     :    **20-DAY PRE-EXECUTION REPORT**
                 _____ **(NAME AND NUMBER OF INMATE)**

This report of a competency evaluation is prepared pursuant to Title 15, Article 7.5 and Section 3700.5 of the California Penal Code. Inmate _____ (name) is scheduled for execution of his death sentence on _____ (date).

Inmate _____ (name) was advised that I was a psychiatrist and the purpose of the interview was to evaluate his legal competency to undergo execution. I advised that I was not his treating physician and that the results of the interview were not confidential but would be shared with others. The inmate said he understood/did not understand (circle one) the information above.

Inmate _____ (name)[describe below his: grooming, demeanor, orientation, speech, mood and any other features relevant to the documentation of the inmate's competency.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

STATE OF CALIFORNIA
**20-DAY PRE-EXECUTION REPORT
(NAME AND NUMBER OF INMATE)**
CDCR 2173 (06/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate _____ (name) understood his circumstances and that he

☐ Understood the nature of the death penalty and why it was imposed.

☐ Did not understand the nature of the death penalty and why it was imposed.

It is my opinion that Inmate _____ (name) is legally competent/not legally competent (circle one) to undergo execution.

_____ (Print Name of Alienist)
Staff Psychiatrist

_____ (Signature of Alienist)
Staff Psychiatrist

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
NOTIFICATION BY WARDEN TO MARIN COUNTY DISTRICT ATTORNEY
CONCERNING SANITY OF CONDEMNED INMATE (PC § 3700)
CDCR 2174 (01/09)

# NOTIFICATION BY WARDEN TO MARIN COUNTY DISTRICT ATTORNEY CONCERNING SANITY OF CONDEMNED INMATE (PC § 3700)

To:         _____, District Attorney, County of Marin

From:       _____, Warden, San Quentin State Prison

Re:     Condemned Inmate _____, CDC # _____

Pursuant to Penal Code § 3701, I have good reason to believe that the above named inmate/defendant, who is under sentence of death, has become insane.

I base this on the following: _____
_____

**A.     Information concerning the inmate:**

      1.      County from which the inmate is under sentence of death: _____

      2.      Charges convicted of: _____

      3.      Date set for execution: _____

**B.     Enclosed with this memorandum are the following:**

      _____ 1.      Copies of the reports of the three alienists who examined the Inmate/defendant per PC § 3700.5;

      _____ 2.      A copy of the inmate's psychiatric file;

      _____ 3.      Other _____

_____, Warden
California State Prison at San Quentin

By:     _____

Date:   _____

STATE OF CALIFORNIA
**7-DAY PRE-EXECUTION REPORT
(NAME AND NUMBER OF INMATE)**
CDCR 2175 (06/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# M e m o r a n d u m

Date      :

To        :      WARDEN

From      :      San Quentin State Prison, San Quentin, CA 94964

Subject   :      **7-DAY PRE-EXECUTION REPORT (NAME AND NUMBER OF INMATE)**

This report of a competency evaluation is prepared pursuant to Title 15, Article 7.5. Inmate _____ (name) is scheduled for execution of his death sentence on _____ (date).

Inmate (name) was evaluated by Drs. _____ (name or names of alienists) on _____ (Date of Exam).   Their reports will be provided separately.  The inmate is housed in the East Block.

Inmate _____ (name) was advised that I was a psychiatrist and the purpose of the interview was to evaluate his legal competency to undergo execution.  I advised that I was not his treating physician and that the results of the interview were not confidential but would be shared with others.  The inmate said he understood/did not understand (circle one) the information above.

Inmate _____ (name) [describe below his: grooming, demeanor, orientation, speech, mood and any other features relevant to the documentation of the inmate's competency.]

