<u>Comparison of Kentucky Lethal-Injection Protocol and California Lethal-Injection Regulations</u>

The following chart compares the most significant provisions of California's lethal-injection regulations with Kentucky's lethal-injection protocol, which the United States Supreme Court upheld against allegations that it violated the Eighth Amendment's guarantee against cruel and unusual punishment. *Baze v. Rees,* 553 U.S. 35, 62-63 (2008).

The chart focuses on several different areas, including provisions that deal with personnel, training, and the administration of the execution itself.

Regarding personnel, Kentucky currently uses a phlebotomist and an EMT to establish IV catheters in the condemned inmates. San Quentin's IV team must (a) demonstrate an ability to insert an intravenous catheter or catheters into an appropriate vein or veins of an inmate; (b) demonstrate an ability to set up intravenous lines and an intravenous drip; (c) be qualified in the appropriate placement of the ECG leads used during the process; (d) regularly set up intravenous lines in the performance of their job duties, unrelated to their duties on the lethal injection team; and (e) have a basic understanding of the effects of the three chemicals used in the lethal injection process. Cal. Code Regs. tit. 15, § 3349.1.2(f)(4)(C-G). Team members must also maintain current certifications and licenses (a) to insert intravenous catheters into peripheral veins; and (b) to place the Electrocardiogram (ECG) leads used during the lethal injection process. Cal. Code Regs. tit. 15, § 3349.1.2(f)(4)(A-B).

Concerning training, Kentucky's execution team practices at least 10 times per year. San Quentin team members are trained on a monthly basis, and simulate an execution by lethal-injection. Cal. Code Regs. tit. 15, § 3349.1.4(c)(1).

Finally, Kentucky and California use the same amount of the first two drugs that are administered during a lethal-injection execution (three grams of sodium thiopental and 50 milligrams of pancuronium bromide). Kentucky uses a slightly larger dose of the third drug (potassium chloride), a drug that stops the heart but does not affect consciousness. Both Kentucky and California have designated observers who watch the lines for leakage, the catheters for infiltration, and the inmates for signs of consciousness. Moreover, California's regulations provide additional precautions to ensure that the inmate is unconscious before the second and third drugs are administered. After the execution team administers 1.5 grams of sodium thiopental, a member of the IV team assesses the consciousness of the inmate by brushing the back of his or her hand over the condemned inmate's eyelashes, speaking to, and gently shaking the inmate. Cal. Code Regs. tit. 15, § 3349.4.5(g)(5)(A,C). Kentucky has no comparable provision, and the Supreme Court's *Baze* decision indicates that such a consciousness assessment goes beyond what is constitutionally necessary. *Baze,* 553 U.S. at 60.

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|

## FACILITY

| | |
|---|---|
| • Execution facility consists of execution chamber, control room separated by a one-way window, and a witness room. | • The lethal injection facility is a dedicated structure consisting of three witness viewing rooms, one holding cell, an infusion control room, security sub-team areas, restrooms, and a lethal injection room.<br><br>Cal. Code Regs. tit. 15, § 3349.1.1(r). |

## PERSONNEL

| | |
|---|---|
| • Members of IV team must have one year of professional experience as a: (1) Certified Medical Assistant, (2) Phlebotomist, (3) Emergency Medical Technician, (4) Paramedic, or (5) Military Corpsman<br><br>-Kentucky currently uses a phlebotomist and an EMT, personnel who have daily experience establishing IV catheters for inmates in Kentucky's prison population. | • IV team[1] must:<br><br>(a) demonstrate ability to insert an intravenous catheter or catheters into an appropriate vein or veins of an inmate;<br><br>(b) demonstrate ability to set up intravenous lines and intravenous drip;<br><br>(c) be qualified in the appropriate placement of the ECG leads used during the process;<br><br>(d) regularly set up intravenous lines in the performance of their job duties, unrelated to their duties on the lethal injection team; and<br><br>(e) have a basic understanding of the effects of the three chemicals used in the lethal injection process.<br><br>Cal. Code Regs. tit. 15, § 3349.1.2(f)(4)(C-G).<br><br>• General criteria for all team members:<br><br>(a) demonstrated professional job performance and demeanor;<br><br>(b) good attendance record;<br><br>(c) no prior stress claims;<br><br>(d) no corrective action in the past three years;<br><br>(e) no sustained adverse action as reflected in CDCR and State Personnel Board records and as substantiated by the candidate;<br><br>(f) annual permanent employee performance evaluations that meet or exceed expected standards;<br><br>(g) must not be on probation in the candidate's current classification (does not apply to promotions made subsequent to initial placement on the lethal injection |

---

[1] Although it is not required under the regulations, the IV team is exclusively composed of registered nurses. (Decl. J. McAuliffe Supp. Defs.' Briefing Following Remand ¶ 2.)

