EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Schwarzenegger, Cate and Cullen*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>                    Defendants. | C 06-0219 JF<br><br>**DECLARATION OF JOHN W. MCAULIFFE IN SUPPORT OF DEFENDANTS' BRIEFING FOLLOWING REMAND** |

I, JOHN W. MCAULIFFE, declare:

1. I am a Consultant to the California Department of Corrections and Rehabilitation in the above-referenced action. Since October 2007, I have been charged with training the execution team at San Quentin. I have first-hand knowledge of the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. Although it is not required under the regulations, the IV team is exclusively composed of registered nurses. The nurses regularly set up intravenous lines in the performance of their job duties, unrelated to the duties on the lethal-injection team.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Quentin, California, on September 28, 2010.

*/s/ John W. McAuliffe*
John W. McAuliffe

SF2007200210
40465961.doc

1

Decl. of John W. McAuliffe (C 06-0219 JF)