KEKER & VAN NEST LLP
JON B. STREETER - #101970
WENDY J. THURM - #163558
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: jstreeter@kvn.com

ACLU FOUNDATION OF NORTHERN CALIFORNIA
ALAN SCHLOSSER - #49957
MICHAEL RISHER - #191627
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclunc.org

Attorneys for Plaintiffs
PACIFIC NEWS SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation; et al.,<br><br>  Defendants. | Case No. 5:06-cv-01793-JF<br><br>**DEATH PENALTY CASE**<br><br>**DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF STATEMENT OF PACIFIC NEWS SERVICE IN RESPONSE TO COURT'S ORDER DIRECTING BRIEFING FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS**<br><br>Dept:   Courtroom 3, 5th Floor<br>Judge:  Hon. Jeremy Fogel |
| MICHAEL ANGELO MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation; et al.,<br><br>  Defendants. | Case No. 5:06-cv-00219-JF-HRL<br>Case No. 5:06-cv-00926-JF-HRL |

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF STATEMENT OF PACIFIC NEWS SERVICE IN RESPONSE TO COURT'S ORDER DIRECTING BRIEFING FOLLOWING REMAND
CASE NO. C 06 1793 JF RS

513881.01

1    I, Ajay S. Krishnan, declare as follows:

2    1.   I am an attorney duly licensed to practice before this Court and an associate at the
3    law firm of Keker & Van Nest LLP in San Francisco, California, and I represent Plaintiff Pacific
4    News Service ("PNS") in the above-captioned case. Unless otherwise specified, I have
5    knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so
6    competently under oath.

7    2.   Attached hereto as Exhibit A is a true and correct copy of an Order in re
8    *California First Amendment Coalition & Society of Professional Journalists v. Calderon*, (N.D.
9    Cal. USDC Case no. C-96-1291), dated May 21, 1996.

10   3.   Attached hereto as Exhibit B is a true and correct copy of the CDCR's Initial
11   Statement of Reasons dated March 26, 2010.

12   4.   Attached hereto as Exhibit C is a true and correct copy of the relevant portions of
13   Transcript of Proceedings in re *Morales v. Tilton*, (N.D. Cal, USDC Case No. C-06-0219), dated
14   September 26, 2006.

15   5.   Attached hereto as Exhibit D is a true and correct copy of the relevant portions of
16   Transcript of Proceedings in re *Morales v. Tilton*, (N.D. Cal, USDC Case No. C-06-0219), dated
17   September 27, 2006.

18   6.   Attached hereto as Exhibit E is a true and correct copy of the relevant portions of
19   Transcript of Proceedings in re *Morales v. Tilton*, (N.D. Cal, USDC Case No. C-06-0219), dated
20   September 28, 2006.

21   7.   Attached hereto as Exhibit F is a true and correct copy of the relevant portions of
22   Transcript of Proceedings in re *Morales v. Tilton*, (N.D. Cal, USDC Case No. C-06-0219), dated
23   September 29, 2006.

24   8.   Attached hereto as Exhibit G is a true and correct copy of the relevant portions of
25   the CDCR's Rules and Regulations of Adult Institutions, Programs and Parole.

26
27
28

1
DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF STATEMENT OF PACIFIC NEWS SERVICE IN RESPONSE TO COURT'S ORDER DIRECTING BRIEFING FOLLOWING REMAND
CASE NO. C 06 1793 JF RS

513881.01

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on September 28, 2010, in San Francisco, California.

*/s/ Ajay S. Krishnan*
AJAY S. KRISHNAN

2
DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF STATEMENT OF PACIFIC NEWS SERVICE IN RESPONSE TO COURT'S ORDER DIRECTING BRIEFING FOLLOWING REMAND
CASE NO. C 06 1793 JF RS

513881.01