FILED

SEP 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>        Plaintiff,<br>  and<br><br>ALBERT GREENWOOD BROWN,<br><br>        Plaintiff - Appellant,<br>  v.<br><br>MATTHEW CATE,<br><br>        Defendant - Appellee. | No. 10-99019<br><br>D.C. No. 5:06-cv-00219-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:  THOMAS, Circuit Judge and Capital Case Coordinator

      Pursuant to the rules applicable to capital cases in which an execution date has been scheduled, a deadline was established by which any judge could request a vote on whether the panel's September 27, 2010 order, as amended today, should be reheard en banc.  No judge has requested a vote within the time period.  Therefore, the panel's order, as amended today, is a final order of this Court.  No further petitions for rehearing or rehearing en banc will be entertained as to the amended order.