David A. Senior (# 108579)
McBreen & Senior
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (# 167080)
Law Offices of John R. Grele
149 Natoma St., third floor
San Francisco, CA 94105
Phone: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Richard P. Steinken (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
rsteinken@jenner.com

Attorneys for Plaintiff
ALBERT G. BROWN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALBERT G. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>Defendants. | Case No. C 06 0219 (JF)<br>C 06 926 (JF)<br><br>**DECLARATION OF JOHN R GRELE AND SUPPLEMENTAL EXHIBITS TO STATEMENT IN RESPONSE TO REMAND** |

1

DECLARATION AND SUPPLEMENTAL EXHIBITS
C 06-0129 (JF)(RS) &C 06-926 (JF)(RS)

I, John R Grele, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice before this Court.

2. Training logs of the execution team for the past year were provided to me. It was my understanding that these were obtained from defendants in response to a California Public Records Act request by the ACLU.

3. I have reviewed the logs, which begin in approximately November of 2009 and continue through to August 13, 2010. I was in particular looking for indications on the execution forms whether the team that was training included medical personnel and was training for mixing thiopental. I could find no indication that thiopental was mixed. The boxes where that is supposed to be noted are blank. There were log entries indicating that syringes #1 and #3 were pushed, which would include thiopental if it had been mixed.

4. I am appending the logs for review by the Court.

5. When the Court scheduled a hearing in 2007 in the Morales case, the Defendants turned over approximately 15,500 pages of discovery. None of that material is before the Court. Because OP 770 (5/15/07) and the new Regulations are substantially similar, it is Mr. Brown's position that this material is also relevant. I have included two items for the Court's review that I could quickly locate: a letter from Warden Ayers indicating it is not appropriate for the Warden to be in the chamber and an action plan that no one will take credit for indicating that of the four options available for the revision of OP 770 in response to the Court's Memorandum, it was determined to try and convince the Court to follow the lead of the Eastern District of Virginia and retain the three-drug procedure.

2

DECLARATION AND SUPPLEMENTAL EXHIBITS
C 06-0129 (JF)(RS) &C 06-926 (JF)(RS)

6. I have also included as an exhibit a response by Dr. Heath to the regulations that examines the consciousness check provision in the regulations. This was one of the public comments submitted in the administrative process.

DATED: September 28, 2010          By: _____/s/_____

                                        John R. Grele