David A. Senior (# 108579)
McBreen & Senior
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (# 167080)
Law Offices of John R. Grele
149 Natoma St., third floor
San Francisco, CA 94105
Phone: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Richard P. Steinken (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
rsteinken@jenner.com

Attorneys for Plaintiff
ALBERT G. BROWN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| ALBERT G. BROWN, | ) | Case No. C 06 0219 (JF) |
| | ) | C 06 926 (JF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **EXHIBITS TO STATEMENT IN** |
| | ) | **RESPONSE TO REMAND** |
| v. | ) | |
| | ) | |
| MATTHEW CATE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

1

EXHIBITS
C 06-0129 (JF)(RS) &C 06-926 (JF)(RS)