# SCENARIO # _____|_____

Date: _8 / 13 / 0 9_

RECORD LOGS ✓ _

FINAL REPORTS __

111Attachment 16

# San Quentin State Prison
## Execution Log
## Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J99999 | 8/13/09 |

**Record Keeping Team Member Identification #:**

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | Tray B | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |

Attachment 16

| | Task | Time | Comments |
|---|---|---|---|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
| | Infusion (4/A)   11006(P.)  11056   (4/A)  11304(P)  11320 | | |
| 25. | Inject syringe #A-1 **Sodium Thiopental.** Conscious check. | | C✓ |
| | **Begin 10 minute count:** | | |
| 26. | Inject syringe #**A-2** Sodium Thiopental | | |
| 27. | Inject syringe #**A-3** the Saline Flush. Conscious check. | | C✓ |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # **A-4** Pancuronium Bromide. | | |
| 29. | Inject syringe #**A-5** the Saline Flush. | | |
| 30. | Inject syringe # **A-6** Potassium Chloride. | | |
| 31. | Inject syringe # **A-7** Potassium Chloride | | |
| 32. | Inject syringe # **A-8** Saline Flush. | | (E) |
| 33. | **Cardiac monitor (ECG) "flat line."** | | |
| 34. | **Physician pronounces death.** | | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, backup catheter.** | | |
| 35. | Inject syringe # **B-1** Sodium Thiopental.  *Conscious check* | 1118 (P)³⁰ | C✓ 11 10 min. 11⁹² |
| 36. | Inject syringe # **B-2** Sodium Thiopental. | 11930 | |
| 37. | Inject syringe # **B-3** Saline flush. | 12013 | C✓ 112043 |
| 38. | Inject syringe # **B-4** Pancuronium Bromide. | 112104 | |
| 39. | Inject syringe # **B-5** Saline flush. | 112143 | |
| 40. | Inject syringe # **B-6** Potassium Chloride. | 112215 | |
| 41. | Inject syringe # **B-7** Potassium Chloride. | 112250 | |
| 42. | Inject syringe # **B-8** Saline Flush. | 112323 | (E) 112352 |
| 43 | **Cardiac monitor (ECG) "flat line."** | 112300 | |
| 44. | **Physician pronounces cessation of life.** | 112400 | |
| 45. | Prepare final report of execution. | | |

MS
_____
Lethal Injection Team Administrator

8/12/09
_____
Date

Attachment 16

## San Quentin State Prison
## Final Check List
## Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| *John Doe* | *J99999* | *8/13/09* |

**Record Keeping Team Member Identification #:**

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | **Tray B** | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |

Attachment 16

| | Task | Time | Comments |
|---|---|---|---|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
| | **Infusion** ⊄/A)          (P)          (R/A)          (P) | | |
| 25. | Inject syringe #A-1 **Sodium Thiopental.** Conscious check. **Begin 10 minute count:** 1153,33 | 11,53.33 | cv 1154.06 |
| 26. | Inject syringe #A-2 Sodium Thiopental | 1154.16 | |
| 27. | Inject syringe #A-3 the Saline Flush. Conscious check. | 1154.46 | cv 1155.10 |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 1155.21 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 1155.45 | |
| 30. | Inject syringe # A-6 Potassium Chloride. | 1156.11 | |
| 31. | Inject syringe # A-7 Potassium Chloride | 1156.38 | |
| 32. | Inject syringe # A-8 Saline Flush. | 1157.05 | (F) 11.57.29 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 1157.35 | |
| 34. | **Physician pronounces death.** | 1157.46 | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, backup catheter.** | | |
| 35. | Inject syringe # B-1 Sodium Thiopental. | | |
| 36. | Inject syringe # B-2 Sodium Thiopental. | | |
| 37. | Inject syringe # B-3 Saline flush. | | |
| 38. | Inject syringe # B-4 Pancuronium Bromide. | | |
| 39. | Inject syringe # B-5 Saline flush. | | |
| 40. | Inject syringe # B-6 Potassium Chloride. | | |
| 41. | Inject syringe # B-7 Potassium Chloride. | | |
| 42. | Inject syringe # B-8 Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

