Attachment 19

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

*#20*

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| J. Doe | J 99999 | 10/2/2009 |

**Record Team Member Identification #:**

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | | |
| 3. | ECG leads attached to monitor. | | |
| 4. | Insert intravenous catheter - Left | 0730 08 | |
| 5. | Left catheter patency confirmed. | 0732 ff | |
| 6. | Insert intravenous catheter - Right | 0734 | |
| 7. | Right catheter patency confirmed. | 0734 50 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and intravenous lines. | | |
| 10. | Team advised which Intravenous catheter is to be used for execution. (left or right) | | |
| 11. | Saline drip in primary arm is stopped. | | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | 0737 11<br><br>cc - 0737 50 | Ten min Count Down |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 0738 12 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 0739 06<br>cc - 0739 40 | Flatline - 0739 30 |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 0739 55 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 0740 38 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 0741 20 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 0742 04 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 0742 48 | PRONOUNCED - 0743 23 |

1423

# SCENARIO #___1___

Date: __11- 5 - 09__

RECORD LOGS __✓__

FINAL REPORTS __

INVENTORY SHEETS __✓__

Attachment 20

# San Quentin State Prison
# Execution Log
# Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| J. Doe | F. 99999 | 11 / 5 /09 |

Record Team Member Identification #:

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 0556 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 0557 | |
| Escorted inmate to Execution Room. | 0559 | |
| Inmate secured to gurney. | 0604 | |
| Security Team exits Execution Room. | 0605 | |
| Team Leader takes position in Infusion/Control Room. | 0609 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____

_____


Lethal Injection Team Administrator                                      Date

Attachment 19

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

05/2007

| Inmate Name | CDCR # | Date of Execution | |
|---|---|---|---|
| J DOE | J 99999 | 11-5-09 | #27 |

**Record Team Member Identification #:**

| | Task | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | 0557 | |
| 3. | ECG leads attached to monitor. | 0604 | |
| 4. | Insert intravenous catheter - Left | 0604 04 | |
| 5. | Left catheter patency confirmed. | 0608 15 | |
| 6. | Insert intravenous catheter - Right | 0605.50 | |
| 7. | Right catheter patency confirmed. | 0606 06 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 0607 | |
| (9.) | One Intravenous Team Member takes position next to inmate to monitor consciousness and Intravenous lines. | 0604 | |
| 10. | Team advised which Intravenous catheter is to be used for execution.  (left or right) | 0607 | |
| 11. | Saline drip in primary arm is stopped. | | |
| 12. | Syringe #**A-1** administered; mark ECG graph paper with #**A-1**.  Team Member in Execution Room checks inmate for consciousness. | 060933  cc 061025 | |
| 13. | Syringe #**A-2** administered; mark ECG graph paper with #**A-2**. | 061035 | |
| 14. | Syringe #**A-3** administered; mark ECG graph paper with #**A-3**. Team Member in Execution Room checks inmate for consciousness. | 0611 36  cc 061278 | |
| 15. | Syringe #**A-4** administered; mark ECG graph paper with #**A-4**. | 061240 | |
| 16. | Syringe #**A-5** administered; mark ECG graph paper with #**A-5**. | 061343 | |
| 17. | Syringe #**A-6** administered; mark ECG graph paper with #**A-6**. | 061457 | |
| 18. | Syringe #**A-7**, administered; mark ECG graph paper with #**A-7**. | 061655 | |
| 19. | Syringe #**A-8** administered; mark ECG graph paper with #**A-8**. | 061705  c 061827 | |

Attachment 19

| | Task | Time | Comments |
|---|---|---|---|
| | **If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered.** | | |
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. | | |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. | | |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. | | |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. | | |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. | | |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. | | |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. | | |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. | | |
| 28. | Mark ECG graph paper when death is pronounced. | | |
| 29. | Prepare final report. | | |

_____
Lethal Injection Team Administrator

11- 5-09
_____
Date

Attachment 21

# San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, J | J-99999 | 11/5/09 |

**Record Team Member Identification #:** 14

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. **Record Keeping Team activated; Execution Logs begin.** | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 0608 | |
| 7. | Infusion of lethal chemicals is initiated. | 0609 | |
| 8. | Flat line noted on ECG. | 0614 | |
| 9. | Death pronounced. | 0618 | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 0618 | |
| 14. | Curtains drawn on viewing windows. | 0619 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 0620 | |

_____          _____

Lethal Injection Team Administrator          Date

# Lethal Injection Administrator
# Final Checklist
# Lethal Injection Process

7/2008

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, J | J99999 | 11-5-09 |

| Task | | Task Completed |
|---|---|---|
| 1. | Inmate arrives in Lethal Injection Facility. | |
| 2. | Inmate served last meal. | |
| 3. | Last meal completed. | |
| 4. | Lethal Injection chemical(s) acquired from designated area. | |
| 5. | Lethal Injection chemical(s) secured in Lethal Injection Facility safe. Chain of Custody Form completed. | |
| 6. | Lethal Injection chemical(s) released to Infusion Team. Chain of Custody Form completed. | |
| 7. | Lethal Injection chemical(s) mixed and prepared in accordance to protocol. | |
| 8. | Inmate is met by Warden and Associate Warden, offered sedative. | |
| 9. | Inmate provided an opportunity to write a last statement. | |
| 10. | Sedative given (if requested and approved by physician). | |
| 11. | Inmate seen by Spiritual Advisor (if requested). | |
| 12. | Inmate placed in restraints and removed from the holding cell. | |
| 13. | ECG leads attached. | |
| 14. | Inmate moved to the Execution Room. | |
| 15. | Inmate secured to gurney in Execution Room | |
| 16. | Intravenous lines inserted. | |
| 17. | Saline drip started – IV patency established. | |
| 18. | Warden advised that inmate is prepared. | |
| 19. | Execution notice read to witnesses. | |
| 20. | Final check with Emergency Operation Center regarding possible stay of execution. | |
| 21. | Warden gives approval to begin Lethal Injection. | ✓ |
| 22. | Tray A (red) 1st Sodium Thiopental (A-1) injection completed mark ECG paper with A-1.   Consciousness   ✓ | ✓ |
| 23. | 2nd Sodium Thiopental (A-2) injection completed mark ECG paper with A-2. | ✓ |
| 24. | Saline flush (A-3) completed mark ECG paper with A-3. Check inmate for consciousness. | ✓ |
| 25. | Pancronium Bromine  (A-4) injection completed mark ECG paper with A-4. | ✓ |

