**E-Filed 10/5/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES and Albert Greenwood Brown, | Case Number 5-6-cv-219-JF-HRL Case Number 5-6-cv-926-JF-HRL |
| Plaintiffs, | DEATH-PENALTY CASE |
| v. | SCHEDULING ORDER |
| Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., | |
| Defendants. | |

Good cause appearing therefor, the Court enters the following scheduling order:

1. Plaintiffs shall file an amended complaint setting forth their claims with respect to California's new lethal-injection regulations on or before Friday, October 8, 2010;

2. Defendants shall respond to the amended complaint on or before Monday, October 25, 2010;

3. The parties shall complete discovery on or before Friday, December 3, 2010;

4. The parties shall submit simultaneous briefing on or before Monday, December 20, 2010, addressing the need for and timing of a further evidentiary hearing (including but not limited to proceedings to be held at San Quentin State Prison), the issues to be addressed at such a hearing, and the amount of court time required for such a hearing;

1    5.  On an ongoing basis, Defendants shall keep the Court fully informed of the status of

2    any orders they have placed for sodium thiopental.

3        It is the Court's understanding that Defendants will not seek to obtain any execution dates

4    until at least thirty days after the conclusion of any further evidentiary hearing in the present

5    action.  The Court intends to resolve this action as expeditiously as possible, and it expects that

6    this order will not have any actual effect upon the scheduling of future executions, as Defendants

7    have represented that they will be unable to carry out any executions until after they replenish

8    their supply of sodium thiopental once "additional supplies [become] available in the first quarter

9    of 2011."  (Doc. No. 420 at 2.)

10       IT IS SO ORDERED.

11

12   DATED:  October 5, 2010                                  _____

13                                             JEREMY FOGEL
                                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2