| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
| | Attorney General of California |
| 2 | THOMAS S. PATTERSON |
| | Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN |
| | Deputy Attorney General |
| 4 | State Bar No. 209542 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 703-5726 |
| 6 |   Fax:  (415) 703-5843 |
| |   E-mail:  Michael.Quinn@doj.ca.gov |
| 7 | *Attorneys for Defendants Schwarzenegger, Cate and Cullen* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES, ALBERT G. BROWN,** | C 06-0219 JF |
| Plaintiffs, | **DEFENDANTS' NOTICE REGARDING ACQUISITION OF SODIUM THIOPENTAL** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

1  In accordance with this Court's October 5, 2010 order, Defendants report that the California Department of Corrections and Rehabilitation obtained twelve grams of sodium thiopental on September 30, 2010.  The drug expires in 2014.

Dated:  October 6, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General


/S/  MICHAEL J. QUINN

_____
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants*
*Schwarzenegger, Cate, and Cullen*

SF2007200210
20351507.doc

1

Defs.' Not. Re Acquisition Sodium Thiopental (C 06-0219 JF)