**E-Filed 10/26/2010**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>  Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SCHEDULING BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS |
| PACIFIC NEWS SERVICE,<br><br>  Plaintiff,<br><br>  v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>  Defendants. | Case Number 5-6-cv-1793-JF-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SCHEDULING BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS |

Defendants have filed motions to dismiss certain claims in the above-captioned actions. The hearing on the motions has been set for 1:30 p.m. on December 2, 2010. Good cause appearing therefor, Plaintiffs shall file their opposition briefs on or before November 8, 2010, and Defendants shall file any reply briefs on or before November 12, 2010.

IT IS SO ORDERED.

DATED: October 26, 2010

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-cv-1793-JF-HRL
ORDER SCHEDULING BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS
(DPSAGOK)