\*\*E-Filed 11/8/2010\*\*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>        Plaintiff,<br><br>        v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>        Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SHORTENING TIME |
| PACIFIC NEWS SERVICE,<br><br>        Plaintiff,<br><br>        v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>        Defendants. | Case Number 5-6-cv-1793-JF-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SHORTENING TIME |

Defendants move to shorten time to hear their motions to stay discovery in the above-captioned actions. Good cause appearing therefor, the motions to shorten time are granted. Plaintiffs shall file their opposition briefs by 12:00 noon on November 9, 2010, and Defendants shall file any reply briefs on or before November 10, 2010. The hearing on the motions is set for 4:30 p.m. on November 16, 2010.

IT IS SO ORDERED.

DATED: November 4, 2010

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-cv-1793-JF-HRL
ORDER SHORTENING TIME
(DPSAGOK)