**E-Filed 11/10/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES and Albert Greenwood Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING PLAINTIFFS' REQUEST TO ENTER DEFAULT |

Plaintiffs have asked the Clerk to enter default against Defendants as to Plaintiffs' claim challenging the constitutionality of California's lethal-injection regulations as they are applied. Good cause appearing therefor, the Court directs the Clerk not to enter a default. The parties should be prepared to discuss Plaintiff's request at the hearing on Defendants' motion to stay discovery that is set for November 16, 2010.

IT IS SO ORDERED.

DATED: November 10, 2010

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL & 5-6-cv-926-JF-HRL
ORDER REGARDING PLAINTIFFS' REQUEST TO ENTER DEFAULT
(DPSAGOK)