**E-Filed 11/12/2010**

David A. Senior (# 108759)
McBreen & Senior
1880 Century Park East, Suite 1450
Los Angeles, CA 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (# 167080)
Law Offices of John R. Grele
703 Market Street, Suite 550
San Francisco, CA 94103
Phone: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Richard P. Steinken (admitted *pro hac vice*)
Jenner & Block LLP
330 N. Wabash, Suite 4100
Chicago, IL 60611-7603
Phone: (312) 923-2938
Fax: (312) 840-7338
rsteinken@jenner.com

Attorneys for Plaintiff
MICHAEL A. MORALES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. MORALES, ALBERT G. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Nos C 06-0219 (JF); C 06-926 (JF) <br><br> **ORDER GRANTING** <br><br> **PLAINTIFF'S REQUEST FOR SUBSTITUTION OF COUNSEL** |

PLAINTIFF'S REQUEST FOR SUBSTITUTION OF COUNSEL

## REQUEST FOR SUBSTITUTION OF COUNSEL

Plaintiff Michael A. Morales hereby notifies the Court as follows:

1. The following former associates at Jenner & Block LLP, are listed as counsel of record, and attorneys to be noticed, in this case: Ginger Anders, Janice H. Lam, and Stephanie L. Reinhardt.

2. Plaintiff wishes to substitute the following current associates at Jenner & Block LLP for Ginger Anders, Janice H. Lam, and Stephanie L. Reinhardt:

Jean M. Doherty
633 W. 5th St. Suite #3500
Los Angeles, CA 90071
(213) 239-5172
jdoherty@jenner.com

Kelly M. Morrison
633 W. 5th St. Suite #3500
Los Angeles, CA 90071
(213) 239-5154
kmorrison@jenner.com

3. Accordingly, Plaintiff respectfully requests that the Court enter an order substituting Kelly M. Morrison and Jean M. Doherty as counsel of record and attorneys to be noticed in this matter. Plaintiff further requests that the Court remove Ginger Anders, Janice H. Lam, and Stephanie L. Reinhardt from the list of counsel of record and attorneys to be noticed.

Dated: November 11, 2010

By: /s/ Richard P. Steinken
Richard P. Steinken
JENNER & BLOCK

David A. Senior
McBREEN & SENIOR

John R. Grele
LAW OFFICES OF JOHN R. GRELE

*Attorneys for Plaintiffs*
MICHAEL A. MORALES

IT IS SO ORDERED.

November 12, 2010

_____
JEREMY FOGEL
United States District Judge

PLAINTIFF'S REQUEST FOR SUBSTITUTION OF COUNSEL
1