**E-Filed 11/17/2010**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES and Albert Greenwood Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND DENYING WITHOUT PREJUDICE PLAINTIFFS' FOURTH MOTION TO COMPEL DISCOVERY<br><br>[Docs. Nos. 436 & 452] |
| PACIFIC NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-1793-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY<br><br>[Doc. No. 90] |

Defendants move to stay discovery pending resolution of their motions to dismiss certain claims in the above-captioned actions. The hearing on the motions to dismiss is set for December 2, 2010. Good cause appearing therefor, the motions to stay discovery are granted; accordingly, the *Morales* plaintiffs' fourth motion to compel discovery is denied without prejudice, and the current discovery and briefing schedule is vacated. Consistent with its desire to resolve these actions on an expedited basis, the Court will set a revised schedule at or following the hearing on the motions to dismiss.

IT IS SO ORDERED.

DATED: November 17, 2010

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-cv-1793-JF-HRL
ORDER GRANTING DEFS.' MOTS. TO STAY DISC. & DENYING PLS.' 4TH MOT. TO COMPEL DISC.
(DPSAGOK)