**E-Filed 1/3/2011**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES and Albert Greenwood Brown, | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL |
| Plaintiffs, | DEATH-PENALTY CASE |
| v. | ORDER DIRECTING ELECTRONIC FILING OF DOCUMENTS UNDER SEAL |
| Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., | |
| Defendants. | |

Throughout the course of the present litigation, the parties have submitted various documents under seal. Because of exigencies related to the scheduling of executions, paper copies of such documents have not always been filed in the official record in the manner that normally would be governed by Civil Local Rule 79-5.

On April 27, 2010, the Chief Judge of this Court signed General Order 62, which provides for the electronic filing of documents under seal. In order to ensure a complete record in this action prior to its conclusion, the parties are directed to file electronically any and all documents that have been submitted under seal in this action, excepting documents that are confidential pursuant to the Criminal Justice Act.

As noted in General Order 62(5), the procedure for electronically filing documents under

1  seal is "outlined in the FAQs on the ECF website."  The electronic filer should click on "How do
2  I . . .?" then "E-File Under Seal?" then "Procedure For E-Filing Under Seal."  For purposes of
3  complying with the present order, the electronic filer should skip ahead to step 11 in the
4  procedure and, in step 14, should relate documents to the present order.  If any technical
5  questions remain, the ECF help desk should be consulted; for any substantive questions, the
6  Court's Death Penalty Staff Attorney, George O. Kolombatovich, should be contacted.
7       IT IS SO ORDERED.

10  DATED:  December 30, 2010                    _____
11                                               JEREMY FOGEL
                                                 United States District Judge