**E-Filed 1/4/2011**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES and Albert Greenwood Brown,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING PORTION OF EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON |
| PACIFIC NEWS SERVICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　Defendants. | Case Number 5-6-cv-1793-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING PORTION OF EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON |

　　　Pursuant to the Court's scheduling order of December 22, 2010, Plaintiffs' request, and Defendants' notice, the Court will hold a portion of an evidentiary hearing on site at San Quentin State Prison during the morning of February 8, 2011.

　　　IT IS SO ORDERED.


DATED: January 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-cv-1793-JF-HRL
ORDER SCHEDULING PORTION OF EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON
(DPSAGOK)