**E-Filed 1/4/2011**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES and Albert Greenwood Brown, <br><br> Plaintiffs, <br><br> v. <br><br> Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Number 5-6-cv-219-JF-HRL <br> Case Number 5-6-cv-926-JF-HRL <br><br> DEATH-PENALTY CASE <br><br> ORDER SCHEDULING PORTION OF EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON |
| PACIFIC NEWS SERVICE, <br><br> Plaintiff, <br><br> v. <br><br> Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Number 5-6-cv-1793-JF-HRL <br><br> DEATH-PENALTY CASE <br><br> ORDER SCHEDULING PORTION OF EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON |

Pursuant to the Court's scheduling order of December 22, 2010, Plaintiffs' request, and Defendants' notice, the Court will hold a portion of an evidentiary hearing on site at San Quentin State Prison during the morning of February 8, 2011.

IT IS SO ORDERED.

DATED: January 4, 2011

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-1793-JF-HRL
ORDER SCHEDULING PORTION OF EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON
(DPSAGOK)