**E-Filed 1/28/2011**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING MEDIA ACCESS TO EVIDENTIARY HEARING AT SAN QUENTIN STATE PRISON |

On March 30, 2006, the Court conducted a partial evidentiary hearing in the instant litigation at San Quentin State Prison. Due in part to the extremely small size of the execution chamber then examined, the Court directed that two media representatives would be permitted to attend the proceeding, subject to a pooling arrangement with other interested members of the media. (Doc. No. 118 at 2–3.)

A further partial evidentiary hearing at San Quentin is now scheduled for February 8, 2011. The Associated Press, KGO-TV, the San Jose Mercury News, and the Stockton Record have requested that they be permitted to attend the hearing as pool reporters. The Court has sought the views of the appropriate individuals at the prison, and it appears that a slightly greater media presence at the upcoming proceeding is possible in light of the larger size of the new

1   execution chamber.  Accordingly, the requests of the Associated Press, the San Jose Mercury
2   News, and the Stockton Record are granted.  However, because television coverage of federal
3   court proceedings is disfavored and generally is precluded by the administrative rules applicable
4   to federal courts, *see generally Hollingsworth v. Perry*, 130 S. Ct. 705 (2010); Civil L.R. 77-3,
5   the Court respectfully must decline the request of KGO-TV.
6       One or two additional pool reporters may be accommodated.  Any additional reporters
7   who wish to attend should that be the case shall email a request forthwith to the Court's Death
8   Penalty Staff Attorney, George O. Kolombatovich, at g_o_kolombatovich@cand.uscourts.gov.
9   Priority will be given to reporters who have been covering the instant litigation on a regular basis
10  and who are familiar with the factual and legal issues.
11      All reporters selected for the pool must contact Lieutenant Samuel Robinson, Public
12  Information Officer at San Quentin State Prison, to obtain security clearance and to make any
13  appropriate arrangements.  A full transcript of the partial evidentiary hearing at San Quentin shall
14  be released to the media and the public not later than the close of business on February 9, 2011.
15      IT IS SO ORDERED.

18  DATED:  January 26, 2011

    _____
    JEREMY FOGEL
    United States District Judge