**E-Filed 2/1/2011**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER REGARDING MEDIA REQUESTS |

A partial evidentiary hearing at San Quentin State Prison is scheduled for February 8, 2011. In a prior order, the Court granted the requests of the Associated Press, the San Jose Mercury News, and the Stockton Record to attend the hearing as pool reporters, and solicited requests from other reporters who wished to attend in the event that one or two additional pool reporters could be accommodated. The Court noted that it would give priority to reporters who have been covering this litigation regularly and who are familiar with the legal and factual issues in the litigation.

The Court has received fifteen additional requests. Unfortunately, in light of the logistical limitations at the prison, it can grant only two. Good cause appearing therefor, the Court will grant the requests of the Los Angeles Times and Southern California Public Radio. The Court regrets that it must decline the remaining requests.

IT IS SO ORDERED.

DATED: February 1, 2011

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL & 5-6-cv-926-JF-HRL
ORDER REGARDING MEDIA REQUESTS
(DPSAGOK)