**E-Filed 2/4/2011**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al., | Case Number 5-6-cv-219-JF-HRL |
| Plaintiffs, | Case Number 5-6-cv-926-JF-HRL |
| v. | DEATH-PENALTY CASE |
| Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., | ORDER SCHEDULING BRIEFING ON DEFENDANTS' MOTIONS |
| Defendants. | |

Defendants have filed a motion for a protective order, (Doc. No. 478), and a motion to strike, (Doc. No. 484). Good cause appearing therefor, Plaintiffs shall respond to the motion for a protective order on or before February 14, 2011, and to the motion to strike on or before February 17, 2011; Defendants shall file any reply regarding the motion for a protective order on or before February 18, 2011, and any reply regarding the motion to strike on or before February 23, 2011. The Court will hold a hearing on the motions on March 4, 2011, at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 4, 2011

_____
JEREMY FOGEL
United States District Judge