**E-Filed 2/11/2011**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al., <br><br> Plaintiffs, <br><br> v. <br><br> Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Number 5-6-cv-219-JF-HRL <br> Case Number 5-6-cv-926-JF-HRL <br><br> <u>DEATH-PENALTY CASE</u> <br><br> ORDER REDIRECTING PUBLIC RELEASE OF TRANSCRIPT |
| PACIFIC NEWS SERVICE, <br><br> Plaintiff, <br><br> v. <br><br> Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Number 5-6-cv-1793-JF-HRL <br><br> <u>DEATH-PENALTY CASE</u> <br><br> ORDER REDIRECTING PUBLIC RELEASE OF TRANSCRIPT |

The Court held a partial evidentiary hearing at San Quentin State Prison on February 8, 2011. In an order dated January 26, 2011, the Court specifically directed that "[a] full transcript of the partial evidentiary hearing at San Quentin shall be released to the media and the public not later than the close of business on February 9, 2011." (Doc. No. 475 at 2.) This directive has not been followed. Accordingly, and pursuant to General Order 59(2)(d), the Clerk shall release the full transcript of the partial evidentiary hearing at San Quentin, (Doc. No. 490), immediately.

IT IS SO ORDERED.

DATED: February 10, 2010

JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-1793-JF-HRL
ORDER REDIRECTING PUBLIC RELEASE OF TRANSCRIPT
(DPSAGOK)