**HABEAS CORPUS RESOURCE CENTER**
303 Second Street, Suite 400 South
San Francisco, CA 94107
Tel 415-348-3800 ♦ Fax 415-348-3873
www.hcrc.ca.gov



Filed

FEB 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Board of Directors**
MR. CHARLES A. BIRD, Chair
DEAN DRUCILLA STENDER RAMEY
HON. ARLEIGH WOODS
MR. JOSEPH SCHLESINGER
PROF. MARGARET RUSSELL

MICHAEL LAURENCE, Executive Director

JEAN FIELD, Assistant Director
JEANNIE STERNBERG, Deputy Director

February 14, 2011

The Honorable Jeremy Fogel
United States District Court for the Northern District of California
San Jose Courthouse, Courtroom 3 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Re: Morales, et al. v. Cate, et al., Case Numbers 5-6-cv-219-JF, 5-6-cv-926-JF

Dear Judge Fogel:

Due to difficulties with the court conference call vendor, Michael Laurence and I, counsel for Plaintiffs Mitchell Sims and Stevie Fields, missed all but the last several minutes of the status conference on Friday, February 11, 2011. We apologize for our absence. We spoke with counsel for Mr. Morales and Mr. Brown following the conference who informed us what we had missed. We will ensure our presence for all future appearances.

Sincerely,

Sara Cohbra
Counsel for Mitchell Sims and Stevie Fields

cc: George Kolombatovich
Michael Quinn
Jay Goldman
John Grele
David Senior
Richard Steinken
Ajay Krishnan