David A. Senior (# 108579)
MCBREEN & SENIOR
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (# 167080)
LAW OFFICES OF JOHN R. GRELE
149 Natoma Street, Third Floor
San Francisco, CA 94105
Phone: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Richard P. Steinken (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
rsteinken@jenner.com

*Attorneys for Intervenor*
DAVID A. RALEY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES, ALBERT G. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | CASE NO. C 06 0219 (JF) (RS) <br> C 06-0926 (JF) (RS) <br><br> STIPULATION OF PARTIES FOR DAVID A. RALEY TO INTERVENE AS A PLAINTIFF IN THIS CASE; [PROPOSED] ORDER; GENERAL ORDER 45 ATTESTATION |

On July 30, 2010, California promulgated regulations setting forth a lethal injection protocol, effective August 29, 2010. Cal. Code Regs. tit. 15, §§ 3349 *et seq.*

STIPULATION FOR DAVID A. RALEY TO INTERVENE AS A PLAINTIFF

1

On August 4, 2010, five days following the approval of the lethal injection regulations, but prior to the effective date of the regulations, Andrea Lynn Hoch, the Legal Affairs Secretary in the Office of the Governor, issued a notice to David A. Raley's counsel stating that the Governor's Office anticipate[s] that, pursuant to the People's request in a noticed public session, the Santa Clara County Superior Court will soon schedule a date for Mr. Raley's execution. Counsel for at least five other death-row inmates, including Stevie Fields, Mitchell Sims, Michael Morales, and Albert Brown received substantially identical notices at the same time.

In light of the foregoing, Raley is similarly situated to Fields, Sims, Morales, and Brown in that he is a condemned prisoner whose execution is not otherwise stayed. He will join in the Fourth Amended Complaint, thereby presenting identical claims to those asserted by Morales and Brown.[1] Accordingly, Raley is entitled to intervene and, like Morales, Brown, Fields, and Sims, to have his execution stayed until the present litigation is concluded. Good cause appearing,

IT IS HEREBY STIPULATED that:

David A. Raley may intervene as a Plaintiff in this litigation as to the Fourth Amended Complaint, and that all proceedings related to the execution of his sentence of death, including but not limited to preparations for an execution and the setting of an

---

[1] Counsel for Brown and Morales have been contacted by counsel for Mr. Raley, who wishes to move to intervene in this action to protect Mr. Raley from an execution date being set before this litigation is final. Counsel for Mr. Raley prefers that counsel for Brown and Morales represent Mr. Raley in this matter. Counsel for Brown and Morales concur that this is the most effective and efficient manner of proceeding for intervenor Raley.

execution date for Mr. Raley, are hereby stayed on the same basis and to the same extent as in the case of Plaintiffs Morales, Brown, Fields, and Sims.

DATED: February 2, 2011         By: _____/s/_____
                                     David A. Senior
                                     McBREEN &SENIOR

                                     Richard P. Steinken
                                     JENNER & BLOCK

                                     John R. Grele
                                     LAW OFFICE OF JOHN R. GRELE
                                     *Attorneys for Intervenor*
                                     DAVID A. RALEY

DATED: February 2, 2011         By: _____/s/*_____
                                     Michael Laurence
                                     Sara Cohbra
                                     HABEAS CORPUS RESOURCE CENTER
                                     *Attorneys for Plaintiffs*
                                     MITCHELL SIMS and STEVIE FIELDS

DATED: February 2/5, 2011       By: _____[signature]_____
                                     Kamala Harris
                                     ATTORNEY GENERAL OF CALIFORNIA
                                     Jay M. Goldman
                                     Deputy Attorney General
                                     *Attorneys for Defendants*
                                     BROWN, CATE, AND CULLEN

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: February ___, 2011       _____
                                     Honorable Jeremy Fogel
                                     UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*GENERAL ORDER 45 ATTESTATION

Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from all signatories.

_____/s/_____
David A. Senior

---

STIPULATION FOR DAVID A. RALEY TO INTERVENE AS A PLAINTIFF

4