**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL ANGELO MORALES, ALBERT G. BROWN, MITCHELL SIMS, and STEVIE FIELDS<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | **CASE NO. C 06 0219 (JF) (RS)<br>C 06-0926 (JF) (RS)**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Plaintiffs' Administrative Motion to Permit Plaintiffs to File Under Seal Revised Exhibit 3 to Letter Brief of Plaintiffs Regarding Impact of *Dickens v. Brewer* and in Support of Motions to Compel having come before the Court, the Court has considered the motion and the document proposed to be filed under seal. Based on the foregoing, pursuant to the Protective Order and for good cause shown,

IT IS HEREBY ORDERED THAT Revised Exhibit 3 to Letter Brief of Plaintiffs Regarding Impact of *Dickens v. Brewer* and in Support of Motions to Compel, is hereby filed under seal.

DATED: 3/14 , 2011

_____
Hon. Jeremy Fogel
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL