**E-Filed 4/6/2011**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al., <br><br> Plaintiffs, <br><br> v. <br><br> Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Number 5-6-cv-219-JF-HRL <br> Case Number 5-6-cv-926-JF-HRL <br><br> DEATH-PENALTY CASE <br><br> ORDER SETTING STATUS CONFERENCE |
| PACIFIC NEWS SERVICE, <br><br> Plaintiff, <br><br> v. <br><br> Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case Number 5-6-cv-1793-JF-HRL <br><br> DEATH-PENALTY CASE <br><br> ORDER SETTING STATUS CONFERENCE |

The parties to *Morales v. Cate* have filed a joint proposed schedule for completing discovery; the parties to *Pacific News Service v. Cate* have not. The Court is concerned that the proposed schedule in *Morales* and the absence of a schedule in *Pacific News Service* may result in undue and unnecessary delay in the resolution of the instant cases. Good cause appearing therefor, the Court will hold a joint status conference in *Morales* and *Pacific News Service* at 2:00 p.m. on April 29, 2011.

IT IS SO ORDERED.

DATED: April 6, 2011

_____
JEREMY FOGEL
United States District Judge

Case Nos. 5-6-cv-219-JF-HRL, 5-6-cv-926-JF-HRL, & 5-6-cv-1793-JF-HRL
ORDER SETTING STATUS CONFERENCE
(DPSAGOK)