**E-Filed 4/29/2011**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>   Defendants. | Case Number 5-6-cv-219-JF-HRL<br>Case Number 5-6-cv-926-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER DIRECTING PUBLIC RELEASE OF TRANSCRIPT OF STATUS CONFERENCE HELD APRIL 29, 2011 |
| PACIFIC NEWS SERVICE,<br><br>   Plaintiff,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>   Defendants. | Case Number 5-6-cv-1793-JF-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER DIRECTING PUBLIC RELEASE OF TRANSCRIPT OF STATUS CONFERENCE HELD APRIL 29, 2011 |

The Court held a status conference on April 29, 2011. Pursuant to General Order 59(2)(d), the Clerk shall release the full transcript of the status conference as soon as it is electronically filed by the court reporter. The transcript shall be made available to the public on the Court's Internet web page.

1   IT IS SO ORDERED.

6   DATED:  April 29, 2011

_____
JEREMY FOGEL
United States District Judge

2