KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5726
 Fax:  (415) 703-5843
 E-mail:  Michael.Quinn@doj.ca.gov
*Attorneys for Defendants*
*Brown, Cate, and Martel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES,**<br><br>               Plaintiff,<br><br>     v.<br><br>**MATTHEW CATE, et al.,**<br><br>               Defendants. | C 06-0219 JF<br>C 06-1793 JF<br><br>**STIPULATION TO EXTEND DEADLINES SET IN THE COURT'S MAY 13, 2011 ORDER RE JOINT PROPOSED SCHEDULE FOR COMPLETING DISCOVERY** |
| **PACIFIC NEWS SERVICE,**<br><br>               Plaintiff,<br><br>     v.<br><br>**MATTHEW CATE, et al.,**<br><br>               Defendants | |

1  WHEREAS in accordance with the Court's May 13, 2011 Order re "Joint Proposed
2  Schedule for Completing Discovery" (ECF No. 524), Defendants have been collecting, reviewing,
3  and preparing to produce documents that are responsive to Plaintiffs' discovery requests from a
4  variety of sources;

5  WHEREAS because of the scope of the requests and unexpected technical delays,
6  Defendants will require an additional two weeks beyond the June 30, 2011 deadline set in the
7  Court's order to comply with the document production process;-

8  WHEREAS because Defendants' rolling document production has yet to commence, and it
9  is now anticipated that Plaintiffs will begin to receive documents on or about July 15, 2011,
10 Plaintiffs will need the 45 to 60 day period of time originally anticipated and scheduled to review
11 the documents to be produced;

12 Therefore, good cause exists and the parties hereby agree that Defendants' June 30, 2011
13 deadline for producing responsive documents to Plaintiffs shall be extended to July 15, 2011.
14 The parties further agree that all other deadlines set forth in the Court's May 13, 2011 Order shall
15 be extended by 60 days.

DATED: June 28, 2011         By:      /s/*
                                  David A. Senior
                                  McBREEN &SENIOR

                                  Richard P. Steinken
                                  JENNER & BLOCK

                                  John R. Grele
                                  LAW OFFICE OF JOHN R. GRELE
                                  *Attorneys for Plaintiffs*
                                  ALBERT G. BROWN and
                                  MICHAEL A. MORALES

DATED: June 28, 2011         By:      /s/*
                                  Michael Laurence
                                  Sara Cohbra
                                  HABEAS CORPUS RESOURCE CENTER
                                  *Attorneys for Plaintiffs*
                                  MITCHELL SIMS and STEVIE FIELDS

1

| | | |
|---|---|---|
| 1 | DATED: June 28, 2011 | By:     /s/*<br>Ajay S. Krishnan |
| 2 | | KEKER & VAN NEST LLP<br>*Attorneys for Plaintiffs* |
| 3 | | PACIFIC NEWS SERVICE |
| 4 | DATED: June 28, 2011 | By:     /s/<br>MICHAEL J. QUINN |
| 5 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 6 | | BROWN, CATE, AND CULLEN |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June ___, 2011

                                      Honorable Jeremy Fogel
                                      UNITED STATES DISTRICT JUDGE

*GENERAL ORDER 45 ATTESTATION

Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from all signatories.

                                      /s/
                                   Michael J. Quinn

SF2007200210
20476876.doc

# CERTIFICATE OF SERVICE

Case Name:  **Michael Angelo Morales v. M. Cate, et al.**       No.   **C 06-0219 JF**

I hereby certify that on **June 28, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND DEADLINES SET IN THE COURT'S MAY 13, 2011 ORDER RE JOINT PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 28, 2011**, at San Francisco, California.

|  |  |
|---|---|
| D. Criswell | *s/ D. Criswell* |
| Declarant | Signature |

20479448.doc