1  KAMALA D. HARRIS
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  State Bar No. 209542
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-5726
6   Fax: (415) 703-5843
    E-mail: Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendants Brown, Cate, and Martel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES, ALBERT G. BROWN,**<br><br>Plaintiffs,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | C 06-0219 RS<br><br>**DEFENDANTS' NOTICE REGARDING SELECTION OF NEW EXECUTION TEAM AND ALTERNATES** |

Defendants previously estimated that the process for selecting a new execution team and alternate members, as required under the lethal-injection regulations, would be complete by the end of August 2011. Defendants now expect that the process will be complete by the end of September 2011.

Dated: September 7, 2011

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General

/S/ MICHAEL J. QUINN

_____
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants Brown, Cate, and Martel*

SF2007200210
20515202.doc

1

Defs.' Not. Re Selection of New Execution Team (C 06-0219 RS)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name:   **Michael Angelo Morales v. M. Cate, et al.** | No.   **C 06-0219 JF** |

I hereby certify that on **September 7, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE REGARDING SELECTION OF NEW EXECUTION TEAM AND ALTERNATES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 7, 2011**, at San Francisco, California.

| | |
|---|---|
| D. Criswell | *s/ D. Criswell* |
| Declarant | Signature |

20519790.doc