KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5726
Fax: (415) 703-5843
E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Brown, Cate, and Martel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES, ALBERT G. BROWN,**<br>Plaintiffs,<br>**v.**<br>**MATTHEW CATE, et al.,**<br>Defendants. | C 06-0219 RS<br>**DEFENDANTS' NOTICE REGARDING SELECTION OF NEW EXECUTION TEAM AND ALTERNATES** |

Defendants previously estimated that the process for selecting a new execution team and alternate members, as required under the lethal-injection regulations, would be complete by the end of September 2011. Defendants now expect that the process will be complete by October 17, 2011.

Dated: October 5, 2011

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General

s/ Michael J. Quinn
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants Brown, Cate, and Martel*

SF2007200210
20533332.docx

# CERTIFICATE OF SERVICE

Case Name: **Michael Angelo Morales v. M. Cate, et al.** No. **C 06-0219 JF**

I hereby certify that on **October 5, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE REGARDING SELECTION OF NEW EXECUTION TEAM AND ALTERNATES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 5, 2011**, at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|---|---|
| Declarant | Signature |

20536126.doc