# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　　　　Defendants. | Case Number 5-6-cv-219-RS-HRL<br>Case Number 5-6-cv-926-RS-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SCHEDULING BRIEFING ON COX'S MOTIONS |

　　　Tiequon A. Cox is a condemned prisoner at San Quentin State Prison.  (Doc. No. 535 at 5.)  A hearing on a motion to order Defendants to execute Cox is set for 8:30 a.m. on May 25, 2012, in Los Angeles Superior Court.  (Doc. No. 535-9 at 1.)

　　　In the present action, Cox has filed a Motion to Intervene and a Motion to Stay Execution.  (Doc. No. 535.)  Defendants shall respond to the Motions by 8:30 a.m. on May 21, 2012.  Plaintiffs and Cox may reply to the response by 8:30 a.m. on May 23, 2012.

*It is so ordered.*

DATED:  May 16, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case Nos. 5-6-cv-219-RS-HRL & 5-6-cv-926-RS-HRL
ORDER SCHEDULING BRIEFING ON COX'S MOTIONS
(DPSAGOK)