David A. Senior (SBN 108579)
MCBREEN & SENIOR
1900 Avenue of the Stars
Eleventh Floor
Los Angeles, CA 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (SBN 167080)
LAW OFFICES OF JOHN R. GRELE
149 Natoma Street, Third Floor
San Francisco, CA 94105
Phone: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Richard P. Steinken (admitted pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
rsteinken@jenner.com

*Attorneys for Plaintiffs*
ALBERT G. BROWN and
MICHAEL A. MORALES

See signature page for additional counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANGELO MORALES, ALBERT G. BROWN, <br> Plaintiffs, <br> v. <br> MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br> Defendants. | CASE NO. C 06 0219 RS <br> C 06 0926 RS <br><br> JOINT STATEMENT CONTAINING A PROPOSED SCHEDULE OR SCHEDULES |
| PACIFIC NEWS SERVICE, <br> Plaintiff <br> v. <br> MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, et al., <br> Defendants. | CASE NO. C 06 01793 RS |

Pursuant to this Court's Order dated April 5, 2012, the parties submit this Joint Statement Containing a Proposed Schedule or Schedules, as follows:

The November 3, 2011 scheduling order provides that the parties will complete discovery by August 15, 2012, and file a joint statement identifying any material issues of fact that will require an evidentiary hearing by September 15, 2012.

THE PARTIES HEREBY STIPULATE that the Court should vacate the current scheduling order and direct the parties to submit a new proposed schedule within 30 days when: (1) viable lethal injection regulations are in place; or (2) the Marin County Superior Court's decision invalidating the regulations is overturned on appellate review, whichever occurs first.

DATED: July 16, 2012       By:      /s/*
                                    David A. Senior
                                    McBREEN &SENIOR

                                    Richard P. Steinken
                                    JENNER & BLOCK

                                    John R. Grele
                                    LAW OFFICE OF JOHN R. GRELE

                                    *Attorneys for Plaintiffs*
                                    ALBERT G. BROWN and
                                    MICHAEL A. MORALES

/ /

/ /

JOINT STATEMENT CONTAINING A PROPOSED SCHEDULE OR SCHEDULES

2

| | |
|---|---|
| DATED: July 16, 2012 | By: _____/s/*_____<br>Michael Laurence<br>Sara Cohbra<br>HABEAS CORPUS RESOURCE CENTER<br>*Attorneys for Plaintiffs*<br>MITCHELL SIMS and STEVIE FIELDS |
| DATED: July 16, 2012 | By: _____/s/ *_____<br>Ajay S. Krishnan<br>KEKER & VAN NEST LLP<br>*Attorneys for Plaintiffs*<br>PACIFIC NEWS SERVICE |
| DATED: July 16, 2012 | By: _____/s/ Michael J. Quinn_____<br>MICHAEL J. QUINN<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>MATTHEW CATE et al |

*GENERAL ORDER 45 ATTESTATION

Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from all signatories.

_____/s/_____
MICHAEL J. QUINN

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Michael Angelo Morales v. M. Cate, et al.; Pacific News Service v. M. Cate, et al.** | No. | **C 06-0219 JF, C06-1793 RS** |

I hereby certify that on **July 16, 2012**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATEMENT CONTANING A PROPOSED SCHEDULE OR SCHEDULES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 16, 2012**, at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|---|---|
| Declarant | Signature |

20625970.doc