# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-RS-HRL<br>Case Number 5-6-cv-926-RS-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING LOS ANGELES DISTRICT ATTORNEY'S OFFICE'S MOTION TO INTERVENE |

The Los Angeles District Attorney's Office has filed a Motion to Intervene in the present action in light of the Los Angeles Superior Court proceedings in *People v. Cox*, No. A758447, and *People v. Sims*, No. A591707.  (Doc. No. 542.)  Until this Court rules on the Motion or otherwise orders, the Los Angeles District Attorney's Office shall lodge forthwith copies of documents and transcripts from April 2012 forward in the two state-court cases.  Questions about this lodging may be directed to the Court's Death Penalty Staff Attorney assigned to this action, George O. Kolombatovich, at g_o_kolombatovich@cand.uscourts.gov.

*It is so ordered.*

DATED: August 10, 2012

_____
RICHARD SEEBORG
United States District Judge

Case Nos. 5-6-cv-219-RS-HRL & 5-6-cv-926-RS-HRL
ORDER REGARDING LOS ANGELES DISTRICT ATTORNEY'S OFFICE'S MOTION TO INTERVENE
(DPSAGOK)