# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Angelo MORALES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 3-6-cv-219-RS-HRL<br>Case Number 3-6-cv-926-RS-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>SCHEDULING ORDER |
| PACIFIC NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 3-6-cv-1793-RS-HRL<br><br><u>DEATH-PENALTY CASE</u><br><br>SCHEDULING ORDER |

Pursuant to the parties' stipulation, (*Morales I*, Doc. No. 552; *Pac. News Serv.*, Doc. No. 128), the Court hereby vacates the current stipulated schedule, (*Morales I*, Doc. No. 531; *Morales II*, Doc. No. 74; *Pac. News Serv.*, Doc. No. 124), and adopts the parties' proposed schedule, (*Morales I*, Doc. No. 552 at 2; *Pac. News Serv.*, Doc. No. 128 at 2). The parties shall submit a new proposed schedule within thirty days after (1) viable lethal-injection regulations are in place or (2) the Marin Superior Court's decision invalidating the regulations, *Sims v. Cal. Dep't of Corr. & Rehab.*, No. CIV 1004019 (Cal. Super. Ct. Marin Cnty. Feb. 21, 2012), is overturned on appellate review, whichever occurs first.

*It is so ordered.*

DATED: August 10, 2012

_____
RICHARD SEEBORG
United States District Judge

Case Nos. 3-6-cv-219-RS-HRL, 3-6-cv-926-RS-HRL, & 3-6-cv-1793-RS-HRL
SCHEDULING ORDER
(DPSAGOK)