NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
KATIE C. DEWITT (STATE BAR NO. 244673)
kdewitt@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    916-447-9200
Facsimile:    916-329-4900

Attorneys for Intervenor
KEVIN COOPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al., | Case No    3:06-cv-219-RS<br>Case No.   3:06-cv-926-RS |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING KEVIN COOPER'S MOTION TO INTERVENE AND MOTION FOR STAY OF EXECUTION** |
| MATTHEW CATE,[1] Secretary of the California Department of Corrections and Rehabilitation, et al., | |
| Defendants. | Date:       7/25/2013<br>Time:       1:30 p.m.<br>Dept:       3<br>Judge:      Seeborg<br>Trial Date: None Set<br>Date Action Filed:  1/5/2006 |

---

[1]  Matthew Cate resigned on November 11, 2012. Jeffrey A. Beard was appointed as Secretary on December 27, 2012.

OHSUSA:752621637.1

[PROPOSED] ORDER GRANTING KEVIN COOPER'S MOTION TO INTERVENE AND MOTION FOR STAY OF EXECUTION
3:06-CV-219-RS; 3:06-CV-926-RS

1    On July 25, 2013, the motion of Kevin Cooper to intervene in the present action and for stay of execution was heard before this Court.

Having considered all evidence and arguments in support of and in opposition to the motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Kevin Cooper may intervene in this action and join as co-plaintiff with Michael Angelo Morales and Albert Greenwood Brown in the Fourth Amended Complaint for Equitable and Injunctive Relief.

It is further ORDERED, ADJUDGED, AND DECREED that all proceedings related to the execution of Kevin Cooper's sentence of death, including the setting of an execution date and the preparations for execution, are stayed pending final disposition of this matter.

IT IS SO ORDERED.

Dated: July ___, 2013

By: _____
Hon. Judge Seeborg

OHSUSA:752621637.1

- 2 -

[PROPOSED] ORDER GRANTING KEVIN COOPER'S MOTION TO INTERVENE AND MOTION FOR STAY OF EXECUTION
3:06-CV-219-RS; 3:06-CV-926-RS