HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ELIZABETH RICHARDSON-ROYER (Bar No. 257691)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5327
Facsimile: (213) 894-0081
Email: elizabeth_richardson-royer@fd.org

K. ELIZABETH DAHLSTROM (Bar No. 228552)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520
Email: elizabeth_dahlstrom@fd.org

STATIA PEAKHEART (Bar No. 200363)
Attorney-at-Law
P.O. Box 531967
Los Angeles, CA 90053
Telephone: (310) 692-5500
Email: statia.peakheart@gmail.com

Attorneys for Intervenor
RAYNARD CUMMINGS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO COURTHOUSE**

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | NO. C-06-0219-RS<br>C-06-0926-RS<br><br>**DEATH PENALTY CASE**<br><br>**DECLARATION OF K. ELIZABETH DAHLSTROM IN SUPPORT OF RAYNARD CUMMINGS'S MOTION TO INTERVENE AND FOR STAY OF EXECUTION**<br><br>DATE: TBD<br>TIME: TBD<br>PLACE: Courtroom 3 |

**DECLARATION OF K. ELIZABETH DAHLSTROM**

I, K. Elizabeth Dahlstrom, declare:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice in this Court. I am a deputy federal public defender with the Office of the Federal Public Defender for the Central District of California ("FPD") in the Capital Habeas Unit.

2. I represented condemned inmate Raynard Cummings, along with my co-counsel Deputy Federal Public Defender Elizabeth Richardson-Royer and private attorney Statia Peakheart.

3. I have represented Cummings since February 2012, when his case was on appeal to the Ninth Circuit. The FPD, however, has represented Cummings since 1995 when District Judge Consuelo B. Marshall appointed the office in Cummings's federal habeas proceedings. C.D. Cal. Case No. 95-CV-7118-CBM. Under 18 U.S.C.§ 3599(e), federal habeas counsel shall represent the petitioner in "all available post-conviction process[es], together with applications for stays of execution and other appropriate motion and procedures," and "proceedings for executive or other clemency as may be available" to the petitioner.

4. On January 9, 2017, the United States Supreme Court denied Cummings's petition for a writ of certiorari challenging the denial of his federal habeas corpus petition. A true and correct copy of the Court's denial is attached to this declaration as Exhibit A. With the conclusion of federal habeas corpus review, Cummings no longer has a stay of execution from any court.

5. On February 21, 2017, undersigned counsel submitted on Cummings's behalf a 602 Form challenging the CDCR's lethal injection protocol. That form was sent via Federal Express to the Appeals Coordinator at San Quentin State Prison.

//
//
//

DECLARATION OF K. ELIZABETH DAHLSTROM IN SUPPORT OF
CUMMINGS'S MOTION TO INTERVENE AND FOR A STAY OF EXECUTION
CASE NOS. C-06-0219-RS; C-06-926-RS

1

6. Cummings seeks to join in the Fourth Amended Complaint that is pending in this case. A true and correct copy of the Fourth Amended Complaint is attached to this declaration as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2017 at Santa Ana, California.

*/s/ K. Elizabeth Dahlstrom*
K. ELIZABETH DAHLSTROM