# EXHIBIT A

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 9, 2017

Ms. K. Elizabeth Dahlstrom
Deputy Federal Public Defender
411 W. Fourth Street
#7110
Santa Ana, CA 92701

    Re:  Raynard Paul Cummings
           v. Ronald Davis, Warden
           No. 16-6182

Dear Ms. Dahlstrom:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk


SCANNED