**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

MAILED 9/12/17 

RE: Screening at the FIRST Level

*Monday, September 11, 2017*

*ZAPIEN, D54200*
*A EB 208800ILP*

CUSTODY/CLASS., Policy & Procedures, 09/11/2017
Log Number: SQ-A-17-02407
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(1). Your appeal concerns an anticipated action or decision. Such issues are not appealable until they happen.*

*Be advised that pursuant to CCR 3084.5(b)(2), an appeal you submitted does not meet the criteria for processing as an emergency appeal.*

*We will comply with the law and begin the process of developing regulations that must be certified as protecting and enhancing public safety.*

☐ M. Cisneros, Staff Services Analyst (General)
☐ M. Dahl, Correctional Counselor II
☒ A. Andres, Correctional Counselor II
Appeals Coordinator
SQ

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

___

___

___

___

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**