XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MICHAEL QUINN
Deputy Attorney General
State Bar No. 209542
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5726
 Fax:  (415) 703-5799
 E-mail:  Michael.Quinn@doj.ca.gov

R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
State Bar No. 119194
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7334
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants
Brown, Kernan, and Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KERNAN, et al.,**<br><br>Defendants. | C 06-0219 RS<br>C 06-0926 RS<br><br>**STATEMENT OF RECENT DECISION** |

1 | Defendants notify the Court that on October 9, 2017, the State of California's Office of Administrative Law issued a "Notice of Disapproval of Regulatory Action" in connection with the proposed regulations to implement the lethal injection process.  A copy of the notice of disapproval is attached to this document as Exhibit "A."

Dated:  October 18, 2017

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General

*/s/ Michael Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants Brown, Kernan, and Davis*

SF2007200210
Statement of Recent Decision.docx

1

Statement of Recent Decision (C 06-0219 RS)

# CERTIFICATE OF SERVICE

Case Name:   *Michael Angelo Morales v. M. Cate, et al.*   No.   **C 06-0219 RS**

I hereby certify that on October 18, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF RECENT DECISION with Exhibit A**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 18, 2017, at San Francisco, California.

|   G. Garcia   |   */s/ G. Garcia*   |
|   Declarant   |   Signature   |

SF2007200210
21036186.docx