HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
MARGO A. ROCCONI (Bar No. 156805)
Supervising Deputy Federal Public Defender
MICHAEL PARENTE (Bar No. 288652)
SUSEL CARRILLO-ORELLANA (Bar No. 229874)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
Email: Susel_Carrillo-Orellana@fd.org

*Attorneys for Intervenor*
William Charles Payton

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO COURTHOUSE**

| | |
|---|---|
| MICHAEL ANGELO MORALES, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | NO. C-06-0219-RS <br> C-06-0926-RS <br><br> DEATH PENALTY CASE <br><br> NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on September 17, 2013 this Court filed an Order Granting Scott Pinholster and William Payton's Motions to Intervene and to Stay Execution. (Dkt. No. 586.)

Deputy Federal Public Defender Michael Parente hereby enters his appearance as co-counsel for Intervenor William Charles Payton, and requests that he receives all future notices and electronic filings in this case.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: November 8, 2017        By  */s/ Michael Parente*
MICHAEL PARENTE
SUSEL CARRILLO-ORELLANA
Deputy Federal Public Defenders
MARGO ROCCONI
Supervising Deputy Federal Public Defender

*Attorneys for Intervenor*
WILLIAM CHARLES PAYTON