State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, October 23, 2017*

*AYALA, E10000*
*04AA2RC105200ILP*

LIVING CONDITIONS, , 10/20/2017
Log Number: CSPC-5-17-05380
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(1). The action or decision being appealed is not within the jurisdiction of the department.*

☐  M. Oliveira, CCII Appeals Coordinator
☒  D. Goree Jr, CCII Appeals Coordinator
Appeals Coordinator
Corcoran State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____
_____
_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

---

RE: Screening at the FIRST Level

*Friday, October 13, 2017*

*AYALA, E10000*   CSPC
*04AA2RC105200ILP*

LIVING CONDITIONS, , 10/04/2017
Log Number: SATF-O-17-05316
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

***Be advised that your appeal has been forwarded to another CDCR unit for processing.***

***You are housed at CSPC. Therefore, your appeal has been forwarded to CSPC for review.***

☐ J. Zamora, CCII
☑ C. Ramos, SSA
☐ A. Shaw, Correctional Counselor II (A)
☐ J. Corral, CCII
Appeals Coordinator
SATF

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____
_____
_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**