1    KEKER, VAN NEST & PETERS LLP
     AJAY S. KRISHNAN - # 222476
2    akrishnan@keker.com
     633 Battery Street
3    San Francisco, CA 94111-1809
     Telephone:    415 391 5400
4    Facsimile:    415 397 7188

5    ACLU FOUNDATION OF NORTHERN CALIFORNIA
     ALAN SCHLOSSER - #49957
6    MICHAEL RISHER - #191627
     39 Drumm Street
7    San Francisco, CA  94111
     Telephone:    (415) 621-2493
8    Facsimile:    (415) 255-1478
     E-mail:       aschlosser@aclunc.org
9
     Attorneys for PACIFIC NEWS SERVICE
10

11
                      UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15                                              Case No. 3:06-cv-00219-RS

16   MICHAEL ANGELO MORALES, et al.,            **NOTICE OF DISMISSAL OF RELATED
                                                CASE**
          Plaintiffs,
17
                                                Judge:    Hon. Richard Seeborg
          v.
18
                                                Dept:     Courtroom 3, 17th Floor
     SCOTT KERNAN, Secretary of the
19   California Department of Corrections and
     Rehabilitation, et al.,
20
          Defendants.
21

22

23

24

25

26

27

28

1212280.01

1    Notice is hereby given that Pacific News Service has dismissed the related case of *Pacific*

2   *News Service v. Kernan, et al.*, United States District Court, Northern District of California, Case

3   No. 3:06-cv-01793-RS, under Federal Rule of Civil Procedure 41(a)(1)(A). Pacific News

4   Service's reason for dismissing its case is that it is closing and has ceased all business operation.

5

6   Dated:  December 7, 2017                              KEKER, VAN NEST & PETERS LLP

7

8                                                     By:   */s/ Ajay S. Krishnan*
                                                           AJAY S. KRISHNAN
9
                                                        Attorneys for PACIFIC NEWS SERVICE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1212280.01