XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JOANNA B. HOOD
Deputy Attorney General
State Bar No. 264078
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7343
  Fax: (916) 324-5205
  E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants*
*Brown, Kernan, and Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>                      Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>                      Defendants. | C 06-0219 RS<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**<br><br>[Civil L.R. 5-1(c)(2)] |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Deputy Attorney General Joanna B. Hood hereby enters her appearance as counsel for Defendants Brown, Kernan, and Davis, and requests that notice of all further papers and proceedings, except original process, be served upon her at the following address:

/ / /

/ / /

| | |
|---|---|
| 1 | Joanna B. Hood |
| | 1300 I Street, Suite 125 |
| 2 | P.O. Box 944255 |
| | Sacramento, CA 94244-2550 |
| 3 | Telephone: (916) 210-7343 |
| | Fax: (916) 324-5205 |
| 4 | E-mail: Joanna.Hood@doj.ca.gov |

Dated: January 16, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General


*/S/ Joanna B. Hood*
JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Defendants
Brown, Kernan, and Davis*

SF2007200210
33224398.docx

# CERTIFICATE OF SERVICE

Case Name:  **Michael Angelo Morales v. M. Cate, et al.**    No.   **C 06-0219 RS**

I hereby certify that on <u>January 18, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 18, 2018</u>, at Sacramento, California.

| M. Micciche | */S/ M. Micciche* |
|---|---|
| Declarant | Signature |

SF2007200210
33233044.docx