XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
JOANNA B. HOOD
Deputy Attorney General
State Bar No. 264078
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7343
 Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants
Brown, Kernan, and Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL ANGELO MORALES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al.,**<br><br>Defendants. | C 06-0219 RS<br><br>**DEFENDANTS' PRELIMINARY NOTICE OF REGULATIONS CONCERNING THE ADMINISTRATION OF THE DEATH PENALTY BY LETHAL INJECTION** |

Defendants Brown, Kernan, and Davis provide preliminary notice that the California Department of Corrections and Rehabilitation has submitted File and Print regulations concerning the administration of the death penalty by lethal injection to the California Office of Administrative Law. The Office of Administrative Law will review the regulations for compliance with the exemption to the Administrative Procedure Act provided in Penal Code section 3604.1. The regulations will become effective upon approval by the Office of

1

1  Administrative Law and filing with the Secretary of State.  At that time, Defendants will provide
2  this Court with notice of the finalization of the regulations, as required by this Court's November
3  22, 2016 order.  (ECF No. 593.)

4  Dated:  January 29, 2018                                  Respectfully submitted,

   XAVIER BECERRA
   Attorney General of California
   JAY M. GOLDMAN
   Supervising Deputy Attorney General
   R. LAWRENCE BRAGG
   Acting Supervising Deputy Attorney
   General

   ***s/ Joanna B. Hood***

   JOANNA B. HOOD
   Deputy Attorney General
   *Attorneys for Defendants*
   *Brown, Kernan, and Davis*

SF2007200210
33247639.docx

2

Defendants' Preliminary Notice of Regulations Concerning the Administration of the
Death Penalty by Lethal Injection (C 06-0219 RS)

# CERTIFICATE OF SERVICE

| Case Name: | **Michael Angelo Morales v. M. Cate, et al.** | No. | **C 06-0219 RS** |
|---|---|---|---|

I hereby certify that on <u>January 29, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' PRELIMINARY NOTICE OF REGULATIONS CONCERNING THE ADMINISTRATION OF THE DEATH PENALTY BY LETHAL INJECTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 29, 2018</u>, at Sacramento, California.

| M. Micciche | */S/ M. Micciche* |
|---|---|
| Declarant | Signature |

SF2007200210
33250171.docx