David A. Senior (SBN 108759)
MCBREEN & SENIOR
1900 Avenue of the Stars, Eleventh Floor
Los Angeles, California 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (SBN 167080)
LAW OFFICE OF JOHN R. GRELE
1000 Brannan Street, Suite 400
San Francisco, California 94103
Phone: (415) 655-8776
Fax: (415) 484-7003
jgrele@earthlink.net

Richard P. Steinken (admitted PHV)
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 923-2938
Fax: (312) 840-7338
rsteinken@jenner.com

Attorneys for Plaintiff
MICHAEL ANGELO MORALES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANGELO MORALES, ) | |
| ) | CASE NOS. C-06-0219-RS |
| Plaintiff, ) | C-06-0926-RS |
| ) | |
| vs. ) | STATUS REPORT |
| ) | |
| SCOTT KERNAN, Secretary of the ) | |
| California Department of Correction ) | |
| and Rehabilitation, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiffs submit this brief status report updating the Court and the parties on the pending litigation regarding Defendants' execution protocol:

1) *Sims v. CDCR*, Marin County Superior Court, Case. No. CIV 1004019.  The parties are litigating whether the state injunction will be vacated.  A hearing is calendared for March 28, 2018.  If a dispositive ruling is made on that date, appellate litigation may follow;

2) *Sims, Morales v. CDCR*, Alameda County Superior Court, Case No. 16838951.  The parties are litigating whether Defendant CDCR is permitted or authorized to issue an execution protocol as delegated by the legislature consistent with the California constitution.  The matter currently is pending in the California Court of Appeal, First Appellate District, Case No. A151732.  The reply brief was filed on March 8, 2018; and

3) *Masters, et al. v. CDCR*, Marin County Superior Court, Case No. 1800580.  Plaintiffs filed this action on February 16, 2018 seeking declaratory and injunctive relief for the CDCR's failure to comply with California's Administrative Procedures Act in promulgating its execution protocol.

DATED: March 12, 2018           By: _____/s/_____

                David A. Senior
                McBREEN &SENIOR

                Richard P. Steinken
                Kelly M. Morrison
                JENNER & BLOCK

                John R. Grele
                LAW OFFICE OF JOHN R. GRELE

                Attorneys for Plaintiff
                MICHAEL A. MORALES