1  David A. Senior (SBN 108579)
   MCBREEN & SENIOR
2  1900 Avenue of the Stars, 11th Floor
   Los Angeles, California 90067
3  Phone: (310) 552-5300
   Fax: (310) 552-1205
4  dsenior@mcbreensenior.com

5  John R. Grele (SBN 167080)
   LAW OFFICES OF JOHN R. GRELE
6  1000 Brannan Street, Suite 400
   San Francisco, California 94103
7  Phone: (415) 655-8776
   Fax:    (415) 484-7003
8  jgrele@earthlink.net

9  Richard P. Steinken (admitted *pro hac vice*)
   JENNER & BLOCK LLP
10 353 N. Clark Street
   Chicago, Illinois 60654
11 Phone: (312) 222-9350
   Fax: (312) 527-0484
12 rsteinken@jenner.com

13 Attorneys for Plaintiffs
14 (Additional counsel listed on signature page)

15           **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                    **SAN JOSE DIVISION**

17

18 ALBERT G. BROWN, TIEQUON COX,            Case No. 3:06-cv-00219-RS, 3:06-cv-00926-RS
   MICHAEL MORALES, and DAVID RALEY,
19 on behalf of themselves, and on behalf of a class    CLASS ACTION
   of similarly situated prisoners,
20                                           **NOTICE OF CHANGE IN COUNSEL**

21                    Plaintiffs             Judge:   Honorable Richard Seeborg

22         v.

23 SCOTT KERNAN, Secretary of the California
   Department of Corrections and Rehabilitation, et
24 al.,

25                    Defendants.

26

27

28

1        PLEASE TAKE NOTICE that Kelly M. Morrison of Jenner & Block LLP hereby withdraws as

2 attorney of record for Plaintiffs in this action.  Counsel of record for Plaintiffs otherwise remains the same.

3

4   Dated:  May 1, 2018

5                                           Respectfully Submitted,

6                                           By:  Kelly M. Morrison

7                                           David A. Senior (SBN 108579)
MCBREEN & SENIOR
8                                           1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
9                                           Phone: (310) 552-5300
Fax: (310) 552-1205
10                                           dsenior@mcbreensenior.com

11                                           John R. Grele (SBN 167080)
LAW OFFICES OF JOHN R. GRELE
12                                           1000 Brannan Street, Suite 400
San Francisco, California 94103
13                                           Phone: (415) 655-8776
Fax:    (415) 484-7003
14                                           jgrele@earthlink.net

15                                           Richard P. Steinken (Admitted *Pro Hac Vice*)
JENNER & BLOCK LLP
16                                           353 N. Clark Street
Chicago, Illinois 60654
17                                           Phone: (312) 222-9350
Fax: (312) 527-0484
18                                           rsteinken@jenner.com

19                                           Kelly M. Morrison (SBN 255513)
JENNER & BLOCK LLP
20                                           1099 New York Ave NW, Suite 900
Washington, DC 20001
21                                           Phone: (202) 639-6031
Fax: (202) 639-6066
22                                           kmorrison@jenner.com

23                                           *Attorneys for Plaintiffs*
24                                           ALBERT G. BROWN, TIEQUON COX,
MICHAEL MORALES, and DAVID RALEY
25

26

27

28

1

**NOTICE OF CHANGE IN COUNSEL**
Case No. 3:06-cv-00219-RS, 3:06-cv-00926-RS