UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al., <br><br> Defendants. | Case No.  C-06-0219-RS <br> C-06-0926-RS <br><br> **DEATH PENALTY CASE** <br><br> **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY JOHN LOUIS VISCIOTTI AND MOTION TO STAY EXECUTION** <br><br> DATE: TBD <br> TIME: TBD <br> PLACE: Courtroom 3 |

Intervenor John Louis Visciotti moves to intervene in the present proceeding and for a stay of execution.

Having considered the parties' papers, and all evidence in support of and in opposition to the Motion:

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that John Louis Visciotti may intervene in this action and join as a co-plaintiff in the Fourth Amended Complaint for Equitable and Injunctive Relief.

IT IS FURTHER ORDERED that all court and other proceedings related to the execution of John Louis Visciotti's sentence of death, including but not limited to preparation for execution and setting of an execution date, are stayed pending final disposition of this matter.

IT IS SO ORDERED.

DATED:

                      HON. RICHARD SEEBORG
                      United States District Judge