David A. Senior (SBN 108759)
MCBREEN & SENIOR
1900 Avenue of the Stars, Eleventh Floor
Los Angeles, California 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (SBN 167080)
LAW OFFICE OF JOHN R. GRELE
1000 Brannan Street, Suite 400
San Francisco, California 94103
Phone: (415) 655-8776
Fax: (415) 484-7003
jgrele@earthlink.net

Richard P. Steinken (admitted PHV)
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 923-2938
Fax: (312) 840-7338
rsteinken@jenner.com

Attorneys for Plaintiff
MICHAEL ANGELO MORALES, et al.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT KERNAN, Secretary of the California Department of Correction and Rehabilitation, et al.,<br><br>        Defendants. | CASE NOS. C-06-0219-RS<br>               C-06-0926-RS<br><br>ORDER<br>STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF PARTIES RE: LITIGATION SCHEDULE |

1

STIPULATION FOR EXTENSION OF TIME
Case Nos. 06-cv-219 RS; 06-cv-926 RS

Pursuant to this Court's April 4, 2018 order, the parties' joint statement outlining a proposed litigation schedule is currently due to be filed on June 4, 2018. Doc. 640.

GOOD CAUSE APPEARING, in order to allow the parties to finalize the statement and obtain approval from all counsel, IT IS HEREBY STIPULATED that the deadline for filing the Joint Statement of Parties re: Litigation Schedule shall be extended to June 11, 2018.

DATED: June 4, 2018          By:      /s/
                                  David A. Senior
                                  Sara M. Cohbra
                                  Ann K. Tria
                                  McBREEN & SENIOR

                                  Richard P. Steinken
                                  JENNER & BLOCK

                                  John R. Grele
                                  LAW OFFICE OF JOHN R. GRELE
                                  Attorneys for Plaintiffs Morales, et al.

DATED: June 4, 2018          By:      /s/*
                                  Susan Elizabeth Garvey
                                  HABEAS CORPUS RESOURCE CENTER
                                  Attorneys for Plaintiff Sims

DATED: June 4, 2018          By:      /s/*
                                  Margo Ann Rocconi
                                  DEPUTY FEDERAL PUBLIC DEFENDER
                                  Attorneys for Plaintiffs Pinholster, et al

2

STIPULATION FOR EXTENSION OF TIME
Case Nos. 06-cv-219 RS; 06-cv-926 RS

DATED: June 4, 2018          By:    /s/*
                                    R. LAWRENCE BRAGG
                                    Supervising Deputy Attorney General
                                    Attorneys for Defendants Kernan, Brown, and Davis

**GENERAL ORDER 45 ATTESTATION**

Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from all signatories.

                                    /s/ Ann K. Tria

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 5, 2018          _____
                                    HON. RICHARD SEEBORG
                                    United States District Judge

3

STIPULATION FOR EXTENSION OF TIME
Case Nos. 06-cv-219 RS; 06-cv-926 RS