UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. MORALES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>    Defendants. | Case No.  06-cv-0219 RS<br>            06-cv-0926 RS<br><br>DEATH PENALTY CASE<br><br>**ORDER SETTING STATUS CONFERENCE** |

After considering the joint statement submitted by the parties on June 11, 2018 (Dkt. No. 658), and good cause appearing, it is hereby ordered that a status conference shall be held on **September 7, 2018 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. In advance of the status conference, the parties are directed to continue meeting and conferring for the purpose of developing a joint proposal and litigation schedule moving forward.

**IT IS SO ORDERED**.

Dated: June 12, 2018

_____
RICHARD SEEBORG
United States District Judge