MICHAEL A. HESTRIN
District Attorney
County of Riverside
Cal. Bar No. 200300

STEPHEN M. WAGSTAFFE
District Attorney
County of San Mateo
Cal. Bar No. 78470

Ivy B. Fitzpatrick
Managing Deputy District Attorney
County of Riverside
Cal. Bar No. 219316

3960 Orange Street
Riverside, CA 92501
Telephone: (951) 955-5555
Fax: (951) 955-7640

Attorneys for the People of the State of California, Counties of Riverside & San Mateo
Applicants in Intervention

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections, et al.<br><br>Defendants. | C 06-0219 RS<br>C 06-0926 RS<br><br>NOTICE OF APPEARANCE OF COUNSEL – STEPHEN M. WAGSTAFFE<br>Date:   August 9, 2018<br>Time:   1:30 p.m.<br>Dept.:  Courtroom 3<br>Judge:  The Honorable Richard G. Seeborg<br>Action Filed: January 20, 2006 |

Please take notice that the undersigned will be appearing as lead counsel for Applicants in Intervention, the People of the State of California, Counties of Riverside and San Mateo.

DATED: July 13, 2018

Respectfully submitted,
MICHAEL A. HESTRIN
District Attorney
County of Riverside

STEPHEN M. WAGSTAFFE
District Attorney
County of San Mateo

/s/ Stephen M. Wagstaffe
District Attorney
County of San Mateo

Attorneys for Applicants in Intervention