HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(Email: Hilary_Potashner@fd.org)
JENNIFER L. MOLAYEM (Bar No. 269249)
Deputy Federal Public Defender
(Email: Jennifer_Molayem@fd.org)
321 East 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

K. ELIZABETH DAHLSTROM (Bar No. 228552)
Deputy Federal Public Defender
(Email: Elizabeth_Dahlstrom@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

STATIA PEAKHEART (Bar No. 200363)
Attorney-at-Law
(Email: statia.peakheart@gmail.com)
P.O. Box 531967
Los Angeles, California 90053
Telephone: (310) 692-5500

Attorneys for Intervenor-Plaintiff
JOHN LOUIS VISCIOTTI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | No. C-06-0219-RS<br>C-06-0926-RS<br><br>**DEATH PENALTY CASE**<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** Deputy Federal Public Defender Jennifer L. Molayem hereby enters her appearance as counsel for Intervenor-Plaintiff John Louis Visciotti, and request that she receive all future notices and electronic filings in this case at the following address:

> JENNIFER L. MOLAYEM (Bar No. 269249)
> Deputy Federal Public Defender
> 321 E. 2nd Street
> Los Angeles, California 90012
> Telephone: (213) 894-1443
> Facsimile: (213) 894-0081
> Email: Jennifer_Molayem@fd.org

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender
K. ELIZABETH DAHLSTROM
Deputy Federal Public Defender
STATIA PEAKHEART
Attorney-at-Law

DATED: September 12, 2018      By */s/ Jennifer L. Molayem*
JENNIFER L. MOLAYEM
Deputy Federal Public Defender

Attorneys for Intervenor-Plaintiff
JOHN LOUIS VISCIOTTI