XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
R. LAWRENCE BRAGG
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
JOANNA B. HOOD
Deputy Attorney General
State Bar No. 264078
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7343
  Fax: (916) 324-5205
  E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants Jerry Brown, Ronald Davis and Scott Kernan*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>                                   Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>                                   Defendants. | C 06-0219 RS<br><br>**DEFENDANTS' REQUEST FOR SUBSTITUTION OF PARTY**<br><br>[Fed. R. Civ. P. 25(d)] |

///

///

///

1

Defendants request an order substituting Ralph Diaz, Acting Secretary of the California Department of Corrections and Rehabilitation, as a named party in his official capacity only, in the place of Former Secretary Scott Kernan.  Substitution is appropriate under Federal Rule of Procedure 25(d), which provides that when a public officer who is a party to a lawsuit ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.

Dated:  October 3, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
R. LAWRENCE BRAGG
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General


*/S/ Joanna B. Hood*
JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Defendants Jerry Brown, Ronald Davis and Scott Kernan*

SF2007200210
33589723.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Michael Angelo Morales v. Scott Kernan, et al.** | No. | **C 06-0219 RS** |
|---|---|---|---|

I hereby certify that on <u>October 3, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

➢ **DEFENDANTS' REQUEST FOR SUBSTITUTION OF PARTY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 3, 2018</u>, at Sacramento, California.

| M. Micciche | */S/ M. Micciche* |
|---|---|
| Declarant | Signature |

SF2007200210
33592218.docx