UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RALPH DIAZ, Acting Secretary of the California Department of Corrections and Rehabilitation, et. al.,<br><br>        Defendants. | Case No.  06-cv-0219 RS<br>              06-cv-0926 RS<br><br>DEATH PENALTY CASE<br><br>**ORDER SUBSTITUTING PARTY** |

Defendants filed a request to substitute Ralph Diaz, current Acting Secretary of the California Department of Corrections and Rehabilitation, for his predecessor, Scott Kernan. The request is granted pursuant to Federal Rule of Civil Procedure 25(d). The Clerk shall replace Scott Kernan on the docket with Ralph Diaz.

**IT IS SO ORDERED.**

Dated: October 3, 2018

_____
RICHARD SEEBORG
United States District Judge