UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RALPH DIAZ, Acting Secretary of the California Department of Corrections and Rehabilitation, et. al.,<br><br>  Defendants. | Case No. 06-cv-0219 RS<br>06-cv-0926 RS<br><br>DEATH PENALTY CASE<br><br>**ORDER REQUIRING JOINT LITIGATION SCHEDULE AND BUDGET SUBMISSION** |

The parties appeared in a joint case management conference. As directed during the conference, the parties shall meet and confer and submit a proposed joint litigation schedule that contemplates the filing of a fifth amended complaint and responsive pleadings. The proposed schedule is due on or before October 29, 2018.

Plaintiffs shall submit a proposed budget to the CJA Supervising Attorney that covers the work outlined in the joint litigation schedule. The budget is due on or before November 13, 2018.

**IT IS SO ORDERED.**

Dated: October 15, 2018

_____
RICHARD SEEBORG
United States District Judge