UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RALPH DIAZ, Acting Secretary of the California Department of Corrections and Rehabilitation, et. al.,<br><br>    Defendants. | Case No. 06-cv-0219 RS<br>06-cv-0926 RS<br><br>DEATH PENALTY CASE<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Doc. No. 687 |

The parties' joint statement regarding a litigation schedule has been received and reviewed. In light of plaintiffs' counsel's competing case demands, the schedule shall be as follows:

- The amended complaint is due on or before February 27, 2019.
- The motion to dismiss or any responsive pleading is due on or before April 29, 2019.
- Any opposition thereto is due on or before June 13, 2019.
- Any reply is due on or before July 5, 2019.

Requests to exceed the page limit will be addressed on an individual basis.

**IT IS SO ORDERED.**

Dated: October 30, 2018

_____
RICHARD SEEBORG
United States District Judge