David A. Senior (SBN 108759)
MCBREEN & SENIOR
1900 Avenue of the Stars, Eleventh Floor
Los Angeles, California 90067
Phone: (310) 552-5300
Fax: (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (SBN 167080)
LAW OFFICE OF JOHN R. GRELE
1000 Brannan Street, Suite 400
San Francisco, California 94103
Phone: (415) 655-8776
Fax: (415) 484-7003
jgrele@earthlink.net

Richard P. Steinken (admitted PHV)
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 923-2938
Fax: (312) 840-7338
rsteinken@jenner.com

Attorneys for Intervenor
GUY ROWLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANGELO MORALES, et al., | ) CASE NO. C 06 0219 (RS) |
|  | )         C 06-0926 (RS) |
| Plaintiffs, | ) |
|  | ) **INTERVENOR GUY ROWLAND'S** |
| vs. | ) **CERTIFICATION OF INTERESTED** |
|  | ) **ENTITIES OR PERSONS** |
| RALPH DIAZ, Acting Secretary of the California Department of Corrections and Rehabilitation, et al., | ) ) ) ) |
| Defendants. | ) |

Pursuant to United States District Court, Northern District of California Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 31, 2018

By: _____/s/_____

David A. Senior
McBREEN &SENIOR

Richard P. Steinken
JENNER & BLOCK

John R. Grele
LAW OFFICE OF JOHN R. GRELE

Attorneys for Intervenor
GUY ROWLAND