FILED

FEB 05 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: KERMIT ALEXANDER and BRADLEY WINCHELL, _____ KERMIT ALEXANDER and BRADLEY WINCHELL, Movants-Petitioners, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, Respondent, MICHAEL ANGELO MORALES; et al., Real Parties in Interest. | No. 19-70232 D.C. Nos. 3:06-cv-00219-RS 3:06-cv-00926-RS Northern District of California, San Francisco ORDER |

Before: GRABER and McKEOWN, Circuit Judges.

Within 21 days of this order, Real Parties in Interest shall, and the district court may, file a response to the petition for the extraordinary writ of mandamus. A response shall not exceed 8,400 words. Within 14 days after service of the response, Petitioners may file a reply. The reply, if any, shall not exceed 4,200 words. The Clerk shall refer this mandamus petition for decision to the same panel assigned to *Kevin Cooper, et al v. Edmund Brown*, No. 18-16547.