

FILED

FEB 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: KERMIT ALEXANDER and BRADLEY WINCHELL, <br> _____ <br><br> KERMIT ALEXANDER and BRADLEY WINCHELL, <br><br>         Movants-Petitioners, <br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br>         Respondent, <br><br> MICHAEL ANGELO MORALES; et al., <br><br>         Plaintiffs- <br>         Real Parties in Interest, <br><br> RALPH M. DIAZ, Acting Secretary for the California Department of Corrections and Rehabilitation; et al., <br><br>         Defendants- <br>        Real Parties in Interest. | No. 19-70232 <br><br> D.C. Nos. 3:06-cv-00219-RS <br>              3:06-cv-00926-RS <br> Northern District of California, San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Real Parties in Interest - Defendants move to extend the time to March 28, 2019 to respond to the pending mandamus petition. Real Parties in Interest -

Plaintiffs join in the motion. The motion to extend time (DE #5), opposed by Petitioners, is granted. The responses by the Real Parties in Interest shall be filed by March 28, 2019. The district court's optional response, if any, is due by March 28, 2019. The responses shall not exceed 8,400 words. Further extensions of time to file the responses are strongly disfavored. Petitioners may file a reply, not to exceed 4,200 words, by April 11, 2019.

Petitioners' Motion For Partial Stay (DE #7) is referred to the merits panel for whatever consideration it deems appropriate.

The Clerk shall serve the district court judge with a copy of this order. Pursuant to this Court's February 5, 2019 order, the Clerk shall refer 19-70232 for decision to the same panel (yet to be) assigned to *Kevin Cooper, et al v. Edmund Brown*, No. 18-16547.