
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: KERMIT ALEXANDER and BRADLEY WINCHELL, _____ KERMIT ALEXANDER and BRADLEY WINCHELL,        Movants-Petitioners, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,        Respondent, MICHAEL ANGELO MORALES; et al.,        Plaintiffs-Real Parties in Interest, RALPH M. DIAZ, Acting Secretary for the California Department of Corrections and Rehabilitation; et al.,        Defendants-Real Parties in Interest. | No. 19-70232 D.C. Nos. 3:06-cv-00219-RS 3:06-cv-00926-RS Northern District of California, San Francisco ORDER |

Before: SILVERMAN and TALLMAN, Circuit Judges.

    Petitioners on January 22, 2019 filed a mandamus petition, seeking an order vacating "all stays of execution and associated prohibitions of preparatory actions"

ordered by the district court. *See* Petition (DE #1) at 31. On February 5, 2019, a motions panel (1) ordered responses and a reply to the mandamus petition; and (2) directed the Clerk to refer the mandamus petition (19-70232) for decision to the same panel assigned to *Kevin Cooper, et al v. Edmund Brown*, No. 18-16547 (the prosecutors' appeal from the same underlying district court case).

On February 19, 2019, Petitioners in the mandamus action, filed a Motion For Partial Stay (DE# 7), seeking to stay the district court's orders "to the extent they enjoin mere preparatory activities needed" for the resumption of executions in California. *See* Motion at 1. The Appellate Commissioner on February 26, 2019 referred the Motion For Partial Stay to the merits panel.

Petitioners move for reconsideration of the order referring the Motion For Partial Stay to the merits panel. Petitioners' motion for reconsideration (DE #9) is GRANTED. The Appellate Commissioner's February 26, 2019 order, to the extent that it referred the Motion For Partial Stay to the merits panel, is vacated.

Petitioners' Motion For Partial Stay (DE #7) – seeking a temporary stay, until the merits panel decides the underlying mandamus petition, of the district court's orders that prohibit preparatory actions needed for the resumption of executions in California – is DENIED. Real Parties in Interest - Plaintiffs'

opposed motion (DE #10) to extend the time to respond to the Motion For Partial Stay is DENIED as moot.

In all other respects, the Appellate Commissioner's February 26, 2019 order remains in effect. The responses by Real Parties in Interest to the mandamus petition are due March 28, 2019. Absent extraordinary circumstances, no further extension of time will be granted for Real Parties in Interest to respond. The district court's optional response to the mandamus petition is due March 28, 2019. The responses shall not exceed 8,400 words. Petitioners may file a reply, not to exceed 4,200 words, by April 11, 2019.

The Clerk shall serve the district judge with a copy of this order.