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

STATE OF CALIFORNIA
**7-DAY PRE-EXECUTION REPORT**
**(NAME AND NUMBER OF INMATE)**
CDCR 2175 (06/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**In conclusion, inmate** _____(name) **is considered not mentally competent/considered mentally competent and meets the criteria for execution of his death sentence as scheduled (circle one).**

_____ (Print Name of alienist)

Staff Psychiatrist

_____ (Signature of alienist)

Staff Psychiatrist

# LETHAL INJECTION CHAIN OF CUSTODY
## SAN QUENTIN STATE PRISON

This form is the chain of custody that accompanies the Lethal Injection Protocol chemicals
scheduled for the execution of _____ _____ at _____ _____.
        Inmate name                    CDC #         Time   Date


**Chemical # 1 Sodium Thiopental**                          kit volume _____.

_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
  lot #       received by  verified by


**Chemical # 2 Pancuronium Bromide**                        kit volume _____.

_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
  lot #       received by  verified by


**Chemical # 3 Potassium Chloride**                         kit volume _____.

_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
_____  _____/_____.
  lot #       received by  verified by

LETHAL INJECTION CHAIN OF CUSTODY
SAN QUENTIN STATE PRISON
CDCR 2176 (06/10)

**Chemical # 4 Saline**

kit volume _____.

_____ _____/_____.
_____ _____/_____.
_____ _____/_____.
_____ _____/_____.
_____ _____/_____.
_____ _____/_____.
_____ _____/_____.
_____ _____/_____.

lot #    received by  verified by

**Sodium Thiopental**
Received by_____    Date_____   Time_____

Stored at _____    Date_____   Time_____

**Pancuronium Bromide**
Received by_____    Date_____   Time_____

Stored at _____    Date_____   Time_____

**Potassium Chloride**
Received by_____    Date_____   Time_____

Stored at _____    Date_____   Time_____

**Saline**
Received by_____    Date_____   Time_____

Stored at _____    Date_____   Time_____

**Returned**
**Sodium Thiopental**

_____    _____
_____    _____
     Amount/ lot#          Reason

**Returned**
**Pancuronium Bromide**

_____    _____
_____    _____
     Amount/ lot#          Reason

**Returned**
**Potassium Chloride**

_____    _____
_____    _____
     Amount/ lot#          Reason

LETHAL INJECTION CHAIN OF CUSTODY
SAN QUENTIN STATE PRISON
CDCR 2176 (06/10)

**Returned Saline**

_____     _____
_____     _____
_____     _____
**Amount/ lot#**                 **Reason**

**Infusion began at**    _____
                              Time

**Infusion stopped at**   _____
                              Time

**TEAM LEADER:**   _____
                        **Print Name**

_____          _____
Signature                                    Date

STATE OF CALIFORNIA
SAN QUENTIN STATE PRISON EXECUTION LOG
LETHAL INJECTION INFUSION SUB-TEAM
CDCR 2177 (01/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# San Quentin State Prison
# Execution Log
# Lethal Injection Infusion Sub-Team

| Inmate Name | CDC # | Date of Execution |
|---|---|---|
|  |  |  |

**Record Keeping Team Member Identification #:** _____

|  | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Sub-Team Members arrive at the Lethal Injection Facility. |  |  |
| 2. | Transfer of chemicals to Infusion Sub-Team; (chain of custody) |  |  |
|  | **Tray A** |  |  |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** |  |  |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** |  |  |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. |  |  |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** |  |  |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** |  |  |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** |  |  |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** |  |  |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** |  |  |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** |  |  |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** |  |  |
|  | **Tray B** |  |  |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** |  |  |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** |  |  |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. |  |  |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** |  |  |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** |  |  |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** |  |  |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** |  |  |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** |  |  |

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION
SAN QUENTIN STATE PRISON EXECUTION LOG
LETHAL INJECTION INFUSION SUB-TEAM
CDCR 2177 (01/09)

| | Task | Time | Comments |
|---|---|---|---|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue: **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Sub-Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked. | | |
| | **Infusion** | | |
| 25. | Inject syringe **#A-1** Sodium Thiopental. | | |
| | **Begin 10 minute count:** | | |
| 26. | Inject syringe **#A-2** Sodium Thiopental. | | |
| 27. | Inject syringe **#A-3** the Saline Flush. | | |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe **# A-4** Pancuronium Bromide. | | |
| 29. | Inject syringe **#A-5** the Saline Flush. | | |
| 30. | Inject syringe **# A-6** Potassium Chloride. | | |
| 31. | Inject syringe **# A-7** Potassium Chloride | | |
| 32. | Inject syringe **# A-8** Saline Flush. | | |
| 33. | **Cardiac monitor (ECG) "flat line."** | | |
| 34. | **Physician pronounces cessation of life.** | | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader.  Warden may authorize repeat of protocol with Tray B, backup catheter.** | | |
| 35. | Inject syringe **# B-1** Sodium Thiopental. | | |
| 36. | Inject syringe **# B-2** Sodium Thiopental. | | |
| 37. | Inject syringe **# B-3** Saline flush. | | |
| 38. | Inject syringe **# B-4** Pancuronium Bromide. | | |
| 39. | Inject syringe **# B-5** Saline flush. | | |
| 40. | Inject syringe **# B-6** Potassium Chloride. | | |
| 41. | Inject syringe **# B-7** Potassium Chloride. | | |
| 42. | Inject syringe **# B-8** Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