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|
|  | team); and<br><br>(h) must agree that if selected to be a member of the lethal injection team, they can no longer work or be assigned to any condemned housing unit, either full or part time. This includes any overtime.<br><br>Cal. Code Regs. tit. 15, § 3349.1.2(e)(1-8). |

## TRAINING

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|
| • Members of IV team must remain certified in their profession and must fulfill any continuing education requirements in their profession. | • IV team must:<br><br>(a) maintain current certification and license to insert intravenous catheters into peripheral veins; and<br><br>(b) maintain a current certification and license for placement of the Electrocardiogram (ECG) leads used during the lethal injection process.<br><br>Cal. Code Regs. tit. 15, § 3349.1.2(f)(4)(A-B). |
| • Execution team shall practice at least 10 times during the course of one calendar year. | • San Quentin's execution team trains each month.<br><br>Cal. Code Regs. tit. 15, § 3349.1.4(c)(1). |
| • Each practice shall include a complete walk through of an execution, including the siting of two IVs into a volunteer. | • Monthly training includes, but is not limited to, a simulation of an execution by lethal injection.<br><br>Cal. Code Regs. tit. 15, § 3349.1.4(c)(1)(A).<br><br>• IV team training includes, but is not limited to, the following:<br><br>(a) use of an electronic monitor for vital signs;<br><br>(b) setting up intravenous lines and the IV drip;<br><br>(c) understanding the different sizes of intravenous catheters and determination of the proper size of the catheter(s) to be used, dependent on the size of the vein;<br><br>(d) potential problems and recommendations for avoidance or resolution;<br><br>(e) performance of consciousness checks;<br><br>(f) monitoring intravenous lines to ensure patency; and<br><br>(g) crimping and uncoupling intravenous lines.<br><br>Cal. Code Regs. tit. 15, § 3349.1.4(c)(3)(A-G). |
| • Execution team members, excluding IV team members, must have participated in a minimum of two practices before participating in an actual execution. | • Lethal injection team members must attend at least six training sessions before being assigned duties during an execution. This includes a minimum of three training sessions in the six months immediately preceding a scheduled execution, and participation in each of the |

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|
|  | three daily training sessions immediately preceding the scheduled execution. <br><br> • Medical personnel who are members of the lethal injection team or serve as the physician attending the execution must attend at least one training session in the six months immediately preceding a scheduled execution, and participate in each of the three daily training sessions immediately preceding the scheduled execution. <br><br> Cal. Code Regs. tit. 15, § 3349.1.4(d)(4). |

## CONDUCT OF EXECUTION

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|
| • Warden and deputy remain in the execution chamber with the prisoner, who is strapped to the gurney. | • Warden takes a position in the execution room in close proximity to the condemned inmate. One IV team member also remains in the execution room to continuously monitor the intravenous lines and assess the consciousness of the condemned inmate throughout the execution. <br><br> Cal. Code Regs. tit. 15, § 3349.4.5(e)(8); (f)(1). |
| • Execution team administers drugs remotely from the control room through five feet of tubing. | • No equivalent provision in California's regulations, but comparable procedures contemplated by configuration of facility. |
| • Warden and deputy warden watch for any problems with the IV catheters and tubing. | • The IV team monitors the intravenous lines to ensure patency of the lines. <br><br> Cal. Code Regs. tit. 15, § 3349.1.3(c)(2)(D). |
| • IV team members site and insert two IV lines. | • IV team members, among other things, insert two catheters into pre-designated veins and designate primary and back-up intravenous lines. <br><br> Cal. Code Regs. tit. 15, § 3349.4.5(e)(3,5). |
| • IV team enters chamber and runs the IV lines to the condemned inmate. They then site and insert one primary IV line and one backup IV line in a location deemed suitable by the team members. | • IV team enters execution room immediately after the security team exits. They inspect the restraints to ensure they do not restrict the inmate's circulation or interfere with the insertion of the catheters. They then insert two catheters into pre-designated veins and designate primary and back-up intravenous lines. <br><br> Cal. Code Regs. tit. 15, § 3349.4.5(e)(1-3, 5). |
| • Insertion site of preference in the following order: arms, hands, ankles and/or feet. | • If a suitable vein is not available, alternate insertion sites will be considered, including, but not limited to, the forearm; wrist; back of hand; top of foot; ankle; lower leg, or other appropriate location. <br><br> Cal. Code Regs. tit. 15, § 3349.3(c)(3)(A-E). |
| • If IV team cannot secure one or more sites within one hour, Governor's Office shall be contacted by Commissioner and a request shall be made that the execution be scheduled for a later date. | • No equivalent provision in California's regulations. |
| • Team will start a saline flow. | • As each catheter is inserted, an IV team member |