#16
_____
Lethal Injection Team Administrator

8/13/09
_____
Date

Attachment 20

# San Quentin State Prison
## Execution Log
### Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J-99999 | 08/13/09 |

Record Team Member Identification #: 8

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 1054 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 1059 | |
| Escorted inmate to Execution Room. | 1100 | |
| Inmate secured to gurney. | 1106 | |
| Security Team exits Execution Room. | 1108 | |
| Team Leader takes position in Infusion/Control Room. | 1115 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | 1125 | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | N/A |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:
Inmate arrives 1052

_____

Lethal Injection Team Administrator                          Date

Attachment 21

## San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| JoHN | J9999 | 8 / 13 / 09 |

**Record Team Member Identification #:  26**

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:  Assemble Team and make assignments.** | | |
| | ~~Record Keeping Team activated; Execution Logs begin.~~ | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area. <br> • Ask if the inmate wishes to write a last statement to be read after the execution. <br> • Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 1115 | |
| 7. | Infusion of lethal chemicals is initiated. | 1118 | |
| 8. | Flat line noted on ECG. | 1123 | |
| 9. | Death pronounced. | 1124 | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used.  All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 1124 | |
| 14. | Curtains drawn on viewing windows. | 1125 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 1128 | |

_____                    _____
Lethal Injection Team Administrator                    Date

Attachment 20

## San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
|  |  |  |

Record Team Member Identification #:

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 0545 |  |
| **Preparation/Execution Room** |  |  |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 0547 |  |
| Escorted inmate to Execution Room. | 0548 |  |
| Inmate secured to gurney. | 0550 |  |
| Security Team exits Execution Room. | 0552 |  |
| Team Leader takes position in Infusion/Control Room. | 0556 |  |
| **Post Execution** |  |  |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | 0607 |  |
| Post mortem identification and photographs completed. | 0610 |  |
| Inmate's remains prepared for release to Coroner/Mortuary. | 0613 |  |
| Released inmate's remains to the Coroner/Mortuary. | 0630 |  |
| Completed all reports relative to Lethal Injection process. | 0700 |  |
| Clean Lethal Injection Facility. | 0730 |  |

Notes:

0540  E/m ARRIVES AT FACILITY

_____
Lethal Injection Team Administrator                    Date

14

# SCENARIO # \_\_\_1\_\_\_

Date: \_\_8/14/09\_\_

RECORD LOGS ✓

FINAL REPORTS \_\_

INVENTORY SHEETS ✓

Attachment 16

# San Quentin State Prison
## Final Check List
### Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| Doe, J | J-99999 | 8/14/09 |

**Record Keeping Team Member Identification #:** 20

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | Tray A | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | Tray B | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |

#20  8/14/09

Attachment 16

|     | Task | Time | Comments |
|-----|------|------|----------|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
|     | **Infusion** | | |
| 25. | Inject syringe #A-1 **Sodium Thiopental.** Conscious check. **Begin 10 minute count:** 1144 | 1144 10 | cc — 114450 |
| 26. | Inject syringe #A-2 Sodium Thiopental | 11456 | |
| 27. | Inject syringe #A-3 the Saline Flush. Conscious check. | 114545 | cc - 114617 |
|     | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 114640 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 114715 | |
| 30. | Inject syringe # A-6 Potassium Chloride. | 114753 | |
| 31. | Inject syringe # A-7  Potassium Chloride | 114828 | |
| 32. | Inject syringe # A-8 Saline Flush. | 114905 | |
| 33. | **Cardiac monitor (ECG) "flat line."** | 114845 | 114935 |
| 34. | **Physician pronounces death.** | 114935 | |
|     | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader.  Warden may authorize repeat of protocol with Tray B, backup catheter.** | | 114935 — |
| 35. | Inject syringe # B-1 Sodium Thiopental. | | |
| 36. | Inject syringe # B-2 Sodium Thiopental. | | |
| 37. | Inject syringe # B-3 Saline flush. | | |
| 38. | Inject syringe # B-4 Pancuronium Bromide. | | |
| 39. | Inject syringe # B-5 Saline flush. | | |
| 40. | Inject syringe # B-6 Potassium Chloride. | | |
| 41. | Inject syringe # B-7 Potassium Chloride. | | |
| 42. | Inject syringe # B-8 Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