| 26 | Saline Flush (**A-5**) injection completed mark ECG paper with A-5. | ✓ |
| 27 | 1st Potassium Chloride (**A-6**) injection completed mark ECG paper with A-6. | ✓ |
| 28 | 2nd Potassium Chloride (**A-7**) injection completed mark ECG paper with A-7. | ✓ |
| 29 | Saline Flush (**A-8**), mark ECG paper with A-8 | ✓ |
| 30 | Tray B (blue) Secondary infusion tray initiated under the following circumstances:<br><br>   **1. Initiated if a flat line is not noted on ECG 10 minutes after start of Sodium Thiopental injection.**<br><br>   **2. Inmate is conscious after administration of Syringes #1 and #2 and #3 from Tray A (red).**<br><br>   **3. The patency of the primary IV line is lost.  The backup/secondary IV line will be started with Tray B (blue).**<br><br>**THE PROTOCOL WILL NOT BE MODIFIED, ADJUSTED, OR DEVIATED DURING THIS SECONDARY INFUSION. TRAY B (BLUE) WILL BE TREATED IN THE SAME MANNER AS TRAY A (RED).** | |
| 31 | Tray B (blue)  1st Sodium Thiopental (**B-1**) injection completed mark ECG paper with B-1. | |
| 32 | 2nd Sodium Thiopental (**B-2**) injection completed mark ECG paper with B-. | |
| 33 | Saline Flush (**B-3**) injection completed mark ECG paper with B-3. | |
| 34 | Pancronium Bromine (**B-4**) injection completed mark ECG paper with B-4. | |
| 35 | Saline Flush (**B-5**) injection completed mark ECG paper with B-5. | |
| 36 | 1ST Potassium Chloride (**B-6**) injection completed mark ECG paper with B-6.. | |
| 37 | 2nd Potassium Chloride (**B-7**) injection completed mark ECG paper with B-7.. | |
| 38 | Saline Flush (**B-8**), mark ECG paper with B-8 | |
| 39 | Flat line noted on ECG. | |
| 40 | Cessation of life determined. | |
| 41 | Witnesses noticed that inmate has expired. | |
| 42 | Curtains drawn on viewing windows. | |
| 43 | Inmate's body removed and with dignity placed in postmortem body bag. | |

_____                    _____

Lethal Injection Administrator                    Date

Attachment 16

| | Task | Time | Comments |
|---|---|---|---|
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |
| | Task | Time | Comments |
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue; **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked (LA) 0604.48 (P) 0605.15 (LR) 0605.58 (P) 060620 | | |
| | **Infusion** | | |
| 25. | Inject syringe #A-1 Sodium Thiopental. | 0609.35 | CV 0610.25 |
| | **Begin 10 minute count.** | | |
| 26. | Inject syringe #A-2 Sodium Thiopental | 0610.35 | |
| 27. | Inject syringe #A-3 the Saline Flush. | 0611.36 | CV 0612.28 |
| | Inmate conscious discontinue Tray A and start Tray B in back-up Intravenous catheter. Inmate unconscious continue with Tray A. | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 0612.48 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 0613.43 | |
| 30. | Inject syringe #A-6 Potassium Chloride. | 0614.57 | |
| 31. | Inject syringe #A-7 Potassium Chloride | 0615.55 | |
| 32. | Inject syringe # A-8 Saline Flush. | 0617.09 | (P) 0618.27 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 0614.05 | |
| 34. | **Physician pronounces cessation of life.** | 0618.30 | |
| | If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, backup catheter. | | |
| 35. | Inject syringe # B-1 Sodium Thiopental. | | |
| 36. | Inject syringe # B-2 Sodium Thiopental. | | |
| 37. | Inject syringe # B-3 Saline flush. | | |
| 38. | Inject syringe # B-4 Pancuronium Bromide. | | |
| 39. | Inject syringe # B-5 Saline flush. | | |
| 40. | Inject syringe # B-6 Potassium Chloride. | | |
| 41. | Inject syringe # B-7 Potassium Chloride. | | |
| 42. | Inject syringe # B-8 Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

11/5/09

_____    Date
Lethal Injection Team Administrator

# SCENARIO #___2___

Date: 11-5-09

RECORD LOGS ✓

FINAL REPORTS __

INVENTORY SHEETS __

**Lethal Injection Administrator**
**Final Checklist**
**Lethal Injection Process**

7/2008

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| DOE, J | J-99999 | 4 / 5 / 07 |

| Task | | Task Completed |
|---|---|---|
| 1. | Inmate arrives in Lethal Injection Facility. | |
| 2. | Inmate served last meal. | |
| 3. | Last meal completed. | |
| 4. | Lethal Injection chemical(s) acquired from designated area. | |
| 5. | Lethal Injection chemical(s) secured in Lethal Injection Facility safe.  Chain of Custody Form completed. | |
| 6. | Lethal Injection chemical(s) released to Infusion Team.  Chain of Custody Form completed. | |
| 7. | Lethal Injection chemical(s) mixed and prepared in accordance to protocol. | |
| 8. | Inmate is met by Warden and Associate Warden, offered sedative. | |
| 9. | Inmate provided an opportunity to write a last statement. | |
| 10. | Sedative given (if requested and approved by physician). | |
| 11. | Inmate seen by Spiritual Advisor (if requested). | |
| 12. | Inmate placed in restraints and removed from the holding cell. | |
| 13. | ECG leads attached. | ✓ |
| 14. | Inmate moved to the Execution Room. | ✓ |
| 15. | Inmate secured to gurney in Execution Room. | ✓ |
| 16. | Intravenous lines inserted. | ✓ |
| 17. | Saline drip started – IV patency established. | ✓ |
| 18. | Warden advised that inmate is prepared. | ✓ |
| 19. | Execution notice read to witnesses. | ✓ |
| 20. | Final check with Emergency Operation Center regarding possible stay of execution. | ✓ |
| 21. | Warden gives approval to begin Lethal Injection. | ✓ |
| 22. | Tray A (red) 1st Sodium Thiopental (A-1) injection completed mark ECG paper with A-1.  *conciouss* ✓ | ✓ |
| 23. | 2nd Sodium Thiopental (A-2) injection completed mark ECG paper with A-2. | ✓ |
| 24. | Saline flush (A-3) completed mark ECG paper with A-3. Check inmate for consciousness. | ✓ |
| 25. | Pancronium Bromine  (A-4) injection completed mark ECG paper with A-4. | ✓ |