_____                    _____
Lethal Injection Team Administrator                                         Date

STATE OF CALIFORNIA
**RETURN ON WARRANT OF DEATH**
CDCR 2178 (01/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF _____

THE PEOPLE OF THE STATE OF CALIFORNIA )
)   **Case No.** _____
          vs.                        )
)
)
(_____) (inmate's name) )   **RETURN ON WARRANT**
_____ )   **OF DEATH**

To the Honorable _____, Judge of the Superior Court of the State of California, County of _____:

I, _____, Warden of the California State Prison at San Quentin, in compliance with Section 3607 of the Penal Code of the State of California, do hereby certify:

The Warrant of Execution entitled Judgment of Death and Commitment issued in this case on _____ (date) by the Honorable _____, Judge of the Superior Court for the County of _____, was received at this institution on _____ (date), as required by Penal Code Section 1227;

The body of _____ (inmate's name and number), the subject of the above Warrant of Execution, was delivered to this institution by the Sheriff of _____ County on _____ (date).

On the _____ (date), shortly after 12:01 a.m., the above warrant was executed within the walls of San Quentin Prison, as designated by the court in which this judgment was rendered, by administering a lethal injection to _____, until he was dead. A true copy of the Certificate of Death is attached to this Return.

In accordance with the provisions of Penal Code Section 3605, I was present at this execution, and I invited the presence of the Attorney General of the State of California, at least twelve reputable citizens, such peace officers as I deemed expedient, and such friends or family of the defendant and a spiritual advisor(s) as designated by him to be present and witness the execution.

DATED: _____

_____

_____, Warden
California State Prison at San Quentin

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
SAN QUENTIN STATE PRISON EXECUTION LOG
LETHAL INJECTION INTRAVENOUS SUB-TEAM
CDCR 2179 (01/09)

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Sub-Team

| Inmate Name | CDC # | Date of Execution |
|---|---|---|
| | | |

**Record Team Member Identification #:**

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | | |
| 3. | ECG leads attached to monitor. | | |
| 4. | Insert intravenous catheter - Left | | |
| 5. | Left catheter patency confirmed. | | |
| 6. | Insert intravenous catheter - Right | | |
| 7. | Right catheter patency confirmed. | | |
| 8. | One Intravenous Sub-Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | | |
| 9. | One Intravenous Sub-Team Member takes position next to inmate to monitor consciousness and Intravenous lines. | | |
| 10. | Sub-Team advised which Intravenous catheter is to be used for execution.  (left or right) | | |
| 11. | Saline drip in primary arm is stopped. | | |
| 12. | Syringe **#A-1** administered; mark ECG graph paper with **#A-1.** Sub-Team Member in Execution Room checks inmate for consciousness. | | |
| 13. | Syringe **#A-2** administered; mark ECG graph paper with **#A-2.** | | |
| 14. | Syringe **#A-3** administered; mark ECG graph paper with **#A-3.** Sub-Team Member in Execution Room checks inmate for consciousness. | | |
| 15. | Syringe **#A-4** administered; mark ECG graph paper with **#A-4.** | | |
| 16. | Syringe **#A-5** administered; mark ECG graph paper with **#A-5.** | | |
| 17. | Syringe **#A-6** administered; mark ECG graph paper with **#A-6.** | | |
| 18. | Syringe **#A-7,** administered; mark ECG graph paper with **#A-7.** | | |
| 19. | Syringe **#A-8** administered; mark ECG graph paper with **#A-8.** | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**SAN QUENTIN STATE PRISON EXECUTION LOG**
**LETHAL INJECTION INTRAVENOUS SUB-TEAM**
CDCR 2179 (01/09)