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|
|  | stationed in the infusion room is instructed to initiate the intravenous drip. After the IV team has established the IV lines, an IV team member will exit the execution room and report to the infusion control room to continuously monitor the saline drips.<br><br>Cal. Code Regs. tit. 15, § 3349.4.5(e)(4, 7). |
| • Team securely connects the electrodes of the cardiac monitor to the inmate and ensures that the equipment is functioning. | • The inmate's heart activity is monitored by an electronic device. The IV team places the ECG sensors on the chest of the inmate.<br><br>Cal. Code Regs. tit. 15, § 3349.4.5(a)(3); (g)(7). |
| • Designated team member begins a rapid flow of chemicals in the following order:<br><br>1. 3 grams of sodium thiopental (if it appears to Warden that inmate is not unconscious within 60 seconds, Warden shall stop the flow of thiopental in primary site and order that backup IV be used with a new flow of sodium thiopental)<br><br>2. 25 milligrams of saline<br><br>3. 50 milligrams of pancuronium bromide<br><br>4. 25 milligrams of saline<br><br>5. 240 meq. of potassium chloride | • Beginning with Tray A and using the primary intravenous catheter, the chemicals will be administered as follows:<br><br>1. Syringe #1: 1.5 grams of sodium thiopental<br><br>2. Syringe #2: 1.5 grams of sodium thiopental<br><br>3. Syringe #3: 50 cc saline flush (another assessment of consciousness)<br><br>4. Syringe #4: 50 milligrams of pancuronium bromide<br><br>5. Syringe #5: 50 cc saline flush<br><br>6. Syringe #6: 100 ml/Eq potassium chloride<br><br>7. Syringe #7: 100 ml/Eq potassium chloride<br><br>8. Syringe #8: 50 cc saline flush<br><br>Cal. Code Regs. tit. 15, § 3349.4.5(g)(5)(A-H). |
| • A proper dose of thiopental obviates the concern that a prisoner will not be sufficiently sedated. The risks of failing to adopt additional monitoring procedures are even more "remote" and attenuated than the risks posed by the alleged inadequacies of Kentucky's procedures designed to ensure the delivery of thiopental. Visual inspection of the IV site under Kentucky's procedure is effective in determining whether sodium thiopental has entered the inmate's bloodstream.<br><br>*Baze v. Rees*, 553 U.S. 35, 59-60 (2008). | • After administering syringe #1 (1.5 grams of thiopental), an assessment of the condemned inmate occurs. A member of the IV team brushes the back of his or her hand over the condemned inmate's eyelashes, and speaks to and gently shakes the condemned inmate. If the condemned inmate is unresponsive, it will demonstrate that he is unconscious.<br><br>• Another assessment of consciousness occurs after syringe #3 is administered.<br><br>Cal. Code Regs. tit. 15, § 3349.4.5(g)(5)(A,C). |
| • Team member begins a stopwatch once the lethal injections are complete. If the heart monitor does not indicate a flat line after 10 minutes and if during that time the physician and coroner are not able to pronounce death, | • If, in the event all eight syringes from Tray A have been administered, ten minutes have elapsed and death has not been determined, record keeping team member will advise the team administrator, who will advise the Warden. The warden will then direct that the lethal |

5

| Kentucky's Lethal-Injection Protocol | Cal. Code Regs. tit. 15, §§ 3349, et seq. |
|---|---|
| the Warden will order that a second set of chemicals be administered. The process will continue until death has occurred. | injection process be repeated using the back-up IV catheter and the chemicals from tray B in exactly the same sequence as noted above.<br><br>Cal. Code Regs. tit. 15, § 3349.4.5(g)(9) |
| • Team member will observe the heart monitor and advise the physician of cessation of electrical activity of the heart. The electrocardiogram verifies the death of the prisoner. | • The attending physician will monitor the electronic device showing the inmate's vital signs and determine when the inmate has expired. Death will be determined and declared by a physician.<br><br>Cal. Code Regs. tit. 15, § 3349.4.5(g)(8) |
| • If a stay is issued after the execution has commenced, the execution team will stand down and medical staff on site will attempt to stabilize the condemned inmate. An ambulance and staff will be present on institutional property, and a medical "crash cart" and defibrillator will be located in the execution building. | • No equivalent provision in California's regulations. |