_____                    _____
Lethal Injection Team Administrator                         Date

#20        8/14/09

Attachment 19

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe,  J | J 99999 | 8/14/09 |

**Record Team Member Identification #:**  11

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | 1120 | |
| 2. | ECG pads are placed on inmate's chest. | 1127 | |
| 3. | ECG leads attached to monitor. | 1135 | |
| 4. | Insert intravenous catheter - Left | 1137 | |
| 5. | Left catheter patency confirmed. | 1137 | |
| 6. | Insert intravenous catheter - Right | 1140 | |
| 7. | Right catheter patency confirmed. | 1140 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 1142 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and Intravenous lines. | 1142 | |
| 10. | Team advised which Intravenous catheter is to be used for execution.  (left or right) | 1143 | |
| 11. | Saline drip in primary arm is stopped. | 1144.10 | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | 1144.10  cc-1144.50 | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 1144.05 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 1145.45  cc-1146.17 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 1146.40 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 1147.15 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 1147.53 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 1148.28 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 1149.05 | |

|     | Task | Time | Comments |
| --- | --- | --- | --- |
|     | If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered. | | |
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. | | |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. | | |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. | | |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. | | |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. | | |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. | | |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. | | |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. | | |
| 28. | Mark ECG graph paper when death is pronounced. | 1149. | |
| 29. | Prepare final report. | | |

_____          _____

Lethal Injection Team Administrator                      Date

Attachment 21

#1

## San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, J | J-99999 | 8/14/09 |

**Record Team Member Identification #:** 13 14

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. | | |
| | Record Keeping Team activated; Execution Logs begin. | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area. <br> • Ask if the inmate wishes to write a last statement to be read after the execution. <br> • Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 1142 | |
| 7. | Infusion of lethal chemicals is initiated. | 1144 | |
| 8. | Flat line noted on ECG. | 1148 | |
| 9. | Death pronounced. | 1149 | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 1150 | |
| 14. | Curtains drawn on viewing windows. | 1151 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 1152 | |

_____          _____

Lethal Injection Team Administrator                Date

Attachment 20

# San Quentin State Prison
# Execution Log
# Lethal Injection Security Team

05/2007

| Inmate Name' | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J-99999 | 8/14/09 |

Record Team Member Identification #:  **8**

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 1126 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 1128 | |
| Escorted inmate to Execution Room. | 1129 | |
| Inmate secured to gurney. | 1134 | |
| Security Team exits Execution Room. | | 1134 / 1142 |
| Team Leader takes position in Infusion/Control Room. | 1142 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:
Inmate Arrives @ 1122

_____

_____

_____

_____

_____

_____

_____

Lethal Injection Team Administrator                              Date

# SCENARIO # __2__

Date: __8/14/09__

## RECORD LOGS ✓

## FINAL REPORTS __

## INVENTORY SHEETS __

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| DOE, J | J-99999 | 8/14/09 |

**Record Team Member Identification #:**

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | 12:10 | |
| 2. | ECG pads are placed on inmate's chest. | 12:12 | |
| 3. | ECG leads attached to monitor. | 12:17 | |
| 4. | Insert intravenous catheter - Left | 12:19 | |
| 5. | Left catheter patency confirmed. | 12:19.2 | |
| 6. | Insert intravenous catheter - Right | 12:21 | |
| 7. | Right catheter patency confirmed. | 12:22 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 12:23 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and Intravenous lines. | 12:23 | |
| 10. | Team advised which Intravenous catheter is to be used for execution.  (left or right) | 12:24 | |
| 11. | Saline drip in primary arm is stopped. | 12:24 | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. | 12:25.01 | |
|  | Team Member in Execution Room checks inmate for consciousness. | 12:26.01 | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 12:26.12 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 12:27.04 12:27.49 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 12:28.01 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 12:28.42 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 12:29.27 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 12:30.00 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 12:30.98 | |

Attachment 19

|  | Task | Time | Comments |
|---|---|---|---|
|  | If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered. |  |  |
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. |  |  |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. |  |  |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. |  |  |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. |  |  |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. |  |  |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. |  |  |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. |  |  |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. |  |  |
| 28. | Mark ECG graph paper when death is pronounced. | 12:30, 12 |  |
| 29. | Prepare final report. | 12:31 |  |