| 26 | Saline Flush (A-5) injection completed mark ECG paper with A-5. | ✓ |
|---|---|---|
| 27 | 1st Potassium Chloride (A-6) injection completed mark ECG paper with A-6. | ✓ |
| 28 | 2nd Potassium Chloride (A-7) injection completed mark ECG paper with A-7. | ✓ |
| 29 | Saline Flush (A-8), mark ECG paper with A-8 | ✓ |
| 30 | Tray B (blue) Secondary infusion tray initiated under the following circumstances:<br><br>**1. Initiated if a flat line is not noted on ECG 10 minutes after start of Sodium Thiopental injection.**<br><br>**2. Inmate is conscious after administration of Syringes #1 and #2 and #3 from Tray A (red).**<br><br>**3. The patency of the primary IV line is lost. The backup/secondary IV line will be started with Tray B (blue).**<br><br>**THE PROTOCOL WILL NOT BE MODIFIED, ADJUSTED, OR DEVIATED DURING THIS SECONDARY INFUSION. TRAY B (BLUE) WILL BE TREATED IN THE SAME MANNER AS TRAY A (RED).** | |
| 31 | Tray B (blue)  1st Sodium Thiopental (B-1) injection completed mark ECG paper with B-1. | |
| 32 | 2nd Sodium Thiopental (B-2) injection completed mark ECG paper with B-. | |
| 33 | Saline Flush (B-3) injection completed mark ECG paper with B-3. | |
| 34 | Pancronium Bromine (B-4) injection completed mark ECG paper with B-4. | |
| 35 | Saline Flush (B-5) injection completed mark ECG paper with B-5. | |
| 36 | 1ST Potassium Chloride (B-6) injection completed mark ECG paper with B-6.. | |
| 37 | 2nd Potassium Chloride (B-7) injection completed mark ECG paper with B-7.. | |
| 38 | Saline Flush (B-8), mark ECG paper with B-8 | |
| 39 | Flat line noted on ECG. | ✓ |
| 40 | Cessation of life determined. | ✓ |
| 41 | Witnesses noticed that inmate has expired. | ✓ |
| 42 | Curtains drawn on viewing windows. | ✓ |
| 43 | Inmate's body removed and with dignity placed in postmortem body bag. | |

Lethal Injection Administrator                    Date

# San Quentin State Prison
## Execution Log
### Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J99999 | 11-5-09 |

Record Keeping Team Member Identification #:

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray A. | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; A-1 Sodium Thiopental. | | |
| 5. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; A-2 Sodium Thiopental. | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; A-3 Saline. | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; A-4 Pancuronium Bromide. | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; A-5 Saline. | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; A-6 Potassium Chloride. | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; A-7 Potassium Chloride. | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red; A-8 Saline. | | |
| | **Tray B** | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray B. | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; B-1 Sodium Thiopental. | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; B-2 Sodium Thiopental. | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; B-3 Saline. | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; B-4 Pancuronium Bromide. | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; B-5 Saline. | | |

14

| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; B-6 Potassium Chloride. | | |
|---|---|---|---|
| | **Task** | **Time** | **Comments** |
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; B-7 Potassium Chloride. | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue; B-8 Saline. | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked (LA) 0729.00  (B) 0729.20 | (RA) 0730.06  (P) 0731.1 0 | |
| | **Infusion** | | |
| 25. | Inject syringe #A-1 Sodium Thiopental. | 0734.57 | CV 0735.13 |
| | **Begin 10 minute count** | | |
| 26. | Inject syringe #A-2 Sodium Thiopental. | 0735.24 0734.57 | |
| 27. | Inject syringe #A-3 the Saline Flush. | 0736.38 | CV 0737.39 |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 0737.47 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 0738.45 | |
| 30. | Inject syringe #A-6 Potassium Chloride. | 0739.50 | |
| 31. | Inject syringe #A-7 Potassium Chloride | 0741.00 | |
| 32. | Inject syringe # A-8 Saline Flush. | 0741.56 | (E) 0742.50 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 0742.15 | |
| 34. | **Physician pronounces cessation of life.** | 0743 | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B backup catheter.** | | |
| 35. | Inject syringe # B-1 Sodium Thiopental. | | |
| 36. | Inject syringe # B-2 Sodium Thiopental. | | |
| 37. | Inject syringe # B-3 Saline flush. | | |
| 38. | Inject syringe # B-4 Pancuronium Bromide. | | |
| 39. | Inject syringe # B-5 Saline flush. | | |
| 40. | Inject syringe # B-6 Potassium Chloride. | | |
| 41. | Inject syringe # B-7 Potassium Chloride. | | |
| 42. | Inject syringe # B-8 Saline Flush. | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | Physician pronounces cessation of life. | | |
| 45. | Prepare final report of execution. | | |

11/5/09

Lethal Injection Team Administrator                                          Date

Attachment 21

# San Quentin State Prison
## Execution Log
### Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe J | J-99999 | 11/5/09 |

Record Team Member Identification #: 14

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. | | |
| | **Record Keeping Team activated; Execution Logs begin.** | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 0732 | |
| 7. | Infusion of lethal chemicals is initiated. | 0733 | |
| 8. | Flat line noted on ECG. | 0742 | |
| 9. | Death pronounced. | 0743 | |
| | **If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence.** | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 0743 | |
| 14. | Curtains drawn on viewing windows. | 0744 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 0746 | |