| | Task | Time | Comments |
|---|---|---|---|
| | **If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered.** | | |
| 20. | Syringe **#B-1,** mark ECG graph paper with **#B-1.** | | |
| 21. | Syringe **#B-2,** mark ECG graph paper with **#B-2.** | | |
| 22. | Syringe **#B-3,** mark ECG graph paper with **#B-3.** | | |
| 23. | Syringe **#B-4,** mark ECG graph paper with **#B-4.** | | |
| 24. | Syringe **#B-5,** mark ECG graph paper with **#B-5.** | | |
| 25. | Syringe **#B-6,** mark ECG graph paper with **#B-6.** | | |
| 26. | Syringe **#B-7,** mark ECG graph paper with **#B-7.** | | |
| 27. | Syringe **#B-8,** mark ECG graph paper with **#B-8.** | | |
| 28. | Mark ECG graph paper when death is pronounced. | | |
| 29. | Prepare final report. | | |

_____
Lethal Injection Team Administrator

_____
Date

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
SAN QUENTIN STATE PRISON EXECUTION LOG
LETHAL INJECTION SECURITY SUB-TEAM
CDCR 2180 (01/09)

# San Quentin State Prison
## Execution Log
## Lethal Injection Security Sub-Team

| Inmate Name | CDC # | Date of Execution |
|---|---|---|
|  |  |  |

Record Team Member Identification #:

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. |  |  |
| **Preparation/Execution Room** |  |  |
| Inmate staged in Preparation Room to allow Intravenous Sub-Team to attach ECG leads. |  |  |
| Escorted inmate to Execution Room. |  |  |
| Inmate secured to gurney. |  |  |
| Security Sub-Team exits Execution Room. |  |  |
| Team Leader takes position in Infusion/Control Room. |  |  |
| **Post Execution** |  |  |
| Security Sub-Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. |  |  |
| Post mortem identification and photographs completed. |  |  |
| Inmate's remains prepared for release to Coroner/Mortuary. |  |  |
| Released inmate's remains to the Coroner/Mortuary. |  |  |
| Completed all reports relative to Lethal Injection process. |  |  |
| Clean Lethal Injection Facility. |  |  |

Notes:

_____

_____

_____

_____

_____

_____

_____

_____

Lethal Injection Team Administrator: _____     Date: _____

STATE OF CALIFORNIA
SAN QUENTIN STATE PRISON EXECUTION LOG
LETHAL INJECTION TEAM ADMINISTRATOR/TEAM LEADER
CDCR 2181 (01/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

| Inmate Name | CDC # | Date of Execution |
|---|---|---|
| | | |

**Record Team Member Identification #:**

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Sub-Team and make assignments. | | |
| | **Record Keeping Sub-Team activated; Execution Logs begin.** | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden, Specialized Housing Division, will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Sub-Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | | |
| 7. | Infusion of lethal chemicals is initiated. | | |
| 8. | Flat line noted on ECG. | | |
| 9. | Death pronounced. | | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | | |
| 14. | Curtains drawn on viewing windows. | | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | | |

Lethal Injection Team Administrator: _____     Date: _____

# San Quentin State Prison
# Execution Report

| PART A: EXECUTIVE SUMMARY | PAGE ___ OF ___ |
|---|---|

**EXECUTION TEAM LEADER:** 

DATE:

**1. SUMMARY AND BRIEF DESCRIPTION OF EXECUTION:**

**2. UNUSUAL EVENT:**

**3. NARRATIVE OF EXECUTION:**

| INMATE NAME: LAST | FIRST | MIDDLE | CDC # |
|---|---|---|---|

STATE OF CALIFORNIA
**SAN QUENTIN STATE PRISON EXECUTION REPORT**
CDCR 2183 (01/09) PART B

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# San Quentin State Prison
# Execution Report

| PART B: EXECUTIVE SUMMARY | PAGE ___ OF ___ |
|---|---|
| TEAM ASSIGNMENT: | DATE: |
| NARRATIVE: | |

| INMATE NAME: LAST | FIRST | MIDDLE | CDC # |
|---|---|---|---|