_____
Lethal Injection Team Administrator

8/14/08
Date

Attachment 16

# San Quentin State Prison
# Final Check List
# Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
|  |  |  |

**Record Keeping Team Member Identification #:**

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | **Tray B** | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |

|    | Task | Time | Comments |
|----|------|------|----------|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
|    | **Infusion** | | |
| 25. | Inject syringe #**A-1 Sodium Thiopental.** Conscious check. | 1225.01 | |
|    | Begin 10 minute count: | 1225.01 | |
| 26. | Inject syringe #A-2 Sodium Thiopental | 1226.12 | |
| 27. | Inject syringe #A-3 the Saline Flush. Conscious check. | 1227.04 | |
|    | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # **A-4 Pancuronium Bromide.** | 1228.01 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 1228.42 | |
| 30. | Inject syringe # **A-6 Potassium Chloride.** | 1229.27 | |
| 31. | Inject syringe #**A-7  Potassium Chloride** | 1230.08 | |
| 32. | Inject syringe # **A-8 Saline Flush.** | 1230.52 | |
| 33. | **Cardiac monitor (ECG) "flat line."** | 1230.12 | |
| 34. | **Physician pronounces death.** | 1230.12 | |
|    | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader.  Warden may authorize repeat of protocol with Tray B, backup catheter.** | 1224.26 | SWITCHED TO B 1224  |
| 35. | Inject syringe # **B-1 Sodium Thiopental.**   Conscious check | 1225.01 | TEN MIN COUNT. |
| 36. | Inject syringe # **B-2 Sodium Thiopental.** | 1226.12 | |
| 37. | Inject syringe # **B-3 Saline flush.** | | |
| 38. | Inject syringe # **B-4 Pancuronium Bromide.** | | |
| 39. | Inject syringe # **B-5 Saline flush.** | | |
| 40. | Inject syringe #.**B-6 Potassium Chloride.** | | |
| 41. | Inject syringe # **B-7 Potassium Chloride.** | | |
| 42. | Inject syringe # **B-8 Saline Flush.** | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

8/14/09

_____                    _____
Lethal Injection Team Administrator                    Date

Attachment 20

## San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| J. Doe | J 99999 | 7-14-09 |

Record Team Member Identification #: 13

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 1209 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 1211 | |
| Escorted inmate to Execution Room. | 1212 | |
| Inmate secured to gurney. | 1216 | |
| Security Team exits Execution Room. | | 1216/ 1223 |
| Team Leader takes position in Infusion/Control Room. | 1223 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____



_____          _____
Lethal Injection Team Administrator                 Date

Attachment 21

#2

## San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| DOE, J | J-99999 | 8/14/09 |

Record Team Member Identification #: ~~18~~ 14

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. | | |
| | Record Keeping Team activated; Execution Logs begin. | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area. <ul><li>Ask if the inmate wishes to write a last statement to be read after the execution.</li><li>Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician.</li></ul> | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 1223 | |
| 7. | Infusion of lethal chemicals is initiated. | 1224 | |
| 8. | Flat line noted on ECG. | 1230 | |
| 9. | Death pronounced. | 1231 | |
| | If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence. | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 1231 | |
| 14. | Curtains drawn on viewing windows. | 1232 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 1203 | |

_____                    _____
Lethal Injection Team Administrator                              Date

# SCENARIO # ____1____

Date: ___9 | 11 | 09___

RECORD LOGS ___/

FINAL REPORTS __

INVENTORY SHEETS _✓_

Attachment 16

# San Quentin State Prison
## Final Check List
### Lethal Injection Infusion Team

#27

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| S DOE | D99999 | 9-11-09 |

**Record Keeping Team Member Identification #:**

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | Tray A | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray A. | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | Tray B | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |

Attachment 16

| | Task | Time | Comments |
|---|---|---|---|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
| | Infusion ~LA 1138 05~ P 11384 /RA 1139 57 P 1140 07 | | |
| 25. | Inject syringe #**A-1 Sodium Thiopental.** Conscious check. | 1157 00 | cc 1152 03 |
| | X Begin 10 minute count: | 1151 00 | |
| 26. | Inject syringe #**A-2** Sodium Thiopental | 1152 17 | |
| 27. | Inject syringe #**A-3** the Saline Flush. Conscious check. | 1153 20 | cc 1154 05 |
| | Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A. | | |
| 28. | Inject syringe # **A-4** Pancuronium Bromide. | 1154 25 | |
| 29. | Inject syringe #**A-5** the Saline Flush. | 1155 20 | |
| 30. | Inject syringe # **A-6** Potassium Chloride. | 1156 14 | |
| 31. | Inject syringe # **A-7** Potassium Chloride | 1157 40 | |
| 32. | Inject syringe # **A-8** Saline Flush. | 1158 53 | c 1159 54 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 1156 32 | |
| 34. | **Physician pronounces death.** | | 12:00:00 |
| | If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, backup catheter. | | |
| 35. | Inject syringe # **B-1** Sodium Thiopental. | | |
| 36. | Inject syringe # **B-2** Sodium Thiopental. | | |
| 37. | Inject syringe # **B-3** Saline flush. | | |
| 38. | Inject syringe # **B-4** Pancuronium Bromide. | | |
| 39. | Inject syringe # **B-5** Saline flush. | | |
| 40. | Inject syringe # **B-6** Potassium Chloride. | | |
| 41. | Inject syringe # **B-7** Potassium Chloride. | | |
| 42. | Inject syringe # **B-8** Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

1143 10 resolve

1149 10 5x7

_____

Lethal Injection Team Administrator

9-11-09

Date



#27

Attachment 20

# San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| J. DOE | J9999 | 9-11-09 |

Record Team Member Identification #: 19

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 1127 | |
| **Preparation/Execution Room** | 1129 | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 1129 | |
| Escorted inmate to Execution Room. | 1132 | |
| Inmate secured to gurney. | 1133 | |
| Security Team exits Execution Room. | 1140 | |
| Team Leader takes position in Infusion/Control Room. | 1141 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

ATOMIC CLOCKS BATT LOW INFUSION SIDE CLOCK READ) 0915  VISITING SIDE CLOCK READ) 1547

Lethal Injection Team Administrator                          Date

Attachment 19

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| J. DOE | J99999 | 9-11-05 |

**Record Team Member Identification #:** 15

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | 1128 | |
| 2. | ECG pads are placed on inmate's chest. | 1131 | |
| 3. | ECG leads attached to monitor. | 1141 | |
| 4. | Insert intravenous catheter - Left | 113842 | |
| 5. | Left catheter patency confirmed. | 113842 | |
| 6. | Insert intravenous catheter - Right | 113957 | |
| 7. | Right catheter patency confirmed. | 114017 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 1142 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and intravenous lines. | 1142 | |
| 10. | Team advised which Intravenous catheter is to be used for execution. (left or right) | 1149/1150 | |
| 11. | Saline drip in primary arm is stopped. | 1149 | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | 1151.00 1152.03 | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 1152.17 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 1153.20 1154.05 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 1154.25 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 1155.20 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 1156.24 | FL 1156.32 |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 1157.40 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 1158.53 | 1159.54 |

Attachment 19

| | Task | Time | Comments |
|---|---|---|---|
| | If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered. | | |
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. | | |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. | | |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. | | |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. | | |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. | | |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. | | |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. | | |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. | | |
| 28. | Mark ECG graph paper when death is pronounced. | 1200 | |
| 29. | Prepare final report. | | |

Lethal Injection Team Administrator          Date

Attachment 21

**San Quentin State Prison**
**Execution Log**
**Lethal Injection Team Administrator/Team Leader**

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe | 99999 | 09 \| 11 \| 09 |

Record Team Member Identification #:  18

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:**  Assemble Team and make assignments. | 0900 | |
| | Record Keeping Team activated; Execution Logs begin. | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | 0815 | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | 0830 | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | 1130 | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | 1142 | |
| 6. | Team Leader takes position in Infusion Room. | 1142 | 1149 |
| 7. | Infusion of lethal chemicals is initiated. | 1151 | |
| 8. | Flat line noted on ECG. | 1156 | |
| 9. | Death pronounced. | 1200 | |
| | If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used.  All 8 syringes will be administered in the same sequence. | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | | |
| 14. | Curtains drawn on viewing windows. | | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | | |

TEAM MEMBER #3                                   09 \| 11 \| 09
_____          _____
Lethal Injection Team Administrator                  Date



Death Pronouncement

May I have your attention please

Warden Robert K. Wong. declares that inmate J. DOE J99999, having been pronounced dead at ( 1100 ) hours, by an attending physician was executed on this date, *(September 11, 2009)* , as prescribed by the laws of the State of California.