_____          _____
Lethal Injection Team Administrator                Date

Attachment 19

# San Quentin State Prison
# Execution Log
# Lethal Injection Intravenous Team

| Inmate Name | CDCR # | Date of Execution | |
|---|---|---|---|
| J DOE | J99999 | 11-5-2009 | #27 |

**Record Team Member Identification #:**

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | | |
| 3. | ECG leads attached to monitor. | 0720 | |
| 4. | Insert intravenous catheter - Left | 072900 | |
| 5. | Left catheter patency confirmed. | 072920 | |
| 6. | Insert intravenous catheter - Right | 02300C9 | |
| 7. | Right catheter patency confirmed. | 073110 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 0732 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and intravenous lines. | 0732 | |
| 10. | Team advised which Intravenous catheter is to be used for execution. (left or right) | 0732 | |
| 11. | Saline drip in primary arm is stopped. | | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | 073359 cc073513 | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 073524 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 073638 cc073734 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 073747 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 073845 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 073957 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 074100 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 074152 e 074250 | |

Attachment 19

| | Task | Time | Comments |
|---|---|---|---|
| | **If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered.** | | |
| 20. | Syringe #**B-1**, mark ECG graph paper with #**B-1**. | | |
| 21. | Syringe #**B-2**, mark ECG graph paper with #**B-2**. | | |
| 22. | Syringe #**B-3**, mark ECG graph paper with #**B-3**. | | |
| 23. | Syringe #**B-4**, mark ECG graph paper with #**B-4**. | | |
| 24. | Syringe #**B-5**, mark ECG graph paper with #**B-5**. | | |
| 25. | Syringe #**B-6**, mark ECG graph paper with #**B-6**. | | |
| 26. | Syringe #**B-7**, mark ECG graph paper with #**B-7**. | | |
| 27. | Syringe #**B-8**, mark ECG graph paper with #**B-8**. | | |
| 28. | Mark ECG graph paper when death is pronounced. | | |
| 29. | Prepare final report. | | |

_____

Lethal Injection Team Administrator

11-5-09

Date

#27

Attachment 20

# San Quentin State Prison
# Execution Log
# Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| J. Doe | A-00000  J 99999 | 11 - 5 - 09 |

Record Team Member Identification #:   19

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed  from the holding cell. | 0721 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 0723 | |
| Escorted inmate to Execution Room. | 0723 | |
| Inmate secured to gurney. | 0726 | |
| Security Team exits Execution Room. | 0727 | |
| Team Leader takes position in Infusion/Control Room. | 0733 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Lethal Injection Team Administrator                          Date

# SCENARIO #___3___

Date: 11-5-09

RECORD LOGS ✓

FINAL REPORTS __

INVENTORY SHEETS __

Attachment 20

# San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | | Date of Execution |
|---|---|---|---|
| J. Doe | A-00000 | | 11 - 5 - 09 |

Record Team Member Identification #: ___ 2

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed  from the holding cell. | 1856 | INMATE REFUSED TO BE PLACED IN RESTRAINTS. INMATE FORCED INTO RESTRAINT |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 1856 | |
| Escorted inmate to Execution Room. | 1859 | |
| Inmate secured to gurney. | 1907 | |
| Security Team exits Execution Room. | 1908 | |
| Team Leader takes position in Infusion/Control Room. | 1913 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____

_____


_____

Lethal Injection Team Administrator                    Date

| | Task | Time | Comments |
|---|---|---|---|
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue: **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked (LA) 1207.42 (P) 1208.53 | (RA) 1209.40 | (P) 121040 |
| | Infusion | | |
| 25. | Inject syringe #A-1 **Sodium Thiopental.** | 121627 | CV 1217.25 |
| | Begin 10 minute count | | |
| 26. | Inject syringe #A-2 **Sodium Thiopental** | 1217.40 | |
| 27. | Inject syringe #A-3 the Saline Flush. | 1218.39 | CV 1219.19 |
| | Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A. | | |
| 28. | Inject syringe # A-4 **Pancuronium Bromide.** | 1219.38 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 1220.24 | |
| 30. | Inject syringe # A-6 **Potassium Chloride.** | 1221.12 | |
| 31. | Inject syringe # A-7 **Potassium Chloride** | 1222.04 | |
| 32. | Inject syringe # A-8 **Saline Flush.** | 1222.55 | (E) 1223.38 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 122230 | |
| 34. | **Physician pronounces cessation of life.** | 1223.50 | |
| | If all 3 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B backup catheter. | | |
| 35. | Inject syringe # B-1 **Sodium Thiopental.** | | |
| 36. | Inject syringe # B-2 **Sodium Thiopental.** | | |
| 37. | Inject syringe # B-3 **Saline flush.** | | |
| 38. | Inject syringe # B-4 **Pancuronium Bromide.** | | |
| 39. | Inject syringe # B-5 **Saline flush.** | | |
| 40. | Inject syringe # B-6 **Potassium Chloride.** | | |
| 41. | Inject syringe # B-7 **Potassium Chloride.** | | |
| 42. | Inject syringe # B-8 **Saline Flush.** | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

_____                11/5/09
Lethal Injection Team Administrator                  Date

Attachment 19

# San Quentin State Prison
## Execution Log
## Lethal Injection Intravenous Team

~~05/2007~~

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| J DOE | J99999 | 11-5-09 |

**Record Team Member Identification #:**  #27

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | 1200 | |
| 3. | ECG leads attached to monitor. | ~~1207~~ | |
| 4. | Insert intravenous catheter - Left | 1207 | |
| 5. | Left catheter patency confirmed. | 120853 | |
| 6. | Insert intravenous catheter - Right | 121040 | |
| 7. | Right catheter patency confirmed. | | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and Intravenous lines. | | |
| 10. | Team advised which Intravenous catheter is to be used for execution.  (left or right) | 12 14 | |
| 11. | Saline drip in primary arm is stopped. | 12 14 | DETERMIN right side primar |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | | |

Attachment 19

| | Task | Time | Comments |
|---|---|---|---|
| | If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered. | 1214 | determined ℗ arm would be primary |
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. | 121627 cc 121725 | |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. | 121740 | |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. | 1218 35 cc 121919 | |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. | 121938 | |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. | 122024 | |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. | 122112 | |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. | 122204 | |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. | 122255 cc 122338 | |
| 28. | Mark ECG graph paper when death is pronounced. | 12 2230 12 2350 | flat line DR says |
| 29. | Prepare final report. | | |