The witness room must now be cleared. Please follow the instructions given to you by staff.



## Death Order Announcement

May I have your attention please.....
The Honorable Steven Martin, Judge of the Superior Court in and
for the County of Marin, ordered that on September 11, 2009,
inmate J. DOE J99999, suffer the death penalty within the walls of
San Quentin State Prison for the crime of murder in the first degree
with special circumstances.


The execution shall now proceed.

# SCENARIO #_____

Date: 10/2/09

RECORD LOGS __

FINAL REPORTS __

INVENTORY SHEETS __

Attachment 16

#1

## San Quentin State Prison
## Execution Log
## Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|-------------|-------|-------------------|
| Doe, J | J-99999 | 10/2/09 |

Record Keeping Team Member Identification #: 13

05/2007

| | Task | Time | Comments |
|---|------|------|----------|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-8 Saline.** | | |
| | **Tray B** | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |

14

# # 13

| | Task | Time | Comments |
|---|---|---|---|
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; B-6 Potassium Chloride. | | |
| | **Task** | **Time** | **Comments** |
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; B-7 Potassium Chloride. | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue; B-8 Saline. | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
| | **Infusion** | | |
| 25. | Inject syringe #A-1 Sodium Thiopental. | 0608.52 | 0609.57 |
| | **Begin 10 minute count.** | | |
| 26. | Inject syringe #A-2 Sodium Thiopental | 0610.09 | |
| 27. | Inject syringe #A-3 the Saline Flush. | 0611.09 | 0611.58 |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A** | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 0612.07 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 0612.57 | |
| 30. | Inject syringe # A-6 Potassium Chloride. | 0613.47 | |
| 31. | Inject syringe # A-7 Potassium Chloride | 0614.36 | |
| 32. | Inject syringe # A-8 Saline Flush. | 0615.24 | (F 0616.01 |
| 33. | Cardiac monitor (ECG) "flat line." | 0614.48 | |
| 34. | Physician pronounces cessation of life. | 0616.2 | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, back up catheter.** | | |
| 35. | Inject syringe # B-1 Sodium Thiopental. | | |
| 36. | Inject syringe # B-2 Sodium Thiopental. | | |
| 37. | Inject syringe # B-3 Saline flush. | | |
| 38. | Inject syringe # B-4 Pancuronium Bromide. | | |
| 39. | Inject syringe # B-5 Saline flush. | | |
| 40. | Inject syringe # B-6 Potassium Chloride. | | |
| 41. | Inject syringe # B-7 Potassium Chloride. | | |
| 42. | Inject syringe # B-8 Saline Flush. | | |
| 43 | Cardiac monitor (ECG) "flat line." | | |
| 44. | Physician pronounces cessation of life. | | |
| 45. | Prepare final report of execution. | | |

10-2-09

_____        _____
Lethal Injection Team Administrator                    Date

#C

Attachment 19

#1

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| S. DOE | J-99996 | 10/2/09 |

**Record Team Member Identification #:** 20

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | 0557 | |
| 3. | ECG leads attached to monitor. | 0602 | |
| 4. | Insert intravenous catheter - Left | 060326 | |
| 5. | Left catheter patency confirmed. | 060355 | |
| 6. | Insert intravenous catheter - Right | 060443 | |
| 7. | Right catheter patency confirmed. | | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 060713 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and intravenous lines. | | |
| 10. | Team advised which Intravenous catheter is to be used for execution. (left or right) | 060506 | Right T |
| 11. | Saline drip in primary arm is stopped. | 060750 | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | 060852  CC-060957 | Ten Count Dans |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 061009 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 061109  CC-061158 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 061207 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 061257 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 061347 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 061436 | Flatline - 061498 |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 061524 | 061601 Completed |