11-5-09

_____                    _____
Lethal Injection Team Administrator                          Date

San Quentin State Prison
Execution Log
Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J-99999 | 11/5/09 |

Record Keeping Team Member Identification #:
2/6

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray A. | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; A-1 Sodium Thiopental. | | |
| 5. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; A-2 Sodium Thiopental. | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; A-3 Saline. | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; A-4 Pancuronium Bromide. | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; A-5 Saline. | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; A-6 Potassium Chloride. | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; A-7 Potassium Chloride. | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red; A-8 Saline. | | |
| | **Tray B** | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray B. | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; B-1 Sodium Thiopental. | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; B-2 Sodium Thiopental. | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; B-3 Saline. | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; B-4 Pancuronium Bromide. | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; B-5 Saline. | | |

14

# Lethal Injection Administrator
# Final Checklist
# Lethal Injection Process

7/2008

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| DOE, J | J99999 | 11-5-09 |

| | Task | Task Completed |
|---|---|---|
| 1. | Inmate arrives in Lethal Injection Facility. | |
| 2. | Inmate served last meal. | |
| 3. | Last meal completed. | |
| 4. | Lethal Injection chemical(s) acquired from designated area. | |
| 5. | Lethal Injection chemical(s) secured in Lethal Injection Facility safe.  Chain of Custody Form completed. | |
| 6. | Lethal Injection chemical(s) released to Infusion Team.  Chain of Custody Form completed. | |
| 7. | Lethal Injection chemical(s) mixed and prepared in accordance to protocol. | |
| 8. | Inmate is met by Warden and Associate Warden, offered sedative. | |
| 9. | Inmate provided an opportunity to write a last statement. | |
| 10. | Sedative given (if requested and approved by physician). | |
| 11. | Inmate seen by Spiritual Advisor (if requested). | |
| 12. | Inmate placed in restraints and removed from the holding cell. | ✓ |
| 13. | ECG leads attached. | ✓ |
| 14. | Inmate moved to the Execution Room. | ✓ |
| 15. | Inmate secured to gurney in Execution Room | ✓ |
| 16. | Intravenous lines inserted. | ✓ |
| 17. | Saline drip started – IV patency established. | ✓ |
| 18. | Warden advised that inmate is prepared. | ✓ |
| 19. | Execution notice read to witnesses. | ✓ |
| 20. | Final check with Emergency Operation Center regarding possible stay of execution. | ✓ |
| 21. | Warden gives approval to begin Lethal Injection. | ✓ |
| 22. | Tray A (red) 1ˢᵗ Sodium Thiopental (A-1) injection completed mark ECG paper with A-1.          B-1 | ✓ |
| 23. | 2ⁿᵈ Sodium Thiopental (A-2) injection completed mark ECG paper with A-2.          B-2 | ✓ |
| 24. | Saline flush (A-3) completed mark ECG paper with A-3. Check inmate for consciousness.  B-3 | ✓ |
| 25. | Pancronium Bromine  (A-4) injection completed mark ECG paper with A-4.          B-4 | ✓ |

| 26 | Saline Flush (A-5) injection completed mark ECG paper with ~~A-5.~~ B-5 | ✓ |
| 27 | 1st Potassium Chloride ~~(A-6)~~ injection completed mark ECG paper with A-6.    B-6 | ✓ |
| 28 | 2nd Potassium Chloride ~~(A-7)~~ injection completed mark ECG paper with A-7.    B-7 | ✓ |
| 29 | Saline Flush (A-8), mark ECG paper with ~~A-8~~ B-8 | ✓ |
| 30 | Tray B (blue) Secondary infusion tray initiated under the following circumstances:<br><br>**1. Initiated if a flat line is not noted on ECG 10 minutes after start of Sodium Thiopental injection.**<br><br>**2. Inmate is conscious after administration of Syringes #1 and #2 and #3 from Tray A (red).**<br><br>**3. The patency of the primary IV line is lost. The backup/secondary IV line will be started with Tray B (blue).**<br><br>**THE PROTOCOL WILL NOT BE MODIFIED, ADJUSTED, OR DEVIATED DURING THIS SECONDARY INFUSION. TRAY B (BLUE) WILL BE TREATED IN THE SAME MANNER AS TRAY A (RED).** | |
| 31 | Tray B (blue)  1st Sodium Thiopental (B-1) injection completed mark ECG paper with B-1. | |
| 32 | 2nd Sodium Thiopental (B-2) injection completed mark ECG paper with B-. | |
| 33 | Saline Flush (B-3) injection completed mark ECG paper with B-3. | |
| 34 | Pancronium Bromine (B-4) injection completed mark ECG paper with B-4. | |
| 35 | Saline Flush (B-5) injection completed mark ECG paper with B-5. | |
| 36 | 1ST Potassium Chloride (B-6) injection completed mark ECG paper with B-6.. | |
| 37 | 2nd Potassium Chloride (B-7) injection completed mark ECG paper with B-7.. | |
| 38 | Saline Flush (B-8), mark ECG paper with B-8 | |
| 39 | Flat line noted on ECG. | ✓ |
| 40 | Cessation of life determined. | |
| 41 | Witnesses noticed that inmate has expired. | |
| 42 | Curtains drawn on viewing windows. | |
| 43 | Inmate's body removed and with dignity placed in postmortem body bag. | |

Lethal Injection Administrator                                   Date

## Death Order Announcement

May I have your attention please.....
The Honorable Steven Martin, Judge of the Superior Court in and
for the County of Marin, ordered that on November 5, 2009,
inmate J. DOE J99999, suffer the death penalty within the walls of
San Quentin State Prison for the crime of murder in the first degree
with special circumstances.


The execution shall now proceed.

Death Pronouncement

May I have your attention please

Warden Robert K. Wong. declares that inmate J. DOE J99999, having been pronounced dead at ( 12.28.59 ) hours, by an attending physician was executed on this date, *(November 5, 2009)* , as prescribed by the laws of the State of California.