Attachment 20

## San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

*10/2/09 0616*

05/2007

| Inmate Name: | CDCR# | Date of Execution |
|---|---|---|
| *John Doe* | *J-99999* | *10/2/09* |

Record Team Member Identification #: *16*

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | *0555 06* | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | *0558* | |
| Escorted inmate to Execution Room. | *0600* | |
| Inmate secured to gurney. | *0603* | |
| Security Team exits Execution Room. | *0607* | |
| Team Leader takes position in Infusion/Control Room. | *0608* | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____

*tt/16*                                          *10/2/09*
_____                          _____
Lethal Injection Team Administrator              Date

Attachment 21

#1

## San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, J | J-99999 | 10/2/09 |

**Record Team Member Identification #:** 14

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. | | |
| | ~~Record Keeping Team activated; Execution Logs begin.~~ | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 0607 | |
| 7. | Infusion of lethal chemicals is initiated. | 0608 | |
| 8. | Flat line noted on ECG. | 0614 | |
| 9. | Death pronounced. | 0616 | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 0616 | |
| 14. | Curtains drawn on viewing windows. | 0617 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 0618 | |

_____          _____
Lethal Injection Team Administrator          Date

Attachment 21

#2

## San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, J | J-99999 | 10/2/09 |

Record Team Member Identification #: 14

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. Record Keeping Team activated; Execution Logs begin. | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 0736 | |
| 7. | Infusion of lethal chemicals is initiated. | 0737 | |
| 8. | Flat line noted on ECG. | 0739 | |
| 9. | Death pronounced. | 0743 | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 0743 | |
| 14. | Curtains drawn on viewing windows. | 0744 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 0745 | |

_____
Lethal Injection Team Administrator

_____
Date

Attachment 20

#2

**San Quentin State Prison**
**Execution Log**
**Lethal Injection Security Team**

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| Doe J | J-99999 | 10/2/09 |

Record Team Member Identification #: 8

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 0722 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 0724 | |
| Escorted inmate to Execution Room. | 0724 | |
| Inmate secured to gurney. | 0726 | |
| Security Team exits Execution Room. | 0730/0735 | |
| Team Leader takes position in Infusion/Control Room. | 0736 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | 0745 | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____

_____

Lethal Injection Team Administrator                    Date

Attachment 16

# San Quentin State Prison
## Final Check List
## Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J99999 | 10/2/09 |

**Record Keeping Team Member Identification #:** 16

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | Tray B | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |

Attachment 16

| | Task | Time | Comments |
|---|---|---|---|
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked | | |
| | Infusion L/A 0730.25 (P) 0731.08 4/R 0733.39 (P) | 0734.50 | |
| 25. | Inject syringe #A-1 Sodium Thiopental. Conscious check. | 0737.11 | C ✓ 0737.59 |
| | Begin 10 minute count:  37 0737.11 | | |
| 26. | Inject syringe #A-2 Sodium Thiopental | 0738.12 | |
| 27. | Inject syringe #A-3 the Saline Flush. Conscious check. | 0739.06 | C ✓ 0739.40 |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 0739.55 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 0740.38 | |
| 30. | Inject syringe # A-6 Potassium Chloride. | 0741.20 | |
| 31. | Inject syringe # A-7  Potassium Chloride. | 0742.04 | |
| 32. | Inject syringe # A-8 Saline Flush. | 0742.48 | (F) 0743.20 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 0739.30 | |
| 34. | **Physician pronounces death.** | 0743.30 | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, backup catheter.** | | |
| 35. | Inject syringe # B-1 Sodium Thiopental. | | |
| 36. | Inject syringe # B-2 Sodium Thiopental. | | |
| 37. | Inject syringe # B-3 Saline flush. | | |
| 38. | Inject syringe # B-4 Pancuronium Bromide. | | |
| 39. | Inject syringe # B-5 Saline flush. | | |
| 40. | Inject syringe # B-6 Potassium Chloride. | | |
| 41. | Inject syringe # B-7 Potassium Chloride. | | |
| 42. | Inject syringe # B-8 Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

_____                         10/2/09
Lethal Injection Team Administrator                              Date

#16