The witness room must now be cleared. Please follow the instructions given to you by staff.

# SCENARIO # ~~##~~

Date: ~~####~~ 11/6/09

RECORD LOGS __

FINAL REPORTS __

INVENTORY SHEETS __

### San Quentin State Prison
### Execution Log
### Lethal Injection Infusion Team

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J 99999 | 11/6/09 |

Record Keeping Team Member Identification #: *16*

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray A. | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | **Tray B** | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for Tray B. | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |

14

| | Task | Time | Comments |
|---|---|---|---|
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |
| | **Task** | **Time** | **Comments** |
| 21. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-7 Potassium Chloride.** | | |
| 22. | Draw 50cc of normal saline into a 60cc syringe and labeled in blue; **B-8 Saline.** | | |
| 23. | Infusion Team Members cross check Tray A and Tray B. | | |
| 24. | Intravenous lines checked      (A) 0557.20    (P) 0557.57 | (R/n) 0553.01 | (P) 0853.40 |
| | **Infusion** | | |
| 25. | Inject syringe #A-1 **Sodium Thiopental.** | 0556.20 | cv 0557.20 |
| | **Begin 10 minute count** | | |
| 26. | Inject syringe #A-2 Sodium Thiopental. | 0557.30 | |
| 27. | Inject syringe #A-3 the Saline Flush. | 0558.35 | cv 0559.25 |
| | **Inmate conscious discontinue Tray A and start Tray B in back-up intravenous catheter. Inmate unconscious continue with Tray A.** | | |
| 28. | Inject syringe # A-4 Pancuronium Bromide. | 0559.48 | |
| 29. | Inject syringe #A-5 the Saline Flush. | 0600.30 | |
| 30. | Inject syringe # A-6 Potassium Chloride. | 0601.20 | |
| 31. | Inject syringe # A-7  Potassium Chloride | 0602.10 | |
| 32. | Inject syringe # A-8 Saline Flush. | 0603.04 | (E) 0604.02 |
| 33. | **Cardiac monitor (ECG) "flat line."** | 0602.20 | |
| 34. | **Physician pronounces cessation of life.** | 0604.14 | |
| | **If all 8 syringes from Tray A have been infused, 10 minutes has elapsed and death has not been determined, notify Associate Warden and Team Leader. Warden may authorize repeat of protocol with Tray B, back-up catheter.** | | |
| 35. | Inject syringe # **B-1 Sodium Thiopental.** | | |
| 36. | Inject syringe # **B-2 Sodium Thiopental.** | | |
| 37. | Inject syringe # **B-3 Saline flush.** | | |
| 38. | Inject syringe # **B-4 Pancuronium Bromide.** | | |
| 39. | Inject syringe # **B-5 Saline flush.** | | |
| 40. | Inject syringe # **B-6 Potassium Chloride.** | | |
| 41. | Inject syringe # **B-7 Potassium Chloride.** | | |
| 42. | Inject syringe # **B-8 Saline Flush.** | | |
| 43 | **Cardiac monitor (ECG) "flat line."** | | |
| 44. | **Physician pronounces cessation of life.** | | |
| 45. | Prepare final report of execution. | | |

_____
Lethal Injection Team Administrator

11/6/09   Date

Attachment 19

# San Quentin State Prison
## Execution Log
## Lethal Injection Intravenous Team

| Inmate Name | CDCR # | Date of Execution | |
|---|---|---|---|
| J DOE | 399999 | NOV 6, 2009 | #27 |

**Record Team Member Identification #:**

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | 0543 | |
| 3. | ECG leads attached to monitor. | 0550 | |
| 4. | Insert intravenous catheter - Left | 0551 20 | |
| 5. | Left catheter patency confirmed. | 0551 57 | |
| 6. | Insert intravenous catheter - Right | 055340 | 055301 |
| 7. | Right catheter patency confirmed. | 055340 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 0555 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and Intravenous lines. | 0555 | |
| 10. | Team advised which Intravenous catheter is to be used for execution. (left or right) | 0555 | |
| 11. | Saline drip in primary arm is stopped. | | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness. | 055621 cc 055720 | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 055730 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness. | 055828 cc 055925 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 055948 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 060030 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 060120 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 060210 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8. | 060304 C 0cc 0402 | |
| | **Task** | **Time** | **Comments** |

| | | | |
|---|---|---|---|
| | If chemicals on Tray B are used for repeat of Protocol - backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered. | | |
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. | | |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. | | |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. | | |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. | | |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. | | |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. | | |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. | | |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. | | |
| 28. | Mark ECG graph paper when death is pronounced. | | |
| 29. | Prepare final report. | | |

_____          _____

Lethal Injection Team Administrator                    Date

**Lethal Injection Administrator**
**Final Checklist**
**Lethal Injection Process**

7/2008

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, | J99999 | 11 / 6 / 09 |

# 11

| Task | | Task Completed |
|---|---|---|
| 1. | Inmate arrives in Lethal Injection Facility. | |
| 2. | Inmate served last meal. | |
| 3. | Last meal completed. | |
| 4. | Lethal Injection chemical(s) acquired from designated area. | |
| 5. | Lethal Injection chemical(s) secured in Lethal Injection Facility safe. Chain of Custody Form completed. | |
| 6. | Lethal Injection chemical(s) released to Infusion Team. Chain of Custody Form completed. | |
| 7. | Lethal Injection chemical(s) mixed and prepared in accordance to protocol. | |
| 8. | Inmate is met by Warden and Associate Warden, offered sedative. | |
| 9. | Inmate provided an opportunity to write a last statement. | |
| 10. | Sedative given (if requested and approved by physician). | |
| 11. | Inmate seen by Spiritual Advisor (if requested). | |
| 12. | Inmate placed in restraints and removed from the holding cell. | ✓ |
| 13. | ECG leads attached. | ✓ |
| 14. | Inmate moved to the Execution Room. | ✓ |
| 15. | Inmate secured to gurney in Execution Room | ✓ |
| 16. | Intravenous lines inserted. | ✓ |
| 17. | Saline drip started – IV patency established. | ✓ |
| 18. | Warden advised that inmate is prepared. | ✓ |
| 19. | Execution notice read to witnesses. | ✓ |
| 20. | Final check with Emergency Operation Center regarding possible stay of execution. | ✓ |
| 21. | Warden gives approval to begin Lethal Injection. | ✓ |
| 22. | Tray A (red) 1st Sodium Thiopental (**A-1**) injection completed mark ECG paper with A-1. | ✓ |
| 23. | 2nd Sodium Thiopental (**A-2**) injection completed mark ECG paper with A-2. | ✓ |
| 24. | Saline flush (**A-3**) completed mark ECG paper with A-3. Check inmate for consciousness. | ✓ |
| 25. | Pancronium Bromine (**A-4**) injection completed mark ECG paper with A-4. | ✓ |

| 26 | Saline Flush (**A-5**) injection completed mark ECG paper with A-5. | ✓ |
| 27 | 1st Potassium Chloride (**A-6**) injection completed mark ECG paper with A-6. | ✓ |
| 28 | 2nd Potassium Chloride (**A-7**) injection completed mark ECG paper with A-7. | ✓ |
| 29 | Saline Flush (**A-8**), mark ECG paper with A-8 | ✓ |
| 30 | Tray B (blue) Secondary infusion tray initiated under the following circumstances:<br><br>**1. Initiated if a flat line is not noted on ECG 10 minutes after start of Sodium Thiopental injection.**<br><br>**2. Inmate is conscious after administration of Syringes #1 and #2 and #3 from Tray A (red).**<br><br>**3. The patency of the primary IV line is lost. The backup/secondary IV line will be started with Tray B (blue).**<br><br>**THE PROTOCOL WILL NOT BE MODIFIED, ADJUSTED, OR DEVIATED DURING THIS SECONDARY INFUSION. TRAY B (BLUE) WILL BE TREATED IN THE SAME MANNER AS TRAY A (RED).** | |
| 31 | Tray B (blue)  1st Sodium Thiopental (**B-1**) injection completed mark ECG paper with B-1. | |
| 32 | 2nd Sodium Thiopental (**B-2**) injection completed mark ECG paper with B-. | |
| 33 | Saline Flush (**B-3**) injection completed mark ECG paper with B-3. | |
| 34 | Pancronium Bromine (**B-4**) injection completed mark ECG paper with B-4. | |
| 35 | Saline Flush (**B-5**) injection completed mark ECG paper with B-5. | |
| 36 | 1ST Potassium Chloride (**B-6**) injection completed mark ECG paper with B-6.. | |
| 37 | 2nd Potassium Chloride (**B-7**) injection completed mark ECG paper with B-7.. | |
| 38 | Saline Flush (**B-8**), mark ECG paper with B-8 | |
| 39 | Flat line noted on ECG. | ✓ |
| 40 | Cessation of life determined. | ✓ |
| 41 | Witnesses noticed that inmate has expired. | ✓ |
| 42 | Curtains drawn on viewing windows. | ✓ |
| 43 | Inmate's body removed and with dignity placed in postmortem body bag. | ✓ |

Lethal Injection Administrator _____          Date _____

Attachment 20

# San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

TEAM MEMBER (19) 05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| J. DOE | A-00000 | 11-6-09 |

Record Team Member Identification #: 19

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 0544 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 0545 | |
| Escorted inmate to Execution Room. | 0545 | |
| Inmate secured to gurney. | 0549 | |
| Security Team exits Execution Room. | 0550 | |
| Team Leader takes position in Infusion/Control Room. | 0553 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

_____

_____

_____

_____

_____

_____

_____

Lethal Injection Team Administrator                    Date

# SCENARIO # 2

Date: 12/10/09

RECORD LOGS ✔

FINAL REPORTS __

INVENTORY SHEETS __

Attachment 20

# San Quentin State Prison
## Execution Log
## Lethal Injection Security Team

05/2007

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| John Doe | J99999 | 12/10/09 |

Record Team Member Identification #:  5

| TASKS | Time | Comments |
|---|---|---|
| Inmate searched placed in restraints (handcuffs, Martin chain, and leg irons) and removed from the holding cell. | 0820 | |
| **Preparation/Execution Room** | | |
| Inmate staged in Preparation Room to allow Intravenous Team to attach ECG leads. | 0825 | |
| Escorted inmate to Execution Room. | 0826 | |
| Inmate secured to gurney. | 0829 | |
| Security Team exits Execution Room. | 0831 | |
| Team Leader takes position in Infusion/Control Room. | 0835 | |
| **Post Execution** | | |
| Security Team re-entered Execution Room after the Lethal Injection process has been completed and all witnesses have been escorted out of the Lethal Injection Facility. | 0845 | |
| Post mortem identification and photographs completed. | | |
| Inmate's remains prepared for release to Coroner/Mortuary. | | |
| Released inmate's remains to the Coroner/Mortuary. | | |
| Completed all reports relative to Lethal Injection process. | | |
| Clean Lethal Injection Facility. | | |

Notes:

0815  Inmate arrived.,

_____

Lethal Injection Team Administrator

Date

## San Quentin State Prison
## Execution Log
### Lethal Injection Intravenous Team

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| J. DOE | J99999 | ~~NOV 6, 2009~~   12-9-2009 |

**Record Team Member Identification #:** 27

| Task | | Time | Comments |
|---|---|---|---|
| 1. | IV tubing and needles given final check. | | |
| 2. | ECG pads are placed on inmate's chest. | 0824 | |
| 3. | ECG leads attached to monitor. | 0829 | |
| 4. | Insert intravenous catheter - Left | 08 30 06 | |
| 5. | Left catheter patency confirmed. | 08 30 33 | |
| 6. | Insert intravenous catheter - Right | 08 31 30 | |
| 7. | Right catheter patency confirmed. | 0832 25 | |
| 8. | One Intravenous Team Member exits Execution Room and goes to Infusion Room to record infusion of chemicals on ECG graph paper. | 0833 | |
| 9. | One Intravenous Team Member takes position next to inmate to monitor consciousness and intravenous lines. | 0833 | |
| 10. | Team advised which Intravenous catheter is to be used for execution.  (left or right) | 0834 | |
| 11. | Saline drip in primary arm is stopped. | | |
| 12. | Syringe #A-1 administered; mark ECG graph paper with #A-1. Team Member in Execution Room checks inmate for consciousness.          CC | 0835 12     0836 10 | |
| 13. | Syringe #A-2 administered; mark ECG graph paper with #A-2. | 08 36 30 | |
| 14. | Syringe #A-3 administered; mark ECG graph paper with #A-3. Team Member in Execution Room checks inmate for consciousness.     CC | 0837 35     08 38 20 | |
| 15. | Syringe #A-4 administered; mark ECG graph paper with #A-4. | 08 39 10 | |
| 16. | Syringe #A-5 administered; mark ECG graph paper with #A-5. | 0839 55 | |
| 17. | Syringe #A-6 administered; mark ECG graph paper with #A-6. | 0840 45 | |
| 18. | Syringe #A-7, administered; mark ECG graph paper with #A-7. | 08 41 35 | |
| 19. | Syringe #A-8 administered; mark ECG graph paper with #A-8.     C | 0842 25   08 43 05 | |
| | Task | Time | Comments |

| | If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. Syringes will be injected in same sequence with all 8 syringes on Tray B being administered. | | |
|---|---|---|---|
| 20. | Syringe #B-1, mark ECG graph paper with #B-1. | | |
| 21. | Syringe #B-2, mark ECG graph paper with #B-2. | | |
| 22. | Syringe #B-3, mark ECG graph paper with #B-3. | | |
| 23. | Syringe #B-4, mark ECG graph paper with #B-4. | | |
| 24. | Syringe #B-5, mark ECG graph paper with #B-5. | | |
| 25. | Syringe #B-6, mark ECG graph paper with #B-6. | | |
| 26. | Syringe #B-7, mark ECG graph paper with #B-7. | | |
| 27. | Syringe #B-8, mark ECG graph paper with #B-8. | | |
| 28. | Mark ECG graph paper when death is pronounced. | | |
| 29. | Prepare final report. | | |

_____          _____

Lethal Injection Team Administrator                    Date

Attachment 21

# San Quentin State Prison
## Execution Log
## Lethal Injection Team Administrator/Team Leader

05/2007

| Inmate Name | CDCR # | Date of Execution |
|---|---|---|
| Doe, J | J-99999 | 12/10/09 |

**Record Team Member Identification #: 14**

| Task | | Start | Comments |
|---|---|---|---|
| 1. | **3 hours prior:** Assemble Team and make assignments. Record Keeping Team activated; Execution Logs begin. | | |
| 2. | The Lethal Injection Team Leader accompanied by the Associate Warden Specialized Housing Division will remove the lethal injection chemicals from the Lethal Injection Facility safe/refrigerator. | | |
| 3. | The Lethal Injection Team Leader will transfer custody of the lethal injection chemicals to two members of the Lethal Injection Infusion Team and complete the Chain of Custody form. | | |
| 4. | Meet with the condemned inmate in the Lethal Injection Facility holding cell area.<br>• Ask if the inmate wishes to write a last statement to be read after the execution.<br>• Inform the inmate that a sedative is available. Valium or its equivalent will be administered under the direction and approval of a clinician. | | |
| 5. | The Lethal Injection Team Administrator will take position in the Infusion/Control room. | | |
| 6. | Team Leader takes position in Infusion Room. | 0833 | |
| 7. | Infusion of lethal chemicals is initiated. | 0835 | |
| 8. | Flat line noted on ECG. | 0841 | |
| 9. | Death pronounced. | 0843 | |
| | If chemicals on Tray B are used for repeat of Protocol – backup catheter will be used. All 8 syringes will be administered in the same sequence. | | |
| 10. | Repeat Protocol. | | |
| 11. | Flat line noted on ECG. | | |
| 12. | Death pronounced. | | |
| 13 | Witnesses notified that inmate has expired. | 0843 | |
| 14. | Curtains drawn on viewing windows. | 0844 | |
| 15. | Inmate's body prepared for Coroner/Mortuary. | 0845 | |

_____        _____
Lethal Injection Team Administrator                    Date

Attachment 16

# San Quentin State Prison
# Final Check List
# Lethal Injection Infusion Team

#2

| Inmate Name | CDCR# | Date of Execution |
|---|---|---|
| J DOE | J-99999 | 12/10/05 |

**Record Keeping Team Member Identification #:** 16

05/2007

| | Task | Time | Comments |
|---|---|---|---|
| 1. | Infusion Team Members arrive at the Lethal Injection Facility. | | |
| 2. | Transfer of chemicals to Infusion Team; (chain of custody) | | |
| | **Tray A** | | |
| 3. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray A.** | | |
| 4. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-1 Sodium Thiopental.** | | |
| 5.. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 6.. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in red; **A-2 Sodium Thiopental.** | | |
| 7. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-3 Saline.** | | |
| 8. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in red; **A-4 Pancuronium Bromide.** | | |
| 9. | Draw 50cc of normal saline into a 60cc syringe and label in red; **A-5 Saline.** | | |
| 10. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-6 Potassium Chloride.** | | |
| 11. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in red; **A-7 Potassium Chloride.** | | |
| 12. | Draw 50cc of normal saline into a 60cc syringe and label in red: **A-8 Saline.** | | |
| | Tray B | | |
| 13. | Mix 1st 3 kits of Sodium Thiopental for syringe #1 for **Tray B.** | | |
| 14. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-1 Sodium Thiopental.** | | |
| 15. | Mix 2nd 3 kits of Sodium Thiopental for syringe #2. | | |
| 16. | Draw 1.5 g of Sodium Thiopental into 60cc syringe and label this syringe in blue; **B-2 Sodium Thiopental.** | | |
| 17. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-3 Saline.** | | |
| 18. | Draw 50 mg of Pancuronium Bromide into one 60cc syringe and label in blue; **B-4 Pancuronium Bromide.** | | |
| 19. | Draw 50cc of normal saline into a 60cc syringe and label in blue; **B-5 Saline.** | | |
| 20. | Draw 100 mEq of Potassium Chloride into 60cc syringe and label in blue; **B-6 Potassium Chloride.** | | |